**MSSB-7007.1-BK (11/23)**

# United States Bankruptcy Court
# Southern District of Mississippi

In re  **Key Therapeutics, LLC**

Debtor(s)

Case No.

Chapter **7**

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **Robert W. Sims** , a
[Name of Corporate Party]

**[Check One]**

- ☐ Party to a contested matter **Miss. Bankr. LR. 9014-1(c)**
- ■ Corporate **Debtor FRBP 1007(a)(1)**
- ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- ☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- ■ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

  **Robert Sims 100%**

**OR**

- ☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: **January 15, 2026**

**/s/ Thomas C. Rollins, Jr.**
Attorney Signature

**Thomas C. Rollins, Jr.**
Attorney Name

**103469 MS**
State Bar Number

**P.O. Box 13767**
**Jackson, MS 39236**

Address

**Jackson MS 39236-0000**
City, State, and Zip Code

**601-500-5533**
Telephone Number

**trollins@therollinsfirm.com**
Email Address

**Pursuant to Miss. Bankr. LR. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 applies to general partnerships, limited partnerships, joint ventures, and limited liability companies.**