```
KEY THERAPEUTICS, LLC       CARDINAL HEALTH 105         DEPT OF HEALTH & HUMAN
232 MARKET ST, BUILDING K   P.O. BOX 978709             P.O. BOX 935889
FLOWOOD, MS 39232           DALLAS, TX 75397            ATLANTA, GA 31193


THOMAS C. ROLLINS, JR.      CHARLES R MULLINS, PC       DEPT OF HEALTHCARE SVC
THE ROLLINS LAW FIRM, PLLC  1146 LYNCREST AVE           P.O. BOX 997415
P.O. BOX 13767              JACKSON, MS 39202           SACRAMENTO, CA 95899
JACKSON, MS 39236


ABC COMPUNDING PHARMAC      CLARUSONE SOURCING SVC      DEPT OF MEDICAL ASST
16311 VENTURA BLVD          10-12 RUSSEL SQUARE         COMMONWEALTH OF VA
#110                        LONDON WC1B 5HE             P.O. BOX 715991
ENCINO, CA 91436                                        PHILADELPHIA, PA 19171


ALLIANCE PHARMACY PLAN      CLRX PHARMACY DENTON        DHS DRUG REBATE
4152 W SPRING CREEK PK      2401 W OAK ST               ATTN: DRUG REBATE PROG
STE 160                     STE 101                     P.O. BOX 64837
PLANO, TX 75024             DENTON, TX 76201            SAINT PAUL, MN 55164


AMERICAN EXPRESS            CO DEPT OF HEALTH CARE      FOOD & DRUG ADMINISTRA
P.O. BOX 6031               ATTN: DRUG REBATE PROG      P.O. BOX 979108
CAROL STREAM, IL 60197      P.O. BOX 5897               SAINT LOUIS, MO 63197
                            DENVER, CO 80217


AMERISOURCEBERGEN           COMMONWEALTH OF MA          FOOD & DRUG ADMINISTRA
PO BOX 247                  MASSHEALTH DRUG REBATE      C/O US ATTORNEY'S OFFI
THOROFARE, NJ 08086         P.O. BOX 417688             501 E COURT ST
                            BOSTON, MA 02241            STE. 4.430
                                                        JACKSON, MS 39201


ARIZONA AHCCCS              COMMONWEALTH OF PA          FOX ROTHSCHILD, LLP
P.O. BOX 741573             DRUG & DEVICE SECTION       2 S BISCAYNE BLVD
ATLANTA, GA 30374           P.O. BOX 780634             STE 2750
                            PHILADELPHIA, PA 19178      MIAMI, FL 33131


ASCENT HEALTH SERVICES      COPAY CONSULTANTS, LLC      GEORGIA DEPT OF COMMUN
MUHLENTALSTRASSE 36         517 LIBERTY RD              MCO DRUG REBATES
8200 SCHAFFHAUSEN           STE D                       P.O. BOX 734669
SWITZERLAND                 FLOWOOD, MS 39232           DALLAS, TX 75373


BUREAU OF TENNCARE          DC TREASURER                HAWAII MEDICAID FISCAL
DEPT 5544 DRUG REBATE       ACS STATE HEALTHCARE        CONDUENT STATE HEALTHC
P.O. BOX 11407              P.O. BOX 34722              P.O. BOX 1480
BIRMINGHAM, AL 35246        WASHINGTON, DC 20043        HONOLULU, HI 96807
```

```
HEALTH CARE AUTHORITY          LA DEPT OF HEALTH              NM HUMAN SVC DEPT
WA STATE HCA                   ATTN: DRUG REBATE PROG         REVENUE & REPORTING
P.O. BOX 45500                 P.O. BOX 62951                 P.O. BOX 2348
OLYMPIA, WA 98504              NEW ORLEANS, LA 70162          SANTA FE, NM 87501

HEALTHCARE & FAMILY SE         MARYLAND MEDICAL ASSIS         NY STATE DEPT OF HEALT
RECOVERIES UNIT                MEDICAID DRUG REBATE P         P.O. BOX 412205
P.O. BOX 19107                 P.O. BOX 17185                 BOSTON, MA 02241
SPRINGFIELD, IL 62794          BALTIMORE, MD 21297

HILL WARD HENDERSON            MCCRANEY MONTAGNET QUI         OK HEALTH CARE AUTHORI
101 E KENNEDY BLVD             602 STEED RD                   FINANCE DIVISION
STE 3700                       STE 200                        DRUG REBATE
TAMPA, FL 33602                RIDGELAND, MS 39157            PO BOX 18968
                                                              OKLAHOMA CITY, OK 73154

IL DEPT OF HEALTHCARE          MEDIMPACT HEALTHCARE S         OR DRUG REBATE PROGRAM
RECOVERIES UNIT                P.O. BOX 511551                500 SUMMER ST NE E-08
P.O. BOX 19107                 LOS ANGELES, CA 90051          SALEM, OR 97301
SPRINGFIELD, IL 62794

INDIANA MEDICAID DRUG          MLV PHARMA, LLC                PARAGON PHARMACY
26593 NETWOR PL                276 DELORES HOME AVE           7720 S BROADWAY
CHICAGO, IL 60673              VALRICO, FL 33594              STE 100
                                                              LITTLETON, CO 80122

JEFFERY THOMPSON               MS DIVISION OF MEDICAI         PROFESSIONAL ARTS PHAR
C/O SETH P TRAUB               ATTN: UHC MCO DRUG REB         128 CURRAN LN
101 E KENNEDY BLVD             PO BOX 6014                    LAFAYETTE, LA 70506
STE 2800                       RIDGELAND, MS 39158
TAMPA, FL 33602

KANSAS DEPT OF HEALTH          NEVADA MEIDCAID REBATE         RAINBOE GOLD INC
DIVISION OF HEALTHCARE         P.O. BOX 845937                115 GRIMES DR
P.O. BOX 2428                  LOS ANGELES, CA 90084          GUNTERSVILLE, AL 35976
TOPEKA, KS 66601

KEITH WORONOFF                 NEVADA STATE DHHS              REGINALD SAINVIL
LSK ASSOCIATES                 400 W KING ST                  MOORE & VANALLEN
2822 54TH AVE S                STE 300                        100 N TYRON ST
STE 234                        CARSON CITY, NV 89703          STE 4700
SAINT PETERSBURG, FL 33712                                    CHARLOTTE, NC 28202-4003

KEVIN M. EDDY                  NJ DIVISION OF MEDICAL         RENASCET GROUP
BLANKROME                      LOCKBOX 655                    56 AMBASSADOR DR
501 GRANT ST                   200 WOLVERTON AVE              RED BANK, NJ 07701
STE 850                        BLDG 20
PITTSBURGH, PA 15219           TRENTON, NJ 08646
```

```
SALVAT                          VALUE PLUS
201 BISCAYNE BLVD               457 W LIBERTY ST
STE 2810                        WAUCONDA, IL 60084
28TH FLOOR
MIAMI, FL 33132

STATE OF OH                     WRASER, LLC
DEPT OF MEDICAID                XSPIRE PHARMA, LLC
P.O. BOX 712110                 5550 W EXECUTIVE DRIVE
CINCINNATI, OH 45271            STE 230
                                TAMPA, FL 33609

STATE OF RI
GAINWELL TECHNOLOGIES
PO BOX 2006
EAST GREENWICH, RI 02818


STEVEN M. BERMAN
SHUMAKER LOOP & KENDIC
101 E KENNEDY BLVD
STE 2800
TAMPA, FL 33612

STRATEGIES GROUP, SE
3651 PEACHTREE PKWY
STE E-433
SUWANEE, GA 30024


THE CITIZENS BANK
P.O. BOX 209
PHILADELPHIA, MS 39350



TRACKTRACERX
1601 PAKR CENTER DR
UNIT 10A
ORLANDO, FL 32835


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


UTAH DEPT OF HEALTH
LB 413133
PO BOX 35146
SEATTLE, WA 98124
```