United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 26-00106-JAW
Key Therapeutics, LLC   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 3
Date Rcvd: Jan 15, 2026    Form ID: 309D    Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |
| 5612338 | + | ABC Compunding Pharmac, 16311 Ventura Blvd, #110, Encino, CA 91436-4307 |
| 5612339 | + | Alliance Pharmacy Plan, 4152 W Spring Creek Pk, Ste 160, Plano, TX 75024-5315 |
| 5612341 | + | AmerisourceBergen, PO Box 247, Thorofare, NJ 08086-0247 |
| 5612342 | + | Arizona AHCCCS, P.O. Box 741573, Atlanta, GA 30374-1573 |
| 5612343 | | Ascent Health Services, Muhlentalstrasse 36, 8200 Schaffhausen, Switzerland |
| 5612344 | + | Bureau of TennCare, Dept 5544 Drug Rebate, P.O. Box 11407, Birmingham, AL 35246-3035 |
| 5612348 | + | CLRx Pharmacy Denton, 2401 W Oak St, Ste 101, Denton, TX 76201-2380 |
| 5612349 | + | CO Dept of Health Care, Attn: Drug Rebate Prog, P.O. Box 5897, Denver, CO 80217-5897 |
| 5612345 | + | Cardinal Health 105, P.O. Box 978709, Dallas, TX 75397-8709 |
| 5612346 | + | Charles R Mullins, PC, 1146 Lyncrest Ave, Jackson, MS 39202-2103 |
| 5612350 | + | Commonwealth of MA, MassHealth Drug Rebate, P.O. Box 417688, Boston, MA 02241-7688 |
| 5612351 | + | Commonwealth of PA, Drug & Device Section, P.O. Box 780634, Philadelphia, PA 19178-0634 |
| 5612352 | + | Copay Consultants, LLC, 517 Liberty Rd, Ste D, Flowood, MS 39232-8031 |
| 5612353 | + | DC Treasurer, ACS State Healthcare, P.O. Box 34722, Washington, DC 20043-4722 |
| 5612357 | + | DHS Drug Rebate, Attn: Drug Rebate Prog, P.O. Box 64837, Saint Paul, MN 55164-0837 |
| 5612354 | + | Dept of Health & Human, P.O. Box 935889, Atlanta, GA 31193-5889 |
| 5612355 | + | Dept of Healthcare Svc, P.O. Box 997415, Sacramento, CA 95899-7415 |
| 5612356 | + | Dept of Medical Asst, Commonwealth of VA, P.O. Box 715991, Philadelphia, PA 19171-5991 |
| 5612358 | + | Food & Drug Administra, P.O. Box 979108, Saint Louis, MO 63197-9001 |
| 5612360 | + | Fox Rothschild, LLP, 2 S Biscayne Blvd, Ste 2750, Miami, FL 33131-1833 |
| 5612361 | + | Georgia Dept of Commun, MCO Drug Rebates, P.O. Box 734669, Dallas, TX 75373-4669 |
| 5612362 | + | Hawaii Medicaid Fiscal, Conduent State Healthc, P.O. Box 1480, Honolulu, HI 96806-1480 |
| 5612363 | + | Health Care Authority, WA State HCA, P.O. Box 45500, Olympia, WA 98504-5500 |
| 5612364 | + | Healthcare & Family Se, Recoveries Unit, P.O. Box 19107, Springfield, IL 62794-9107 |
| 5612365 | + | Hill Ward Henderson, 101 E Kennedy Blvd, Ste 3700, Tampa, FL 33602-5195 |
| 5612366 | + | IL Dept of Healthcare, Recoveries Unit, P.O. Box 19107, Springfield, IL 62794-9107 |
| 5612367 | + | Indiana Medicaid Drug, 26593 Networ Pl, Chicago, IL 60673-1265 |
| 5612368 | + | Jeffery Thompson, c/o Seth P Traub, 101 E Kennedy Blvd, Ste 2800, Tampa, FL 33602-5150 |
| 5612369 | + | Kansas Dept of Health, Division of Healthcare, P.O. Box 2428, Topeka, KS 66601-2428 |
| 5612370 | + | Keith Woronoff, LSK Associates, 2822 54th Ave S, Ste 234, Saint Petersburg, FL 33712-4610 |
| 5612371 | + | Kevin M. Eddy, BlankRome, 501 Grant St, Ste 850, Pittsburgh, PA 15219-4442 |
| 5612372 | + | LA Dept of Health, Attn: Drug Rebate Prog, P.O. Box 62951, New Orleans, LA 70162-2951 |
| 5612376 | | MLV Pharma, LLC, 276 Delores Home Ave, Valrico, FL 33594 |
| 5612377 | + | MS Division of Medicai, Attn: UHC MCO Drug Reb, PO Box 6014, Ridgeland, MS 39158-6014 |
| 5612373 | + | Maryland Medical Assis, Medicaid Drug Rebate P, P.O. Box 17185, Baltimore, MD 21297-1185 |
| 5612374 | + | McCraney Montagnet Qui, 602 Steed Rd, Ste 200, Ridgeland, MS 39157-9428 |
| 5612375 | + | MedImpact Healthcare S, P.O. Box 511551, Los Angeles, CA 90051-8106 |
| 5612380 | + | NJ Division of Medical, Lockbox 655, 200 Wolverton Ave, Bldg 20, Trenton, NJ 08646-0655 |
| 5612381 | + | NM Human Svc Dept, Revenue & Reporting, P.O. Box 2348, Santa Fe, NM 87504-2348 |
| 5612382 | + | NY State Dept of Healt, P.O. Box 412205, Boston, MA 02241-2205 |
| 5612378 | + | Nevada Meidcaid Rebate, P.O. Box 845937, Los Angeles, CA 90084-5937 |
| 5612379 | + | Nevada State DHHS, 400 W King St, Ste 300, Carson City, NV 89703-4222 |
| 5612383 | + | OK Health Care Authori, Finance Division, Drug Rebate, PO Box 18968, Oklahoma City, OK 73154-0968 |
| 5612384 | + | OR Drug Rebate Program, 500 Summer St NE E-08, Salem, OR 97301-1064 |
| 5612385 | + | Paragon Pharmacy, 7720 S Broadway, Ste 100, Littleton, CO 80122-2624 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 309D | Total Noticed: 66 |

| | | |
|---|---|---|
| 5612386 | + | Professional Arts Phar, 128 Curran Ln, Lafayette, LA 70506-7222 |
| 5612387 | + | Rainboe Gold Inc, 115 Grimes Dr, Guntersville, AL 35976-9364 |
| 5612388 | | Reginald Sainvil, Moore & VanAllen, 100 N Tyron St, Ste 4700, Charlotte, NC 28202-4003 |
| 5612389 | + | Renascet Group, 56 Ambassador Dr, Red Bank, NJ 07701-2290 |
| 5612390 | + | Salvat, 201 Biscayne Blvd, Ste 2810, 28th Floor, Miami, FL 33131-4309 |
| 5612391 | + | State of OH, Dept of Medicaid, P.O. Box 712110, Cincinnati, OH 45271-2110 |
| 5612392 | | State of RI, Gainwell Technologies, PO Box 2006, East Greenwich, RI 02818 |
| 5612393 | + | Steven M. Berman, Shumaker Loop & Kendic, 101 E Kennedy Blvd, Ste 2800, Tampa, FL 33602-5153 |
| 5612394 | + | Strategies Group, SE, 3651 Peachtree Pkwy, Ste E-433, Suwanee, GA 30024-6034 |
| 5612396 | + | TrackTraceRx, 1601 Pakr Center Dr, Unit 10A, Orlando, FL 32835-5700 |
| 5612398 | + | Utah Dept of Health, LB 413133, PO Box 35146, Seattle, WA 98124-5146 |
| 5612399 | + | Value Plus, 457 W Liberty St, Wauconda, IL 60084-2452 |
| 5612400 | + | Wraser, LLC, Xspire Pharma, LLC, 5550 W Executive Drive, Ste 230, Tampa, FL 33609-1046 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jan 15 2026 19:19:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | Email/Text: trustee@hrkcpa.com | Jan 15 2026 19:19:00 | Stephen Smith, 1052 Highland Colony Pkwy, Suite 100, Ridgeland, MS 39157-8764 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jan 15 2026 19:19:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5612340 | + | Email/PDF: bncnotices@becket-lee.com | Jan 15 2026 19:31:04 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 5612359 | + | Email/Text: ebone.woods@usdoj.gov | Jan 15 2026 19:19:00 | Food & Drug Administra, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5612395 | + | Email/Text: pam.lewis@thecitizensbank.bank | Jan 15 2026 19:19:00 | The Citizens Bank, P.O. Box 209, Philadelphia, MS 39350-0209 |
| 5612397 | ^ | MEBN | Jan 15 2026 19:18:13 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5612347 | | ClarusOne Sourcing Svc, 10-12 Russel Square, London WC1B 5HE |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0538-3　　　　　　　　　　User: mssbad　　　　　　　　　　Page 3 of 3
Date Rcvd: Jan 15, 2026　　　　　　　　Form ID: 309D　　　　　　　　　Total Noticed: 66

Date: Jan 17, 2026　　　　　　　Signature:　　/s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set
## United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor | **Key Therapeutics, LLC** <br> Name | EIN **81–3241238** |
| United States Bankruptcy Court of the Southern District of Mississippi <br> Case number: **26–00106–JAW** | | Date case filed for chapter **7   1/15/26** |

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Key Therapeutics, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 232 Market St, Building K <br> Flowood, MS 39232 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone 601–500–5533 <br> Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Stephen Smith <br> 1052 Highland Colony Pkwy <br> Suite 100 <br> Ridgeland, MS 39157 | Contact phone 601–605–0722 <br> Email trustee@hrkcpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse <br> 501 E. Court Street <br> Suite 2.300 <br> Jackson, MS 39201 | **Office Hours:** <br> Monday – Friday 8:00 AM – 5:00 PM <br> Contact phone: 601–608–4600 <br> Date: 1/15/26 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **March 6, 2026 at 09:30 AM** <br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Stephen Smith** <br> **Zoom video meeting.** <br> **Go to zoom.us/join, enter Meeting ID 403 113 1551 and Passcode 2220976269 , OR call 769–215–6920.** <br><br> **For additional meeting information go to www.justice.gov/ust/moc** |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set (12/15)**     page 1

Debtor **Key Therapeutics, LLC**   Case number **26−00106−JAW**

| | | | |
|---|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim**<br>(except governmental units): | **Filing deadline: 3/26/26** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/14/26** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |