___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 20, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    KEY THERAPEUTICS, LLC,                                 CASE NO. 26-00106-JAW

    DEBTOR.                                                                                              CHAPTER 7

**ORDER DIRECTING APPOINTMENT OF**
**PATIENT CARE OMBUDSMAN AND SETTING HEARING**

      This day there came on for consideration the voluntary petition for relief (the "Petition") (Dkt. #1) filed by the debtor, Key Therapeutics, LLC (the "Debtor"), on January 15, 2026 in the above-styled chapter 7 bankruptcy case. The Court, being fully advised in the premises and having been informed that the Petition indicates that the Debtor is a health care business, finds that the provisions of 11 U.S.C. § 333 for the appointment of a patient care ombudsman should apply unless the Court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific circumstances of the case.

      IT IS, THEREFORE, ORDERED, pursuant to 11 U.S.C. § 333, the United States Trustee (the "UST") shall appoint a disinterested person to serve as the patient care ombudsman in the above-referenced bankruptcy case, unless the UST or other party in interest files a motion to dispense with the appointment of a patient care ombudsman within twenty-one (21) days of the date of this Order as provided by Federal Rules of Bankruptcy Procedure 1021(b) and 2007.2(a).

If such a motion is timely filed, the Court will conduct an evidentiary hearing as to whether a patient care ombudsman should be appointed on February 12, 2026, at 9:30 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that the Bankruptcy Clerk of Court shall have this Order noticed to all parties set forth on the most current mailing matrix of this case and the UST.

##END OF ORDER##