United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-00106-JAW |
| Key Therapeutics, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jan 20, 2026 | Form ID: pdf012 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |
| 5612338 | + | ABC Compunding Pharmac, 16311 Ventura Blvd, #110, Encino, CA 91436-4307 |
| 5612339 | + | Alliance Pharmacy Plan, 4152 W Spring Creek Pk, Ste 160, Plano, TX 75024-5315 |
| 5612341 | + | AmerisourceBergen, PO Box 247, Thorofare, NJ 08086-0247 |
| 5612342 | + | Arizona AHCCCS, P.O. Box 741573, Atlanta, GA 30374-1573 |
| 5612343 | | Ascent Health Services, Muhlentalstrasse 36, 8200 Schaffhausen, Switzerland |
| 5612344 | + | Bureau of TennCare, Dept 5544 Drug Rebate, P.O. Box 11407, Birmingham, AL 35246-3035 |
| 5612348 | + | CLRx Pharmacy Denton, 2401 W Oak St, Ste 101, Denton, TX 76201-2380 |
| 5612349 | + | CO Dept of Health Care, Attn: Drug Rebate Prog, P.O. Box 5897, Denver, CO 80217-5897 |
| 5612345 | + | Cardinal Health 105, P.O. Box 978709, Dallas, TX 75397-8709 |
| 5612346 | + | Charles R Mullins, PC, 1146 Lyncrest Ave, Jackson, MS 39202-2103 |
| 5612350 | + | Commonwealth of MA, MassHealth Drug Rebate, P.O. Box 417688, Boston, MA 02241-7688 |
| 5612351 | + | Commonwealth of PA, Drug & Device Section, P.O. Box 780634, Philadelphia, PA 19178-0634 |
| 5612352 | + | Copay Consultants, LLC, 517 Liberty Rd, Ste D, Flowood, MS 39232-8031 |
| 5612353 | + | DC Treasurer, ACS State Healthcare, P.O. Box 34722, Washington, DC 20043-4722 |
| 5612357 | + | DHS Drug Rebate, Attn: Drug Rebate Prog, P.O. Box 64837, Saint Paul, MN 55164-0837 |
| 5612354 | + | Dept of Health & Human, P.O. Box 935889, Atlanta, GA 31193-5889 |
| 5612355 | + | Dept of Healthcare Svc, P.O. Box 997415, Sacramento, CA 95899-7415 |
| 5612356 | + | Dept of Medical Asst, Commonwealth of VA, P.O. Box 715991, Philadelphia, PA 19171-5991 |
| 5612358 | + | Food & Drug Administra, P.O. Box 979108, Saint Louis, MO 63197-9001 |
| 5612360 | + | Fox Rothschild, LLP, 2 S Biscayne Blvd, Ste 2750, Miami, FL 33131-1833 |
| 5612361 | + | Georgia Dept of Commun, MCO Drug Rebates, P.O. Box 734669, Dallas, TX 75373-4669 |
| 5612362 | + | Hawaii Medicaid Fiscal, Conduent State Healthc, P.O. Box 1480, Honolulu, HI 96806-1480 |
| 5612363 | + | Health Care Authority, WA State HCA, P.O. Box 45500, Olympia, WA 98504-5500 |
| 5612364 | + | Healthcare & Family Se, Recoveries Unit, P.O. Box 19107, Springfield, IL 62794-9107 |
| 5612365 | + | Hill Ward Henderson, 101 E Kennedy Blvd, Ste 3700, Tampa, FL 33602-5195 |
| 5612366 | + | IL Dept of Healthcare, Recoveries Unit, P.O. Box 19107, Springfield, IL 62794-9107 |
| 5612367 | + | Indiana Medicaid Drug, 26593 Networ Pl, Chicago, IL 60673-1265 |
| 5612368 | + | Jeffery Thompson, c/o Seth P Traub, 101 E Kennedy Blvd, Ste 2800, Tampa, FL 33602-5150 |
| 5612369 | + | Kansas Dept of Health, Division of Healthcare, P.O. Box 2428, Topeka, KS 66601-2428 |
| 5612370 | + | Keith Woronoff, LSK Associates, 2822 54th Ave S, Ste 234, Saint Petersburg, FL 33712-4610 |
| 5612371 | + | Kevin M. Eddy, BlankRome, 501 Grant St, Ste 850, Pittsburgh, PA 15219-4442 |
| 5612372 | + | LA Dept of Health, Attn: Drug Rebate Prog, P.O. Box 62951, New Orleans, LA 70162-2951 |
| 5612376 | | MLV Pharma, LLC, 276 Delores Home Ave, Valrico, FL 33594 |
| 5612377 | + | MS Division of Medicai, Attn: UHC MCO Drug Reb, PO Box 6014, Ridgeland, MS 39158-6014 |
| 5612373 | + | Maryland Medical Assis, Medicaid Drug Rebate P, P.O. Box 17185, Baltimore, MD 21297-1185 |
| 5612374 | + | McCraney Montagnet Qui, 602 Steed Rd, Ste 200, Ridgeland, MS 39157-9428 |
| 5612375 | + | MedImpact Healthcare S, P.O. Box 511551, Los Angeles, CA 90051-8106 |
| 5612380 | + | NJ Division of Medical, Lockbox 655, 200 Wolverton Ave, Bldg 20, Trenton, NJ 08646-0655 |
| 5612381 | + | NM Human Svc Dept, Revenue & Reporting, P.O. Box 2348, Santa Fe, NM 87504-2348 |
| 5612382 | + | NY State Dept of Healt, P.O. Box 412205, Boston, MA 02241-2205 |
| 5612378 | + | Nevada Meidcaid Rebate, P.O. Box 845937, Los Angeles, CA 90084-5937 |
| 5612379 | + | Nevada State DHHS, 400 W King St, Ste 300, Carson City, NV 89703-4222 |
| 5612383 | + | OK Health Care Authori, Finance Division, Drug Rebate, PO Box 18968, Oklahoma City, OK 73154-0968 |
| 5612384 | + | OR Drug Rebate Program, 500 Summer St NE E-08, Salem, OR 97301-1064 |
| 5612385 | + | Paragon Pharmacy, 7720 S Broadway, Ste 100, Littleton, CO 80122-2624 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: pdf012 | Total Noticed: 63 |

| | | |
|---|---|---|
| 5612386 | + | Professional Arts Phar, 128 Curran Ln, Lafayette, LA 70506-7222 |
| 5612387 | + | Rainboe Gold Inc, 115 Grimes Dr, Guntersville, AL 35976-9364 |
| 5612388 | | Reginald Sainvil, Moore & VanAllen, 100 N Tyron St, Ste 4700, Charlotte, NC 28202-4003 |
| 5612389 | + | Renascet Group, 56 Ambassador Dr, Red Bank, NJ 07701-2290 |
| 5612390 | + | Salvat, 201 Biscayne Blvd, Ste 2810, 28th Floor, Miami, FL 33131-4309 |
| 5612391 | + | State of OH, Dept of Medicaid, P.O. Box 712110, Cincinnati, OH 45271-2110 |
| 5612392 | | State of RI, Gainwell Technologies, PO Box 2006, East Greenwich, RI 02818 |
| 5612393 | + | Steven M. Berman, Shumaker Loop & Kendic, 101 E Kennedy Blvd, Ste 2800, Tampa, FL 33602-5153 |
| 5612394 | + | Strategies Group, SE, 3651 Peachtree Pkwy, Ste E-433, Suwanee, GA 30024-6034 |
| 5612396 | + | TrackTraceRx, 1601 Pakr Center Dr, Unit 10A, Orlando, FL 32835-5700 |
| 5612398 | + | Utah Dept of Health, LB 413133, PO Box 35146, Seattle, WA 98124-5146 |
| 5612399 | + | Value Plus, 457 W Liberty St, Wauconda, IL 60084-2452 |
| 5612400 | + | Wraser, LLC, Xspire Pharma, LLC, 5550 W Executive Drive, Ste 230, Tampa, FL 33609-1046 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5612340 | + | Email/PDF: bncnotices@becket-lee.com | Jan 20 2026 20:51:33 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 5612359 | + | Email/Text: ebone.woods@usdoj.gov | Jan 20 2026 20:41:00 | Food & Drug Administra, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5612395 | + | Email/Text: pam.lewis@thecitizensbank.bank | Jan 20 2026 20:41:00 | The Citizens Bank, P.O. Box 209, Philadelphia, MS 39350-0209 |
| 5612397 | ^ | MEBN | Jan 20 2026 20:39:47 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5612347 | | ClarusOne Sourcing Svc, 10-12 Russel Square, London WC1B 5HE |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

District/off: 0538-3     User: mssbad     Page 3 of 3
Date Rcvd: Jan 20, 2026     Form ID: pdf012     Total Noticed: 63

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Key Therapeutics  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

_____

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 20, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **KEY THERAPEUTICS, LLC,**            **CASE NO. 26-00106-JAW**

    **DEBTOR.**            **CHAPTER 7**

## ORDER DIRECTING APPOINTMENT OF
## PATIENT CARE OMBUDSMAN AND SETTING HEARING

This day there came on for consideration the voluntary petition for relief (the "Petition") (Dkt. #1) filed by the debtor, Key Therapeutics, LLC (the "Debtor"), on January 15, 2026 in the above-styled chapter 7 bankruptcy case. The Court, being fully advised in the premises and having been informed that the Petition indicates that the Debtor is a health care business, finds that the provisions of 11 U.S.C. § 333 for the appointment of a patient care ombudsman should apply unless the Court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific circumstances of the case.

IT IS, THEREFORE, ORDERED, pursuant to 11 U.S.C. § 333, the United States Trustee (the "UST") shall appoint a disinterested person to serve as the patient care ombudsman in the above-referenced bankruptcy case, unless the UST or other party in interest files a motion to dispense with the appointment of a patient care ombudsman within twenty-one (21) days of the date of this Order as provided by Federal Rules of Bankruptcy Procedure 1021(b) and 2007.2(a).

If such a motion is timely filed, the Court will conduct an evidentiary hearing as to whether a patient care ombudsman should be appointed on February 12, 2026, at 9:30 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that the Bankruptcy Clerk of Court shall have this Order noticed to all parties set forth on the most current mailing matrix of this case and the UST.

##END OF ORDER##