**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Key Therapeutics, LLC, Debtor                    Case No. 26-00106-JAW
                                                                                              CHAPTER 7

**ORDER DISPENSING WITH APPOINTMENT OF PATIENT CARE OMBUDSMAN**

This matter came before the Court on the Motion to Dispense with Appointment of Patient Care Ombudsman (the "Motion") filed by the Debtor, Key Therapeutics, LLC. The Court, having reviewed the Motion, the record in this case, and being otherwise fully advised in the premises, hereby finds and concludes that: Although the Debtor previously operated as a pharmacy and/or pharmaceutical manufacturer, it did not provide direct patient care and did not dispense drugs or provide services directly to consumers or patients.

The Debtor's operations were limited to the manufacture and sale of pharmaceutical products to wholesalers and distributors. The Debtor has ceased all operations and is no longer manufacturing, distributing, or selling pharmaceutical products. There are no current patients whose health, safety, or welfare could be impacted by the administration of this bankruptcy case. Under the specific facts of this case, the appointment of a patient care ombudsman is not necessary for the protection of patients.

**ORDERED** and **ADJUDGED** that the appointment of a patient care ombudsman in this case is DISPENSED WITH pursuant to 11 U.S.C. § 333(a)(1). Any prior order directing the

United States Trustee to appoint a patient care ombudsman in this case is VACATED to the extent it requires such appointment. The United States Trustee is relieved of any obligation to appoint a patient care ombudsman in this case. This Order shall be effective immediately upon entry.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS