**Fill in this information to identify the case:**

Debtor name **Key Therapeutics, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **26-00106**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 24, 2026**

X **/s/ Robert W. Sims**
Signature of individual signing on behalf of debtor

**Robert W. Sims**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Key Therapeutics, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **26-00106**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ **350,614.60**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ **350,614.60**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **1,000,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **2,504,193.49**

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b     $ **3,504,193.49**

**Fill in this information to identify the case:**

Debtor name **Key Therapeutics, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **26-00106**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **The Citizens Bank** | **Checking** | 2026 | $136,765.78 |
| 3.2. | **Regions Bank** | **Checking** | 6565 | $642.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | **$137,407.78** |

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.

Debtor   **Key Therapeutics, LLC**                                Case number *(If known)*  **26-00106**
         Name

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

        Description, including name of holder of prepayment
        8.1.   _____        _____


9.      **Total of Part 2.**                                                               _____
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.      **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **Alliance Pharmacy Plano** | | | | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **CLRx Pharmacy Denton** | | | | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **Direct Rx** | | | | |
| 11a. 90 days old or less: | **196,142.00** | - | **196,142.00** | = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **McKesson Financial Center** | | | | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **Paragon Pharmacy** | | | | |
| 11a. 90 days old or less: | **1,787.04** | - | **0.00** | = .... | **$1,787.04** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **Park Pharmacy, LLC** | | | | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **Professional Arts Pharmacy** | | | | |
| 11a. 90 days old or less: | **2,850.20** | - | **2,850.20** | = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **ST VINCENT HOSPITAL** | | | | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| | **Value Plus** | | | | |

Debtor **Key Therapeutics, LLC**                    Case number *(If known)* **26-00106**
Name

| 11b. Over 90 days old: | 3,840.00 | - | 3,840.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**BRP Pharmaceuticals**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**AmerisourceBergen**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**ABC Compounding Pharmacy**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**Blue Ridge Dermatology**

| 11b. Over 90 days old: | 156,980.54 | - | 0.00 | =.... | $156,980.54 |
| | face amount | | doubtful or uncollectible accounts | | |

**Cardinal Health Corporate**

| 11b. Over 90 days old: | 923.16 | - | 0.00 | =.... | $923.16 |
| | face amount | | doubtful or uncollectible accounts | | |

**Cleburne Drug**

| 11b. Over 90 days old: | 433.84 | - | 0.00 | =.... | $433.84 |
| | face amount | | doubtful or uncollectible accounts | | |

**Mercy Health St Rita's Hospital**

12.     **Total of Part 3.**                                                                        $160,124.58

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

[✓] No.  Go to Part 5.
[ ] Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 14.1. | _____ | _____ | _____ |

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership

15.1.   _____          _____ %     _____     _____

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page  3

Debtor  **Key Therapeutics, LLC**                    Case number *(if known)* **26-00106**
        Name

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

        Describe:

        16.1. _____

17.      **Total of Part 4.**
        Add lines 14 through 16.  Copy the total to line 83.

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies** **Ciprofloxacin Otic Solution (.25 ml single-dose) Lot 25B85** | **1/6/2026** | **$0.00** | | **$52,578.24** |
| **Ciprofloxacin Otic Solution (.25 ml single-dose) Lot 23P66** | **1/6/2026** | **$0.00** | | **$504.00** |
| **Otovel Otic Solution 0.3-0.025% Lot 23P67-2** | | **$0.00** | | **$0.00** |
| **Ciprofloxacin-Fluocinolone PF Otic Solution 0.3-0.025% Lot 23P67-3** | | **$0.00** | | **$0.00** |
| **Cetraxal Otic Solution 0.2%  21S36-2** | | **$0.00** | | **$0.00** |
| **Ciprofloxacin Otic Solution (.25 ml single-dose)  21AD5** | | **$0.00** | | **$0.00** |
| **Ciprofloxacin Otic Solution (.25 ml single-dose)  21T43** | | **$0.00** | | **$0.00** |

| Debtor | **Key Therapeutics, LLC** | Case number *(If known)* **26-00106** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| **Ciprofloxacin Otic Solution (.25 ml single-dose) 23AD5** | | $0.00 | | $0.00 |
| **Ciprofloxacin Otic Solution (.25 ml single-dose) 23QC1** | | $0.00 | | $0.00 |
| **Ciprofloxacin Otic Solution (.25 ml single-dose) 23QC1-2** | | $0.00 | | $0.00 |
| **Ciprofloxacin Otic Solution (.25 ml single-dose) 23T43** | | $0.00 | | $0.00 |
| **Ciprofloxacin Otic Solution (.25 ml single-dose) PIS0087** | | $0.00 | | $0.00 |
| **Zontivity Oral Tablet 2.08mg (30ct) WZ2102** | | $0.00 | | $0.00 |
| **Zontivity Oral Tablet 2.08mg (30ct) WZ2103** | | $0.00 | | $0.00 |
| **Dexamethasone Tab 1.5 mg 100ct 201270** | | $0.00 | | $0.00 |
| **Dexamethasone Tab 1.5 mg 100ct 23ZBN1B** | | $0.00 | | $0.00 |

Debtor   **Key Therapeutics, LLC**                    Case number *(If known)*  **26-00106**
_____
Name

| | | | | |
|---|---|---|---|---|
| **Methocarbamol 500mg Tablets (100ct)  A24010B** | | | | |
| **Methocarbamol 500mg Tablets (100ct) A24010B1** | | | | |
| **Methocarbamol 500mg Tablets (100ct) A240110B** | | | | |
| **Methocarbamol 500mg Tablets (100ct)  B25035B** | | | | |
| **Methocarbamol 500mg Tablets (100ct) B25035B2** | | | | |
| **Methocarbamol 500mg Tablets (100ct)  D24070A** | | | | |
| **Methocarbamol 500mg Tablets (100ct)  D240728** | | | | |
| **Methocarbamol 500mg Tablets (100ct)  D24072B** | | | | |
| **Methocarbamol 500mg Tablets (100ct)  D24072C** | | | | |
| **Methocarbamol 500mg Tablets (100ct)  D25064B** | | | | |
| **Methocarbamol 500mg Tablets (100ct) F22048B1** | | | | |
| **Methocarbamol 500mg Tablets (100ct)  K240368** | | | | |
| **Methocarbamol 500mg Tablets (100ct)  L23005A** | | | | |
| **Methocarbamol 500mg Tablets (100ct) L23005A1** | | | | |
| **Methocarbamol 500mg Tablets (100ct) M24009B1** | | | | |
| **Methocarbamol 500mg Tablets (100ct) M24009C** | | **$0.00** | | **$0.00** |
| **Dexamethasone Tab 1.5 mg 100ct  23ZBN1A** | | **$0.00** | | **$0.00** |
| **Pediacyn Hydrogel ADVANCED Itch-Burn-Rash-Pain Relief 8 oz  23C376** | | **$0.00** | | **$0.00** |
| **Pediacyn Dermal Spray ADVANCED Skin & Wound Cleanser 8oz 23C377** | | **$0.00** | | **$0.00** |
| **Rejuvacyn PLUS Antipruritic Spray Gel 8oz  23C373** | | **$0.00** | | **$0.00** |

Debtor    **Key Therapeutics, LLC**                                Case number *(If known)*   **26-00106**
Name

| | | | |
|---|---|---|---|
| **Rejuvacyn PLUS Dermal Spray 8oz  23C374** | | $0.00 | $0.00 |
| **Rejuvacyn PLUS Dermal Spray 16oz  23C375** | | $0.00 | $0.00 |
| **Otovel Otic Solution 0.3-0.025% (Sample) 23P67-1** | | $0.00 | $0.00 |
| **Cetraxal Otic Solution 0.2% (Sample)  21S36-1** | | $0.00 | $0.00 |

23.    **Total of Part 5.**                                                    | $53,082.24 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops-either planted or harvested** | | | |
| 29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.    **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.    **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor    **Key Therapeutics, LLC**                    Case number *(If known)*  **26-00106**
_____
Name

32.    **Other farming and fishing-related property not already listed in Part 6**

_____    _____    _____    _____

33.    **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

      [_____]

34.    **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| | | | |
| **40.    Office fixtures** | | | |
| | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| **42.    Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | | | |

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

      [_____]

Debtor   **Key Therapeutics, LLC**                                          Case number *(If known)*  **26-00106**
         Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | _____ | _____ | _____ |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | _____ | _____ | _____ |
| **49.    Aircraft and accessories** | | | |
| 49.1.. _____ | _____ | _____ | _____ |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51.    **Total of Part 8.**                                                                        _____
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **Key Therapeutics, LLC**                              Case number *(If known)* **26-00106**
_____
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites**<br>**Keytheraputics.net** | **$0.00** | | **$0.00** |
| **keyrx.com** | **$0.00** | | **$0.00** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations**<br>**Customer list - 5 Wholesalers** | **$0.00** | | **$0.00** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                   **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

Debtor  **Key Therapeutics, LLC**                                    Case number *(If known)*  **26-00106**
　　　　 Name

68.　　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　　☑ No
　　　　☐ Yes

69.　　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　　☑ No
　　　　☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No.  Go to Part 12.
　　☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.　　**Notes receivable**
　　　　Description (include name of obligor)

72.　　**Tax refunds and unused net operating losses (NOLs)**
　　　　Description (for example, federal, state, local)

73.　　**Interests in insurance policies or annuities**

　　　　**General Commercial Liability**                                              $0.00

74.　　**Causes of action against third parties (whether or not a lawsuit
　　　　has been filed)**

　　　　**Potential Legal Malpractice claim against Josh McCroy**              Unknown
　　　　**Nature of claim**
　　　　**Amount requested**                        $0.00

75.　　**Other contingent and unliquidated claims or causes of action of
　　　　every nature, including counterclaims of the debtor and rights to
　　　　set off claims**

76.　　**Trusts, equitable or future interests in property**

77.　　**Other property of any kind not already listed** *Examples:* Season tickets,
　　　　country club membership

78.　　**Total of Part 11.**                                               |  $0.00 |

　　　　Add lines 71 through 77. Copy the total to line 90.

79.　　**Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　　　☑ No
　　　　☐ Yes

Debtor   **Key Therapeutics, LLC**
Name

Case number *(if known)*  **26-00106**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $137,407.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $160,124.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $53,082.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $350,614.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $350,614.60 |

**Fill in this information to identify the case:**

Debtor name **Key Therapeutics, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **26-00106**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **The Citizens Bank** | Describe debtor's property that is subject to a lien | $1,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 209**
**Philadelphia, MS 39350**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  |  $1,000,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Key Therapeutics, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  **26-00106**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1. | Priority creditor's name and mailing address | $ _____ | $ _____ |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:

11 U.S.C. § 507(a) ( _____ )

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$604.43** |

**ABC Compunding Pharmac**
**16311 Ventura Blvd**
**#110**
**Encino, CA 91436**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

|  |  | Amount of claim |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | **$3,574.08** |

**Alliance Pharmacy Plan**
**4152 W Spring Creek Pk**
**Ste 160**
**Plano, TX 75024**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Key Therapeutics, LLC** | Case number (if known) | **26-00106** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,123.77** |
|---|---|---|---|

**American Express**
P.O. Box 6031
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190,999.97** |
|---|---|---|---|

**AmerisourceBergen**
PO Box 247
Thorofare, NJ 08086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,896.42** |
|---|---|---|---|

**Arizona AHCCCS**
P.O. Box 741573
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,568.36** |
|---|---|---|---|

**Ascent Health Services**
Muhlentalstrasse 36
8200 Schaffhausen
Switzerland

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$477.07** |
|---|---|---|---|

**Bureau of TennCare**
Dept 5544 Drug Rebate
P.O. Box 11407
Birmingham, AL 35246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,303.47** |
|---|---|---|---|

**Cardinal Health 105**
P.O. Box 978709
Dallas, TX 75397

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,303.47** |
|---|---|---|---|

**Cardinal Health 105**
P.O. Box 978709
Dallas, TX 75397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Key Therapeutics, LLC**                                Case number (*if known*)    **26-00106**
_____
Name

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,685.00** |
|---|---|---|---|

**Charles R Mullins, PC**
**1146 Lyncrest Ave**
**Jackson, MS 39202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,475.00** |
|---|---|---|---|

**ClarusOne Sourcing Svc**
**10-12 Russel Square**
**London WC1B 5HE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,609.39** |
|---|---|---|---|

**CLRx Pharmacy Denton**
**2401 W Oak St**
**Ste 101**
**Denton, TX 76201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$407.98** |
|---|---|---|---|

**CO Dept of Health Care**
**Attn: Drug Rebate Prog**
**P.O. Box 5897**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.87** |
|---|---|---|---|

**Commonwealth of MA**
**MassHealth Drug Rebate**
**P.O. Box 417688**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.87** |
|---|---|---|---|

**Commonwealth of PA**
**Drug & Device Section**
**P.O. Box 780634**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,621.32** |
|---|---|---|---|

**Copay Consultants, LLC**
**517 Liberty Rd**
**Ste D**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Key Therapeutics, LLC** | Case number *(if known)* | **26-00106** |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,242.78**

**DC Treasurer**
**ACS State Healthcare**
P.O. Box 34722
Washington, DC 20043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.38**

**Dept of Health & Human**
P.O. Box 935889
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,701.14**

**Dept of Healthcare Svc**
P.O. Box 997415
Sacramento, CA 95899

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.49**

**Dept of Medical Asst**
**Commonwealth of VA**
P.O. Box 715991
Philadelphia, PA 19171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$836.07**

**DHS Drug Rebate**
**Attn: Drug Rebate Prog**
P.O. Box 64837
Saint Paul, MN 55164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232,282.32**

**Food & Drug Administra**
P.O. Box 979108
Saint Louis, MO 63197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.86**

**Georgia Dept of Commun**
**MCO Drug Rebates**
P.O. Box 734669
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Key Therapeutics, LLC**                                    Case number (*if known*)   **26-00106**

Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6.66 |

**Hawaii Medicaid Fiscal Conduent State Healthc**
P.O. Box 1480
Honolulu, HI 96807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.87 |

**Health Care Authority WA State HCA**
P.O. Box 45500
Olympia, WA 98504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.13 |

**Healthcare & Family Se Recoveries Unit**
P.O. Box 19107
Springfield, IL 62794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.87 |

**IL Dept of Healthcare Recoveries Unit**
P.O. Box 19107
Springfield, IL 62794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.87 |

**Indiana Medicaid Drug**
26593 Networ Pl
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.62 |

**Kansas Dept of Health Division of Healthcare**
P.O. Box 2428
Topeka, KS 66601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |

**Keith Woronoff LSK Associates**
2822 54th Ave S
Ste 234
Saint Petersburg, FL 33712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Key Therapeutics, LLC**                                    Case number (if known)   **26-00106**
_____
Name

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$234.12** |
|---|---|---|---|

**LA Dept of Health**
**Attn: Drug Rebate Prog**
**P.O. Box 62951**
**New Orleans, LA 70162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$234.12** |
|---|---|---|---|

**Maryland Medical Assis**
**Medicaid Drug Rebate P**
**P.O. Box 17185**
**Baltimore, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**McCraney Montagnet Qui**
**602 Steed Rd**
**Ste 200**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$152.64** |
|---|---|---|---|

**MedImpact Healthcare S**
**P.O. Box 511551**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,650.00** |
|---|---|---|---|

**MLV Pharma, LLC**
**276 Delores Home Ave**
**Valrico, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21.52** |
|---|---|---|---|

**MS Division of Medicai**
**Attn: UHC MCO Drug Reb**
**PO Box 6014**
**Ridgeland, MS 39158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,037.87** |
|---|---|---|---|

**Nevada Meidcaid Rebate**
**P.O. Box 845937**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Key Therapeutics, LLC** | Case number (if known) | **26-00106** |
|---|---|---|---|
| | Name | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Nevada State DHHS**
**400 W King St**
**Ste 300**
**Carson City, NV 89703**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**NJ Division of Medical**
**Lockbox 655**
**200 Wolverton Ave**
**Bldg 20**
**Trenton, NJ 08646**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$845.82**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**NM Human Svc Dept**
**Revenue & Reporting**
**P.O. Box 2348**
**Santa Fe, NM 87501**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$37.87**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**NY State Dept of Healt**
**P.O. Box 412205**
**Boston, MA 02241**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$552.69**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**OK Health Care Authori**
**Finance Division**
**Drug Rebate**
**PO Box 18968**
**Oklahoma City, OK 73154**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$37.87**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**OR Drug Rebate Program**
**500 Summer St NE E-08**
**Salem, OR 97301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$382.18**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Paragon Pharmacy**
**7720 S Broadway**
**Ste 100**
**Littleton, CO 80122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$595.68**

---

Debtor  **Key Therapeutics, LLC**　　　　　　　　　　　　　　　　Case number (*if known*)　**26-00106**
_____
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,063.28 |
|---|---|---|---|

**Professional Arts Phar**
**128 Curran Ln**
**Lafayette, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,267.34 |
|---|---|---|---|

**Rainboe Gold Inc**
**115 Grimes Dr**
**Guntersville, AL 35976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Renascet Group**
**56 Ambassador Dr**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $605,485.78 |
|---|---|---|---|

**Salvat**
**201 Biscayne Blvd**
**Ste 2810**
**28th Floor**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.44 |
|---|---|---|---|

**State of OH**
**Dept of Medicaid**
**P.O. Box 712110**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.58 |
|---|---|---|---|

**State of RI**
**Gainwell Technologies**
**PO Box 2006**
**East Greenwich, RI 02818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,306.47 |
|---|---|---|---|

**Strategies Group, SE**
**3651 Peachtree Pkwy**
**Ste E-433**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Key Therapeutics, LLC** | Case number (if known) | **26-00106** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**TrackTraceRx**
**1601 Pakr Center Dr**
**Unit 10A**
**Orlando, FL 32835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113.62** |
|---|---|---|---|

**Utah Dept of Health**
**LB 413133**
**PO Box 35146**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$680.00** |
|---|---|---|---|

**Value Plus**
**457 W Liberty St**
**Wauconda, IL 60084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,225,327.07** |
|---|---|---|---|

**Wraser, LLC**
**Xspire Pharma, LLC**
**5550 W Executive Drive**
**Ste 230**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Food & Drug Administra**<br>**c/o US Attorney's Offi**<br>**501 E Court St**<br>**Ste. 4.430**<br>**Jackson, MS 39201** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Fox Rothschild, LLP**<br>**2 S Biscayne Blvd**<br>**Ste 2750**<br>**Miami, FL 33131** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Hill Ward Henderson**<br>**101 E Kennedy Blvd**<br>**Ste 3700**<br>**Tampa, FL 33602** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Key Therapeutics, LLC** | Case number (if known) | **26-00106** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Jeffery Thompson**<br>**c/o Seth P Traub**<br>**101 E Kennedy Blvd**<br>**Ste 2800**<br>**Tampa, FL 33602** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Kevin M. Eddy**<br>**BlankRome**<br>**501 Grant St**<br>**Ste 850**<br>**Pittsburgh, PA 15219** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Reginald Sainvil**<br>**Moore & VanAllen**<br>**100 N Tyron St**<br>**Ste 4700**<br>**Charlotte, NC 28202-4003** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Steven M. Berman**<br>**Shumaker Loop & Kendic**<br>**101 E Kennedy Blvd**<br>**Ste 2800**<br>**Tampa, FL 33612** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **US Attorney General**<br>**US Dept of Justice**<br>**950 Pennsylvania AveNW**<br>**Washington, DC 20530-0001** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **2,504,193.49** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,504,193.49** |

| Fill in this information to identify the case: |
| --- |

Debtor name **Key Therapeutics, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **26-00106**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Product Purchases** <br><br> State the term remaining <br><br> List the contract number of any government contract | **McKesson\*\*\*** <br> **6555 State Hwy 161** <br> **Irving, TX 75039** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **MLV Pharma, LLC** <br> **276 Delores Home Ave** <br> **Valrico, FL 33594** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Distributor & Warehouse** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Rainboe Gold Inc** <br> **115 Grimes Dr** <br> **Guntersville, AL 35976** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Data Transmission** <br><br> State the term remaining <br><br> List the contract number of any government contract | **SPS Commerce\*\*\*** <br> **333 S Seventh St** <br> **Ste 1000** <br> **Minneapolis, MN 55402** |

| Debtor 1 | **Key Therapeutics, LLC** | | | Case number *(if known)* | **26-00106** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Serialization** | |
|---|---|---|---|
| | State the term remaining | | **TrackTraceRx**<br>**1601 Pakr Center Dr**<br>**Unit 10A**<br>**Orlando, FL 32835** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Key Therapeutics, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **26-00106**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Robert W. Sims\*\*\*** | **203 Winter Trail Ct**<br>**Madison, MS 39110** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Key Therapeutics, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **26-00106**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2026** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1.00** |
| **For prior year:** From  **1/01/2025** to **12/31/2025** | ■ Operating a business ☐ Other _____ | **$2,813,435.55** |
| **For year before that:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$2,979,993.29** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **Key Therapeutics, LLC**                                    Case number *(if known)* **26-00106**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express** <br> P.O. Box 6031 <br> Carol Stream, IL 60197 | 10/27/25 <br> 11/26/25 <br> 12/8/25 <br> 12/12/25 <br> 12/29/25 | $47,348.27 | ☐ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.2. **SBA** <br> 801 Tom Martin Dr <br> Ste 210 <br> Birmingham, AL 35211 | 10/10/25 <br> 12/15/25 <br> 1/6/26 | $157,068.79 | ☐ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.3. **The Citizens Bank** <br> P.O. Box 209 <br> Philadelphia, MS 39350 | 11/28/25 <br> 12/11/25 <br> 12/15/25 | $142,529.35 | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.4. **First Herizon Bank** | 12/12/25 | $16,424.38 | ☐ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.5. **Melinda Dove** | 11/5/25 <br> 12/5/25 <br> 12/23/25 <br> 1/2/26 <br> 1/6/26 | $17,781.42 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Contract Pay, Insurance/Phone Reimbursement** |
| 3.6. **Sheila Willis** | 12/5/25 <br> 12/23/25 <br> 1/6/26 | $15,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ■ Other **Contractor Pay** |
| 3.7. **SPS Commerce** | 10/20 <br> 11/20 <br> 12/17 | $8,967.99 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |

Debtor  **Key Therapeutics, LLC**                                       Case number *(if known)*  **26-00106**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

□ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Salvat**<br>**201 Biscayne Blvd**<br>**Ste 2810**<br>**28th Floor**<br>**Miami, FL 33132** | **US Marketing Rights for Ciprot Loxacin otic solution** | **6/30/25** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Legacy-Xspire Holdings, LLC**<br>**23-04251-RCT** | **Chapter 11** | **Middle DIstrict of Florida Bankruptcy Court** | □ Pending<br>□ On appeal<br>■ Concluded |
| 7.2. | **North Point Rx, LLC v. Key Therapeutics, LLC**<br>**3:25-CV-20-KHJ-MTP** | | **US District Court Southern District of Mississippi Northern Division** | ■ Pending<br>□ On appeal<br>□ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    **Key Therapeutics, LLC**                                         Case number *(if known)*    **26-00106**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Rollins Law Firm, PLLC**<br>**P.O. Box 13767**<br>**Jackson, MS 39236** | **Retainer** | **1/14/2026** | **$4,000.00** |
| | Email or website address<br>**trollins@therollinsfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13.  **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

Debtor    **Key Therapeutics, LLC**                                    Case number *(if known)*  **26-00106**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Pharmaco** **4602 E Elwood St, #11** **Phoenix, AZ 85040** | **New Drug Application & Abbreviated New Drug Applications and other assets** | **11/10/2025** | **$500,000.00** |
| | Relationship to debtor **none** | | | |

---

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor   **Key Therapeutics, LLC**                                      Case number *(if known)*   **26-00106**

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Rainbow Gold Inc**<br>**115 Grimes Dr**<br>**Guntersville, AL 35976** | **none** | **drugs** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor  **Key Therapeutics, LLC**                                   Case number *(if known)*  **26-00106**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Ken Walker** | **through 2024** |
| 26a.2.  **Ron Russell** | **2024 - present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Robert W. Sims**<br>**203 Winter Trail Ct**<br>**Madison, MS 39110** | |
| 26c.2.  **Ken Walker** | |
| 26c.3.  **Ron Russell** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **Key Therapeutics, LLC**                                    Case number *(if known)* **26-00106**

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert W. Sims | 203 Winter Trail Ct Madison, MS 39110 | Managing Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Robert W. Sims** **203 Winter Trail Ct** **Madison, MS 39110** | $65,000 | 2025 | compensation |
| | **Relationship to debtor** **Managing Member** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor  **Key Therapeutics, LLC**                                    Case number *(if known)*  **26-00106**

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 24, 2026**

**/s/ Robert W. Sims**                                    **Robert W. Sims**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor  **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Mississippi

In re **Key Therapeutics, LLC**                                   Case No. **26-00106**
_____                            Chapter **7**
                                Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐ **FLAT FEE**

    For legal services, I have agreed to accept _____    $  _____

    Prior to the filing of this statement I have received _____    $  _____

    Balance Due _____    $  _____

    ☑ **RETAINER**

    For legal services, I have agreed to accept and received a retainer of _____    $        **4,000.00**

    The undersigned shall bill against the retainer at an hourly rate of _____    $          **360.00**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.  $  **0.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.
    A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following
    aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

In re   **Key Therapeutics, LLC** _____  Case No.   **26-00106** _____
                               Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 24, 2026** _____       **/s/ Thomas C. Rollins, Jr.** _____
*Date*                                               **Thomas C. Rollins, Jr. 103469**
                                                     *Signature of Attorney*
                                                     **The Rollins Law Firm, PLLC**
                                                     **P.O. Box 13767**
                                                     **Jackson, MS 39236**
                                                     **601-500-5533   Fax: 600-500-5296**
                                                     **trollins@therollinsfirm.com** _____
                                                     *Name of law firm*