```
KEY THERAPEUTICS, LLC        CARDINAL HEALTH 105          DEPT OF HEALTH & HUMAN
232 MARKET ST, BUILDING K    P.O. BOX 978709              P.O. BOX 935889
FLOWOOD, MS 39232            DALLAS, TX 75397             ATLANTA, GA 31193

THOMAS C. ROLLINS, JR.       CHARLES R MULLINS, PC        DEPT OF HEALTHCARE SVC
THE ROLLINS LAW FIRM, PLLC   1146 LYNCREST AVE            P.O. BOX 997415
P.O. BOX 13767               JACKSON, MS 39202            SACRAMENTO, CA 95899
JACKSON, MS 39236

ABC COMPUNDING PHARMAC       CLARUSONE SOURCING SVC       DEPT OF MEDICAL ASST
16311 VENTURA BLVD           10-12 RUSSEL SQUARE          COMMONWEALTH OF VA
#110                         LONDON WC1B 5HE              P.O. BOX 715991
ENCINO, CA 91436                                          PHILADELPHIA, PA 19171

ALLIANCE PHARMACY PLAN       CLRX PHARMACY DENTON         DHS DRUG REBATE
4152 W SPRING CREEK PK       2401 W OAK ST                ATTN: DRUG REBATE PROG
STE 160                      STE 101                      P.O. BOX 64837
PLANO, TX 75024              DENTON, TX 76201             SAINT PAUL, MN 55164

AMERICAN EXPRESS             CO DEPT OF HEALTH CARE       FOOD & DRUG ADMINISTRA
P.O. BOX 6031                ATTN: DRUG REBATE PROG       P.O. BOX 979108
CAROL STREAM, IL 60197       P.O. BOX 5897                SAINT LOUIS, MO 63197
                             DENVER, CO 80217

AMERISOURCEBERGEN            COMMONWEALTH OF MA           FOOD & DRUG ADMINISTRA
PO BOX 247                   MASSHEALTH DRUG REBATE       C/O US ATTORNEY'S OFFI
THOROFARE, NJ 08086          P.O. BOX 417688              501 E COURT ST
                             BOSTON, MA 02241             STE. 4.430
                                                          JACKSON, MS 39201

ARIZONA AHCCCS               COMMONWEALTH OF PA           FOX ROTHSCHILD, LLP
P.O. BOX 741573              DRUG & DEVICE SECTION        2 S BISCAYNE BLVD
ATLANTA, GA 30374            P.O. BOX 780634              STE 2750
                             PHILADELPHIA, PA 19178       MIAMI, FL 33131

ASCENT HEALTH SERVICES       COPAY CONSULTANTS, LLC       GEORGIA DEPT OF COMMUN
MUHLENTALSTRASSE 36           517 LIBERTY RD              MCO DRUG REBATES
8200 SCHAFFHAUSEN            STE D                        P.O. BOX 734669
SWITZERLAND                  FLOWOOD, MS 39232            DALLAS, TX 75373

BUREAU OF TENNCARE           DC TREASURER                 HAWAII MEDICAID FISCAL
DEPT 5544 DRUG REBATE        ACS STATE HEALTHCARE         CONDUENT STATE HEALTHC
P.O. BOX 11407               P.O. BOX 34722               P.O. BOX 1480
BIRMINGHAM, AL 35246         WASHINGTON, DC 20043         HONOLULU, HI 96807
```

```
HEALTH CARE AUTHORITY         LA DEPT OF HEALTH             NJ DIVISION OF MEDICAL
WA STATE HCA                  ATTN: DRUG REBATE PROG        LOCKBOX 655
P.O. BOX 45500                P.O. BOX 62951                200 WOLVERTON AVE
OLYMPIA, WA 98504             NEW ORLEANS, LA 70162         BLDG 20
                                                            TRENTON, NJ 08646


HEALTHCARE & FAMILY SE        MARYLAND MEDICAL ASSIS        NM HUMAN SVC DEPT
RECOVERIES UNIT               MEDICAID DRUG REBATE P        REVENUE & REPORTING
P.O. BOX 19107                P.O. BOX 17185                P.O. BOX 2348
SPRINGFIELD, IL 62794         BALTIMORE, MD 21297           SANTA FE, NM 87501


HILL WARD HENDERSON           MCCRANEY MONTAGNET QUI        NY STATE DEPT OF HEALT
101 E KENNEDY BLVD            602 STEED RD                  P.O. BOX 412205
STE 3700                      STE 200                       BOSTON, MA 02241
TAMPA, FL 33602               RIDGELAND, MS 39157


IL DEPT OF HEALTHCARE         MCKESSON***                   OK HEALTH CARE AUTHORI
RECOVERIES UNIT               6555 STATE HWY 161            FINANCE DIVISION
P.O. BOX 19107                IRVING, TX 75039              DRUG REBATE
SPRINGFIELD, IL 62794                                       PO BOX 18968
                                                            OKLAHOMA CITY, OK 73154


INDIANA MEDICAID DRUG         MEDIMPACT HEALTHCARE S        OR DRUG REBATE PROGRAM
26593 NETWOR PL               P.O. BOX 511551               500 SUMMER ST NE E-08
CHICAGO, IL 60673             LOS ANGELES, CA 90051         SALEM, OR 97301


JEFFERY THOMPSON              MLV PHARMA, LLC               PARAGON PHARMACY
C/O SETH P TRAUB              276 DELORES HOME AVE          7720 S BROADWAY
101 E KENNEDY BLVD            VALRICO, FL 33594             STE 100
STE 2800                                                    LITTLETON, CO 80122
TAMPA, FL 33602


KANSAS DEPT OF HEALTH         MS DIVISION OF MEDICAI        PROFESSIONAL ARTS PHAR
DIVISION OF HEALTHCARE        ATTN: UHC MCO DRUG REB        128 CURRAN LN
P.O. BOX 2428                 PO BOX 6014                   LAFAYETTE, LA 70506
TOPEKA, KS 66601              RIDGELAND, MS 39158


KEITH WORONOFF                NEVADA MEIDCAID REBATE        RAINBOE GOLD INC
LSK ASSOCIATES                P.O. BOX 845937               115 GRIMES DR
2822 54TH AVE S               LOS ANGELES, CA 90084         GUNTERSVILLE, AL 35976
STE 234
SAINT PETERSBURG, FL 33712


KEVIN M. EDDY                 NEVADA STATE DHHS             REGINALD SAINVIL
BLANKROME                     400 W KING ST                 MOORE & VANALLEN
501 GRANT ST                  STE 300                       100 N TYRON ST
STE 850                       CARSON CITY, NV 89703         STE 4700
PITTSBURGH, PA 15219                                        CHARLOTTE, NC 28202-4003
```

```
RENASCET GROUP                TRACKTRACERX
56 AMBASSADOR DR              1601 PAKR CENTER DR
RED BANK, NJ 07701            UNIT 10A
                              ORLANDO, FL 32835


ROBERT W. SIMS***             US ATTORNEY GENERAL
203 WINTER TRAIL CT           US DEPT OF JUSTICE
MADISON, MS 39110             950 PENNSYLVANIA AVENW
                              WASHINGTON, DC 20530-0001


SALVAT                        UTAH DEPT OF HEALTH
201 BISCAYNE BLVD             LB 413133
STE 2810                      PO BOX 35146
28TH FLOOR                    SEATTLE, WA 98124
MIAMI, FL 33132


SPS COMMERCE***               VALUE PLUS
333 S SEVENTH ST              457 W LIBERTY ST
STE 1000                      WAUCONDA, IL 60084
MINNEAPOLIS, MN 55402



STATE OF OH                   WRASER, LLC
DEPT OF MEDICAID              XSPIRE PHARMA, LLC
P.O. BOX 712110               5550 W EXECUTIVE DRIVE
CINCINNATI, OH 45271          STE 230
                              TAMPA, FL 33609


STATE OF RI
GAINWELL TECHNOLOGIES
PO BOX 2006
EAST GREENWICH, RI 02818



STEVEN M. BERMAN
SHUMAKER LOOP & KENDIC
101 E KENNEDY BLVD
STE 2800
TAMPA, FL 33612


STRATEGIES GROUP, SE
3651 PEACHTREE PKWY
STE E-433
SUWANEE, GA 30024



THE CITIZENS BANK
P.O. BOX 209
PHILADELPHIA, MS 39350
```