UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:         KEY THERAPEUTICS, LLC                CASE NO.    26-00106-JAW

         DEBTOR(S)                                  CHAPTER   7

UNITED STATES TRUSTEE'S RESPONSE TO DEBTOR'S
MOTION TO DISPENSE WITH APPOINTMENT OF
PATIENT CARE OMBUDSMAN

COMES NOW David W. Asbach, Acting United States Trustee for Region 5 ("UST"), by and through undersigned counsel, and files this Response to Debtor's Motion to Dispense with Appointment of Patient Care Ombudsman [DKT. #10], and in support thereof respectfully submits the following:

1. The Bankruptcy Code requires the court to appoint an ombudsman "to monitor the quality of patient care and to represent the interests of the patients of the health care business unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients." 11 U.S.C. § 333 (2005); Fed. R. Bankr. P. 2007.2.

2. In its Motion, the Debtor concludes, based on its own analysis, that no patient care ombudsman is necessary in this case since Debtor has reportedly ceased doing business and provides no patient care, no medical services, and dispenses no drugs directly to consumers. Consequently, the UST does not oppose the granting of Debtor's Motion.

3. Moreover, the Debtor is arguably not a health care business pursuant to § 101(27A). Considering the high probability of the Court determining that the appointment of a patient care ombudsman is not necessary at this time, the UST requests that should the Debtor convert to a chapter 11 or experience any other change in circumstance that precipitates the appointment of a

patient care ombudsman at a later time, the Court, upon a motion from the UST or a party in interest, shall reconsider the appointment.  *See* Fed. R. Bankr. P. 2007.2(b).

WHEREFORE, PREMISES CONSIDERED, the United States Trustee prays that his Response to the Debtor's Motion to Dispense with Appointment of Patient Care Ombudsman be received and filed. The United States Trustee also prays for general relief to which entitled in these premises.

RESPECTFULLY SUBMITTED, this the 26th day of January 2026.

                              DAVID W. ASBACH
                              Acting United States Trustee
                              Region 5, Judicial Districts of
                              Louisiana and Mississippi

By:   */s/Abigail M. Marbury*
        ABIGAIL M. MARBURY

ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL: (601) 965-5245
EMAIL: abigail.m.marbury@usdoj.gov

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served this day on the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system:

T.C. Rollins
*Counsel for Debtor*

Stephen Smith
*Chapter 7 Trustee*

DATED, this the 26th day of January 2026.

*/s/ Abigail M. Marbury*
ABIGAIL M. MARBURY