# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY PROCEEDING |
| KEY THERAPEUTICS, LLC | CASE NUMBER: 26-00106 JAW |

## NOTICE OF APPEARANCE

PURSUANT to Bankruptcy Rules 2002 and 9010, Anna Claire Henderson, Attorney at Law, hereby enters her appearance as attorney of record in the above referenced bankruptcy proceeding on behalf of North Point Rx, LLC and requests that she be placed on the mailing list and receive all copies of any relevant documents.

Please add the following name and address to the list of counsel:

Anna Claire Henderson
Attorney at Law
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
Telephone: (601) 948-3167
Facsimile: (601) 948-0109
annaclaire@derekhendersonlaw.com

DATED this the 27th day of January, 2026.

Respectfully submitted,

By: s / Anna Claire Henderson
ANNA CLAIRE HENDERSON
ATTORNEY FOR NORTH POINT RX, LLC

## CERTIFICATE OF SERVICE

I, ANNA CLAIRE HENDERSON, do hereby certify that I have this date served, via the ECF Notification Service, which provides electronic notice all parties of record, a true and correct copy of the above and foregoing Notice of Appearance to the following:

Key Therapeutics, LLC
232 Market St, Bldg K
Flowood, MS 39232

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Office of United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

This, the 27th day of January, 2026.

s / Anna Claire Henderson
ANNA CLAIRE HENDERSON

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com