# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | **CASE NO. 26-00106-JAW** |
| **KEY THERAPEUTICS, LLC**   * | | |
| | * | |
| **Debtor** | * | **CHAPTER 7** |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES AND PLEADINGS

**NOTICE IS HEREBY GIVEN** that Sarah Beth Wilson of Phelps Dunbar, LLP, 1905 Community Bank Way, Suite 200, Flowood, Mississippi 39232, has entered her appearance on behalf of Citizens Bank of Philadelphia.

**REQUEST IS HEREBY MADE** on behalf of Citizens Bank of Philadelphia that its undersigned attorney be given and served with a true and complete copy of all notices given or required to be given in this case and all papers served or required to be served in this case including but not limited to all schedules, statements, notices, motions, applications, requests, petitions, complaints, pleadings, orders, judgments, disclosure statements, plans of reorganization, reports, amendments and supplements, and other documents filed in or brought before this Court in or related to the above styled matter.

THIS 29th day of January, 2026.

                                                Respectfully submitted,

                                                **CITIZENS BANK OF PHILADELPHIA**

By:    */s/ Sarah Beth Wilson*
          SARAH BETH WILSON (MSB 103650)

PD.60366020.1

OF COUNSEL:
**PHELPS DUNBAR, LLP**
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
Sarah.beth.wilson@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served via the Court's ECF Notification System a true and correct copy of the above and foregoing on all parties receiving such notices including but not limited to:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
***ATTORNEY FOR DEBTOR***

                                          By: */s/ Sarah Beth Wilson*
                                                 SARAH BETH WILSON (MSB 103650)

PD.60366020.1