IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                             CHAPTER 7

KEY THERAPEUTICS, LLC                          CASE NO. 26-00106-JAW

## APPLICATION OF TRUSTEE TO EMPLOY
## CERTIFIED PUBLIC ACCOUNTANTS

**COMES NOW**, J. Stephen Smith, Trustee in the above captioned and numbered cause, and petitions the Court for authority to retain and appoint Harper, Rains, Knight & Company, P.A. Certified Public Accountants, in this proceeding, and in support thereof would respectfully show as follows, to-wit:

1.      That J. Stephen Smith, Trustee (hereinafter referred to as "Trustee") represents that in the administration of the above captioned and numbered cause and in the performance of his duties as Trustee, it will be necessary for said Trustee to employ a Certified Public Accountants to perform such accounting services as may become necessary to finalize matters pertaining to the Bankruptcy Estate.

2.      Applicant desires to employ Harper, Rains, Knight & Company, P.A., Certified Public Accountants of Ridgeland, Mississippi for the performance of said accounting services herein.

3.      That said Certified Public Accountant is fully qualified, and his employment would be in the best interest of this Bankruptcy Estate.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, prays that he be authorized to employ and appoint Harper, Rains, Knight & Company, P.A., as his Certified Public Accountants, to be reimbursed by the Bankruptcy Estate subject to the requirements and approval of the Bankruptcy Court.

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, electronic mail or electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing Application of Trustee to Employ Certified Public Accountants, to the following on the day and year hereinafter set forth:

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the _____ day of _____, 2026.

_____
EILEEN N. SHAFFER

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: KEY THERAPEUTICS, LLC           CASE NO. 26-00106-JAW
         CHAPTER 7

## STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014

**COMES NOW**, Stephen Smith, CPA, of Harper, Rains, Knight & Company, P.A., Certified Public Accountants, (hereafter "HRK") and would represent unto the Court:

1. I am a Certified Public Accountant, duly licensed to practice in the State of Mississippi. I maintain an office at 1052 Highland Colony Parkway, Suite 100, Ridgeland, Mississippi 39157.
2. To the best of my knowledge and belief, I have no connection with the debtor, creditor, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth below:
   A) I was previously employed as a Bankruptcy Analyst with the Office of the United States Trustee from March 8, 1993 through January 5, 1995.
   B) I serve as a member of the chapter 7 panel of trustees established under 28 U.S.C. Section 586(a)(1), and have been appointed chapter 7 trustee of the instant case.
   C) Eileen N. Shaffer, Attorney for the Trustee in the instant case, frequently employs HRK as her accounting firm in matters in which she serves as chapter 7 bankruptcy trustee. Further, HRK provides accounting and tax services to Eileen N. Shaffer, Attorney at Law.
   D) Most, or all, of the attorneys involved in the instant case have, at some time or other, represented debtors, creditors, or other parties-in-interest in cases in which I have served as chapter 7 trustee, CPA for a chapter 7 trustee, chapter 11 trustee, CPA for chapter 11 debtors-in-possession or chapter 11 trustee, or examiner. Said attorneys may have also represented me as special counsel in my capacity as chapter 7 trustee in other cases in which I was appointed.

Dated: January 29, 2026

Stephen Smith
Certified Public Accountant
Harper, Rains, Knight & Company, PA
1052 Highland Colony Parkway, Suite 100
Ridgeland, Mississippi 39157