IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                  CHAPTER 7

KEY THERAPEUTICS, LLC                                CASE NO. 26-00106-JAW

**ORDER APPROVING APPLICATION OF TRUSTEE
TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS**

**THIS CAUSE** having come on for consideration of the Application of Trustee to Employ Certified Public Accountants [Dkt. #_____], filed by **J. Stephen Smith**, Trustee, and the Court, having considered said Application, is of the opinion that the Application should be approved.

**IT IS, THEREFORE, ORDERED** that the employment of Harper, Rains, Knight & Company, P.A. as Certified Public Accountants for the Trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that Harper, Rains, Knight & Company, P.A. shall be entitled to receive compensation and to receive reimbursement of actual necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016, and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts so allowed.

**##END OF ORDER##**

SUBMITTED BY:

/s/ Eileen N. Shaffer
_____
EILEEN N. SHAFFER, MSB #1687
Attorney for J. Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com