UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KEY THERAPEUTICS, LLC,                             CASE NO. 26-00106-JAW

DEBTOR.                                                              CHAPTER 7

**APPEARANCE OF COUNSEL**

Jones Walker LLP of Jackson, Mississippi enters its appearance as counsel of record for Jeffrey Thompson, in his capacity as Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC in the above-referenced chapter 7 proceeding. Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007, we request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the undersigned at the office address and telephone number set forth herein.

The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by electronic mail, United States postal service, ECF notification, delivery, telephone, facsimile or otherwise, which affect the Debtor or property of the Debtor.

DATED: February 4, 2026.

        Respectfully submitted,

        JEFFREY THOMPSON, Liquidating Trustee for
        LEGACY-XSPIRE HOLDINGS, LLC, WRASER,
        LLC AND XSPIRE PHARMA, LLC

        By Its Attorneys,
        JONES WALKER LLP

        */s/ Kristina M. Johnson*

Kristina M. Johnson, MSB #9382
JONES WALKER LLP
3100 North State Street, Suite 300 (39216)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone (601) 949-4785
Telecopy (601) 949-4804
kjohnson@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

> Office of U. S. Trustee
> USTPRegion05.JA.ECF@usdoj.gov
>
> Thomas Carl Rollins, Jr., Esq.
> trollins@therollinsfirm.com
>
> Eileen N. Shaffer, Esq.
> eshaffer@eshaffer-law.com
>
> Stephen Smith, Trustee
> trustee@hrkcpa.com

DATED: February 4, 2026.

> */s/ Kristina M. Johnson*

#110709961v1