UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KEY THERAPEUTICS, LLC,                                    CASE NO. 26-00106-JAW

DEBTOR.                                                              CHAPTER 7

## MOTION FOR ADMISSION *PRO HAC VICE*

Kristina M. Johnson of Jones Walker LLP, hereby moves this Court for entry of an order admitting the following attorney to appear as an additional attorney of record on behalf of Judgment Creditor, Jeffrey Thompson, in his capacity as Liquidating Trustee for the Debtors, Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC ("**Jeffrey Thompson**"), in case numbers 8:23-bk-04251-RCT, 8:23-bk-04253-RCT, and 8:23-bk-04254-RCT pending in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, and for admission *pro hac vice* in this case and any related adversary proceedings.  In support, Ms. Johnson states as follows:

1.        Steven M. Berman ("**Mr. Berman**") is a partner in the law firm of Shumaker, Loop & Kendrick, LLP, with offices located at 101 East Kennedy Boulevard, Suite 2800, Tampa, Florida 33602. Berman's telephone number is (813) 229-7600 and his address is sberman@shumaker.com.

2.        Mr. Berman is a member in good standing of the Florida Bar, his Florida Bar number is 856290, and he has never been suspended or disbarred. A true and correct copy of Mr. Berman's Certificate of Good Standing issued by The Florida Bar is attached hereto as Exhibit "A."

3.        Mr. Berman is admitted to practice admitted to the courts of Florida, California, the District of Columbia, New York, Texas and Puerto Rico (federal bar).  He is also admitted to the Bankruptcy and District Courts in those same jurisdictions as well as the Second, Ninth and

Eleventh Circuit Courts of Appeals and the United States Supreme Court. He is in good standing in each court and has never been suspended or disbarred from practicing before any such courts.

4.      Kristina M. Johnson, admitted to practice before this Court, will continue to act as Mississippi counsel for Jeffrey Thompson in this case.

5.      Ms. Johnson requests that Steven M. Berman be admitted to practice in this Court for the purpose of appearing in the instant case, including any adversary proceedings which may arise in connection with this case.

WHEREFORE, PREMISES CONSIDERED, Ms. Johnson requests that this motion be granted and that Steven M. Berman be admitted to practice in this Court for the purpose of appearing in the instant case, including any adversary proceedings which may arise in connection with this case, as set forth in the proposed order attached hereto.

DATED: February 20, 2026.

*(remainder of page intentionally left blank)*

#110746244v1

Respectfully submitted,

JEFFREY THOMPSON, Liquidating Trustee for LEGACY-XSPIRE HOLDINGS, LLC, WRASER, LLC AND XSPIRE PHARMA, LLC

By Its Attorneys,
JONES WALKER LLP


*/s/ Kristina M. Johnson*

Kristina M. Johnson, MSB #9382
JONES WALKER LLP
3100 North State Street, Suite 300 (39216)
Post Office Box 427
Jackson, Mississippi  39205-0427
Telephone  (601) 949-4785
Telecopy  (601) 949-4804
kjohnson@joneswalker.com

Respectfully submitted,

JEFFREY THOMPSON, Liquidating Trustee for LEGACY-XSPIRE HOLDINGS, LLC, WRASER, LLC AND XSPIRE PHARMA, LLC

By Its Attorneys,
SHUMAKER, LOOP & KENDRICK, LLP


*/s/ Steven M. Berman*

Steven M. Berman (FL Bar No. 856290)
SHUMAKER, LOOP & KENDRICK, LLP
101 East Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Telephone  (813) 229-7600
Telecopy  (813) 229-1660
sberman@shumaker.com

3

#110746244v1

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

Office of U. S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Eileen N. Shaffer, Esq.
eshaffer@eshaffer-law.com

Stephen Smith, Trustee
trustee@hrkcpa.com

DATED: February 20, 2026.

*/s/ Kristina M. Johnson*

#110746244v1