# EXHIBIT "A"



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )

In Re:  0856290
Steven Mark Berman
Shumaker Loop & Kendrick LLP
101 E Kennedy Blvd Ste 2800
Tampa, FL 33602-5150

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 19, 1990**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  6th  day of **February, 2026**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-393779