United States Bankruptcy Court
Southern District of Mississippi

In re:  
Key Therapeutics, LLC  
    Debtor

Case No. 26-00106-JAW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2  
Date Rcvd: Feb 18, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov |
| Anna Claire Henderson | on behalf of Creditor North Point Rx LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Kristina M. Johnson | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: pdf012 | Total Noticed: 1 |

        on behalf of Creditor Jeffrey Thompson Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Sarah Beth Wilson

        on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;robin.goodman@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Stephen Smith

        trustee@hrkcpa.com MS02@ecfcbis.com

Thomas Carl Rollins, Jr

        on behalf of Debtor Key Therapeutics LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 10

_____



SO ORDERED,



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 18, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Key Therapeutics, LLC, Debtor                    Case No. 26-00106-JAW
                                                                                        CHAPTER 7

## ORDER DISPENSING WITH APPOINTMENT OF PATIENT CARE OMBUDSMAN

This matter came before the Court on the Motion to Dispense with Appointment of Patient Care Ombudsman (the "Motion") (Dk # 10) filed by the Debtor, Key Therapeutics, LLC and United States Trustee's ("UST") Response (Dk # 15). The Court, having held a hearing, hereby finds and concludes that: Although the Debtor previously operated as a pharmacy and/or pharmaceutical manufacturer, it did not provide direct patient care and did not dispense drugs or provide services directly to consumers or patients.

The Debtor's operations were limited to the manufacture and sale of pharmaceutical products to wholesalers and distributors. The Debtor has ceased all operations and is no longer manufacturing, distributing, or selling pharmaceutical products. There are no current patients whose health, safety, or welfare could be impacted by the administration of this bankruptcy case. Under the specific facts of this case, the appointment of a patient care ombudsman is not necessary for the protection of patients.

**IT IS ORDERED** and **ADJUDGED** that the appointment of a patient care ombudsman in this case is DISPENSED WITH pursuant to 11 U.S.C. § 333(a)(1). Any prior order directing

the United States Trustee to appoint a patient care ombudsman in this case is VACATED to the extent it requires such appointment. The United States Trustee is relieved of any obligation to appoint a patient care ombudsman in this case at this time. This Order shall be effective immediately upon entry.

**IT IS FURTHER ORDERERED** and **ADJUDGED that** should the Debtor convert to a chapter 11 or experience any other change in circumstance that precipitates the appointment of a patient care ombudsman at a later time, the Court, upon a motion from the UST or a party in interest, shall reconsider the appointment

#END OF ORDER#

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

AGREED AS TO FORM:

/s/ Abigail M. Marbury
ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5245
EMAIL: abigail.m.marbury@usdoj.gov