PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
03/06/2026

IN RE:  CASE NUMBER: 26-00106-JAW
**KEY THERAPEUTICS, LLC**

APPEARANCES:
(X) DEBTOR 1                                    ( ) DEBTOR 2 (Wife in Joint Cases)
    ( ) Required picture I.D. produced              ( ) Required picture I.D. produced
    ( ) Required SSN verification produced          ( ) Required SSN verification produced
    ( ) Pay advices received                        ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed.
Tax returns received for _____ (years) on _____ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
(X) DEBTOR'S REPRESENTATIVE _Robert Wayne Sims - Sole Member of the LLC_
( ) ATTORNEY FOR DEBTOR(S): ~~Jordan L. Ash or substitute:~~ _T.C. Rollins._
( ) DEBTOR(S) APPEARED PRO SE
        ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
        ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE ____ DAY OF _____, 20___ AT _____ O'CLOCK __.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.
(X) CREDITOR(S) _Kristina Johnson, Steve Berman for Liq. Trustee Jeffrey Thompson_
~~_____~~ _Sarah Beth Wilson - Atty for the Citizens Bank of Philadelphia._
~~_____~~

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
(X) OTHER: _Eileen Shaffer - Atty. for Trustee_
_Lawrence Deas - Presumptive Sp. Counsel for Trustee_
_Caleb Nicholson - CPA for Trustee_

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL NOTES: _Related Case: Robert Wayne Sims (26-00138-JAW)_

DATED: 03/06/2026

STEPHEN SMITH, TRUSTEE

Track # _024 063_   or Tape # _____, Side _____ Counter Start# _____