IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                     CHAPTER 7

KEY THERAPEUTICS, LLC                CASE NO. 26-00106-JAW

## TRUSTEE'S NOTICE OF INTENTION TO ABANDON

**PLEASE TAKE NOTICE** that Stephen Smith, Trustee in the above styled and numbered bankruptcy proceeding, intends to and will abandon any interest the bankruptcy estate (and/or trustee) may have in the assets described and identified in the Debtor's Schedules as:

Other Inventory or Supplies (Part 5: Item 22)…….$ 53,082.24

Ciprofloxacin Otic Solution (.25 ml single-dose) Lot 25B85 1/6/2026 $52,578.24

Ciprofloxacin Otic Solution (.25 ml single-dose) Lot 23P66 1/6/2026 $504.00

Otovel Otic Solution 0.3-0.025% Lot 23P67-2 $0.00

Ciprofloxacin-Fluocinolo ne PF Otic Solution 0.3-0.025% Lot 23P67-3 $0.00

Cetraxal Otic Solution 0.2% 21S36-2 $0.00

Ciprofloxacin Otic Solution (.25 ml single-dose) 21AD5 $0.00

Ciprofloxacin Otic Solution (.25 ml single-dose) 21T43 $0.00

Ciprofloxacin Otic Solution (.25 ml single-dose) 23AD5 $0.00

Ciprofloxacin Otic Solution (.25 ml single-dose) 23QC1 $0.00

Ciprofloxacin Otic Solution (.25 ml single-dose) 23QC1-2 $0.00

Ciprofloxacin Otic Solution (.25 ml single-dose) 23T43 $0.00

Ciprofloxacin Otic Solution (.25 ml single-dose) PIS0087 $0.00

Zontivity Oral Tablet 2.08mg (30ct) WZ2102 $0.00

Zontivity Oral Tablet 2.08mg (30ct) WZ2103 $0.00

Dexamethasone Tab 1.5 mg 100ct 201270 $0.00

Dexamethasone Tab 1.5 mg 100ct 23ZBN1B $0.00

Methocarbamol 500mg Tablets (100ct) A24010B

Methocarbamol 500mg Tablets (100ct) A24010B1

Methocarbamol 500mg Tablets (100ct) A240110B

Methocarbamol 500mg Tablets (100ct) B25035B

Methocarbamol 500mg Tablets (100ct) B25035B2

Methocarbamol 500mg Tablets (100ct) D24070A

Methocarbamol 500mg Tablets (100ct) D240728

Methocarbamol 500mg Tablets (100ct) D24072B

Methocarbamol 500mg Tablets (100ct) D24072C

Methocarbamol 500mg Tablets (100ct) D25064B

Methocarbamol 500mg Tablets (100ct) F22048B1

Methocarbamol 500mg Tablets (100ct) K240368

Methocarbamol 500mg Tablets (100ct) L23005A

Methocarbamol 500mg Tablets (100ct) L23005A1

Methocarbamol 500mg Tablets (100ct) M24009B1

Methocarbamol 500mg Tablets (100ct) M24009C

Dexamethasone Tab 1.5 mg 100ct 23ZBN1A

Pediacyn Hydrogel ADVANCED Itch-Burn-Rash-Pain Relief 8 oz 23C376

Pediacyn Dermal Spray ADVANCED Skin & Wound Cleanser 8oz 23C377

Rejuvacyn PLUS Antipruritic Spray Gel 8oz 23C373

Rejuvacyn PLUS Dermal Spray 8oz 23C374

Rejuvacyn PLUS Dermal Spray 16oz 23C375

Otovel Otic Solution 0.3-0.025% (Sample) 23P67-1

Cetraxal Otic Solution 0.2% (Sample) 21S36-1

    That upon review of documents provided by counsel for The Citizens Bank, discussions with counsel for The Citizens Bank and counsel for the trustee, the trustee has determined that there appears to be no equity in these assets which would inure to the benefit of the unsecured creditors of the bankruptcy estate. Further, the trustee is unaware of any insurance on these assets and no funds exist within the bankruptcy estate with which to purchase insurance. The trustee is of the opinion that these assets are burdensome to the estate. The assets present liability to the estate absent adequate insurance coverage. Further, the trustee has been advised that the inventory, all of which is comprised of prescription medicines, is secure and in the possession of an order-fulfillment center known as Rainbow Gold, Inc. located at 115 Grimes Drive, Guntersville, Alabama 35976 and that the lien of The Citizens Bank encompasses all of said inventory.

    **NOTICE IS FURTHER GIVEN** in accordance with 11 U.S.C. § 554(a), Fed. Rule of Bankr. Proc. 6007(a), and Local Rule of Bankr. Proc. 6007-1, that any party desiring to object to the Trustee's proposed abandonment as set forth above must file a written objection by no later than fourteen (14) days from the date of notice; otherwise, said property shall be abandoned without an order or further notice. All objections should be filed with the Clerk of the Bankruptcy Court at 501 E. Court Street, Suite 2.500, Jackson, MS 39201, with a copy to be served upon:

**Trustee:**
Stephen Smith
1052 Highland Colony Pkwy, Ste 100
Ridgeland, MS 39157;

**Counsel for the Trustee:**
Eileen N. Shaffer
PO Box 1177
Jackson, MS 39215-1177;

**Counsel for The Citizens Bank:**
Sarah Elizabeth Wilson
Phelps Dunbar, LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232-1220

Andrew Roberts Norwood
Phelps Dunbar, LLP
1905 Community Bank Way, Suite 200
Flowood, Mississippi 39232-1220; and

**The Office of the United States Trustee:**
501 E. Court Street., Suite 6-430
Jackson, MS 39201.

**NOTICE IS FURTHER GIVEN** that should any objection be timely filed, a hearing will be held on the proposed abandonment at a date to be later determined by the Court.

**DATED** this the 12th day of March, 2026.

STEPHEN SMITH, TRUSTEE

Submitted By:
Stephen Smith
Bankruptcy Trustee
1052 Highland Colony Pkwy, Ste 100, Ridgeland, MS 39157
(601) 605-0722 or trustee@hrkcpa.com