## CERTIFICATE OF SERVICE

I, Stephen Smith, Trustee, do hereby certify that I have mailed, by United States Mail, postage prepaid, or electronically transmitted via the Court's electronic noticing system, a true and correct copy of the above and foregoing *Trustee's Notice of Intention to Abandon* to all creditors and parties in interest listed on the official Bankruptcy Court mailing matrix, attached hereto and to the following on the day and year hereinafter set forth:

> United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov
>
> Counsel for The Citizens Bank:
>     Sarah Elizabeth Wilson
>     Phelps Dunbar, LLP
>     1905 Community Bank Way, Suite 200
>     Flowood, Mississippi 39232-1220
>
>     Andrew Roberts Norwood
>     Phelps Dunbar, LLP
>     1905 Community Bank Way, Suite 200
>     Flowood, Mississippi 39232-1220

**SO CERTIFIED** this the 12th day of March, 2026.

_____
STEPHEN SMITH, TRUSTEE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 26-00106-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Thu Mar 12 08:52:59 CDT 2026 | Citizens Bank of Philadelphia<br>The Citizens Bank<br>P.O. Box 209<br>Philadelphia, MS 39350-0209 | Harper, Rains, Knight & Company, P.A.<br>1052 Highland Colony Parkway, Suite 100<br>Ridgeland, MS 39157-8764 |
| Jeffrey Thompson, Liquidating Trustee for Le<br>c/o Kristina M. Johnson, Esq.<br>Jones Walker LLP<br>P. O. Box 427<br>Jackson, MS 39205-0427 | Key Therapeutics, LLC<br>232 Market St, Building K<br>Flowood, MS 39232-3339 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 |
| ABC Compunding Pharmac<br>16311 Ventura Blvd<br>#110<br>Encino, CA 91436-4307 | Alliance Pharmacy Plan<br>4152 W Spring Creek Pk<br>Ste 160<br>Plano, TX 75024-5315 | American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197-6031 |
| AmerisourceBergen<br>PO Box 247<br>Thorofare, NJ 08086-0247 | Andrew Roberts Norwood<br>Phelps Dunbar LLP<br>For Citizens Bank of Philadelphia<br>1905 Community Bank Way, Suite 200<br>Flowood, MS 39232-1249 | Anna Claire Henderson<br>Attorney at Law<br>For North Point Rx, LLC<br>1765-A Lelia Drive, Suite 103<br>Jackson, MS 39216-4820 |
| Arizona AHCCCS<br>P.O. Box 741573<br>Atlanta, GA 30374-1573 | Ascent Health Services<br>Muhlentalstrasse 36<br>8200 Schaffhausen<br>Switzerland | Bureau of TennCare<br>Dept 5544 Drug Rebate<br>P.O. Box 11407<br>Birmingham, AL 35246-3035 |
| CLRx Pharmacy Denton<br>2401 W Oak St<br>Ste 101<br>Denton, TX 76201-2380 | CO Dept of Health Care<br>Attn: Drug Rebate Prog<br>P.O. Box 5897<br>Denver, CO 80217-5897 | Cardinal Health 105<br>P.O. Box 978709<br>Dallas, TX 75397-8709 |
| Charles R Mullins, PC<br>1146 Lyncrest Ave<br>Jackson, MS 39202-2103 | Commonwealth of MA<br>MassHealth Drug Rebate<br>P.O. Box 417688<br>Boston, MA 02241-7688 | Commonwealth of PA<br>Drug & Device Section<br>P.O. Box 780634<br>Philadelphia, PA 19178-0634 |
| Copay Consultants, LLC<br>517 Liberty Rd<br>Ste D<br>Flowood, MS 39232-8031 | DC Treasurer<br>ACS State Healthcare<br>P.O. Box 34722<br>Washington, DC 20043-4722 | DHS Drug Rebate<br>Attn: Drug Rebate Prog<br>P.O. Box 64837<br>Saint Paul, MN 55164-0837 |
| Dept of Health & Human<br>P.O. Box 935889<br>Atlanta, GA 31193-5889 | Dept of Healthcare Svc<br>P.O. Box 997415<br>Sacramento, CA 95899-7415 | Dept of Medical Asst<br>Commonwealth of VA<br>P.O. Box 715991<br>Philadelphia, PA 19171-5991 |
| Derek A. Henderson<br>Attorney at Law<br>For North Point Rx, LLC<br>1765-A Lelia Drive, Suite 103<br>Jackson, MS 39216-4820 | Food & Drug Administra<br>P.O. Box 979108<br>Saint Louis, MO 63197-9001 | Food & Drug Administra<br>c/o US Attorney's Offi<br>501 E Court St<br>Ste. 4.430<br>Jackson, MS 39201-5025 |

Fox Rothschild, LLP
2 S Biscayne Blvd
Ste 2750
Miami, FL 33131-1833

Health Care Authority
WA State HCA
P.O. Box 45500
Olympia, WA 98504-5500

IL Dept of Healthcare
Recoveries Unit
P.O. Box 19107
Springfield, IL 62794-9107

Kansas Dept of Health
Division of Healthcare
P.O. Box 2428
Topeka, KS 66601-2428

Kristina M. Johnson
Jones Walker, LLP
For Jeffrey Thompson, in his capacity as
PO Box 427
Jackson, MS 39205-0427

MLV Pharma, LLC
276 Delores Home Ave
Valrico, FL 33594

McCraney Montagnet Qui
602 Steed Rd
Ste 200
Ridgeland, MS 39157-9428

NM Human Svc Dept
Revenue & Reporting
P.O. Box 2348
Santa Fe, NM 87504-2348

Nevada State DHHS
400 W King St
Ste 300
Carson City, NV 89703-4222

OR Drug Rebate Program
500 Summer St NE E-08
Salem, OR 97301-1064

Georgia Dept of Commun
MCO Drug Rebates
P.O. Box 734669
Dallas, TX 75373-4669

Healthcare & Family Se
Recoveries Unit
P.O. Box 19107
Springfield, IL 62794-9107

Indiana Medicaid Drug
26593 Networ Pl
Chicago, IL 60673-1265

Keith Woronoff
LSK Associates
2822 54th Ave S
Ste 234
Saint Petersburg, FL 33712-4610

LA Dept of Health
Attn: Drug Rebate Prog
P.O. Box 62951
New Orleans, LA 70162-2951

MS Division of Medicai
Attn: UHC MCO Drug Reb
PO Box 6014
Ridgeland, MS 39158-6014

MedImpact Healthcare S
P.O. Box 511551
Los Angeles, CA 90051-8106

NY State Dept of Healt
P.O. Box 412205
Boston, MA 02241-2205

North Point Rx, LLC
c/o Tyler Tedrow
200 S. Knowles Ave
Winter Park, FL 32789-4304

Paragon Pharmacy
7720 S Broadway
Ste 100
Littleton, CO 80122-2624

Hawaii Medicaid Fiscal
Conduent State Healthc
P.O. Box 1480
Honolulu, HI 96806-1480

Hill Ward Henderson
101 E Kennedy Blvd
Ste 3700
Tampa, FL 33602-5195

Jeffery Thompson
c/o Seth P Traub
101 E Kennedy Blvd
Ste 2800
Tampa, FL 33602-5150

Kevin M. Eddy
BlankRome
501 Grant St
Ste 850
Pittsburgh, PA 15219-4442

MCKESSON
6555 STATE HWY 161
IRVING, TX 75039-2402

Maryland Medical Assis
Medicaid Drug Rebate P
P.O. Box 17185
Baltimore, MD 21297-1185

NJ Division of Medical
Lockbox 655
200 Wolverton Ave
Bldg 20
Trenton, NJ 08646-0655

Nevada Meidcaid Rebate
P.O. Box 845937
Los Angeles, CA 90084-5937

OK Health Care Authori
Finance Division
Drug Rebate
PO Box 18968
Oklahoma City, OK 73154-0968

Professional Arts Phar
128 Curran Ln
Lafayette, LA 70506-7222

| | | |
|---|---|---|
| ROBERT W. SIMS<br>203 WINTER TRAIL CT<br>MADISON, MS 39110-9652 | Rainboe Gold Inc<br>115 Grimes Dr<br>Guntersville, AL 35976-9364 | Rainbow Gold, Inc.<br>Joshua B. Sullivan<br>413 Broad Street<br>Gadsden AL 35901-3743 |
| Reginald Sainvil<br>Moore & VanAllen<br>100 N Tyron St<br>Ste 4700<br>Charlotte, NC 28202-4003 | Renascet Group<br>56 Ambassador Dr<br>Red Bank, NJ 07701-2290 | SPS COMMERCE<br>333 S SEVENTH ST<br>STE 1000<br>MINNEAPOLIS, MN 55402-2421 |
| Salvat<br>201 Biscayne Blvd<br>Ste 2810<br>28th Floor<br>Miami, FL 33131-4309 | Sarah Beth Wilson<br>Phelps Dunbar LLP<br>For Citizens Bank of Philadelphia<br>1905 Community Bank Way, Suite 200<br>Flowood, MS 39232-1249 | State of OH<br>Dept of Medicaid<br>P.O. Box 712110<br>Cincinnati, OH 45271-2110 |
| State of RI<br>Gainwell Technologies<br>PO Box 2006<br>East Greenwich, RI 02818 | Steven M. Berman<br>Shumaker Loop & Kendic<br>101 E Kennedy Blvd<br>Ste 2800<br>Tampa, FL 33602-5153 | Strategies Group, SE<br>3651 Peachtree Pkwy<br>Ste E-433<br>Suwanee, GA 30024-6034 |
| The Citizens Bank<br>P.O. Box 209<br>Philadelphia, MS 39350-0209 | The Citizens Bank of Philadelphia<br>P.O. Box 578<br>Carthage, MS 39051-0578 | TrackTraceRx<br>1601 Pakr Center Dr<br>Unit 10A<br>Orlando, FL 32835-5700 |
| US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Utah Dept of Health<br>LB 413133<br>PO Box 35146<br>Seattle, WA 98124-5146 |
| Value Plus<br>457 W Liberty St<br>Wauconda, IL 60084-2452 | Wraser, LLC<br>Xspire Pharma, LLC<br>5550 W Executive Drive<br>Ste 230<br>Tampa, FL 33609-1046 | Stephen Smith<br>1052 Highland Colony Pkwy<br>Suite 100<br>Ridgeland, MS 39157-8764 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)North Point Rx, LLC | (u)ClarusOne Sourcing Svc<br>10-12 Russel Square<br>London WC1B 5HE | End of Label Matrix<br>Mailable recipients    81<br>Bypassed recipients     2<br>Total                  83 |