**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In Re:

KEY THERAPEUTICS, LLC                Case No.:    26-00106-JAW

DEBTOR.                Chapter:    7

---

*AMENDED* CERTIFICATE OF SERVICE (DKT. # 36, 38)

---

I, Sarah Beth Wilson, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U.S. Mail, postage prepaid, a true and correct copies of the Motions for Relief from Stay filed by Citizens Bank of Philadelphia (Dkt. # 36, 38) to the parties below:

Key Therapeutics, LLC, *Debtor*
232 Market Street, Bldg K
Flowood, MS 39232

T.C. Rollins, *Attorney for Debtor*
*trollins@therollinsfirm.com*

U.S. Trustee
*USTPRegion05.JA.ECF@usdoj.gov*

All parties on the creditor matrix were also served via Notice of Electronic Filing (NEF) through ECF system.

Dated this the 17th day of March, 2026.

PHELPS DUNBAR LLP

By:   */s/ Sarah Beth Wilson*
         Sarah Beth Wilson (MSB 103650)
         Andrew R. Norwood (MSB 105087)

1

PD.61126490.1

PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

*Attorneys for The Citizens Bank of
Philadelphia*

PD.61126490.1

KEY THERAPEUTICS, LLC
232 MARKET ST, BUILDING K
FLOWOOD, MS 39232

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ABC COMPUNDING PHARMAC
16311 VENTURA BLVD
#110
ENCINO, CA 91436

ALLIANCE PHARMACY PLAN
4152 W SPRING CREEK PK
STE 160
PLANO, TX 75024

AMERICAN EXPRESS
P.O. BOX 6031
CAROL STREAM, IL 60197

AMERISOURCEBERGEN
PO BOX 247
THOROFARE, NJ 08086

ARIZONA AHCCCS
P.O. BOX 741573
ATLANTA, GA 30374

ASCENT HEALTH SERVICES
MUHLENTALSTRASSE 36
8200 SCHAFFHAUSEN
SWITZERLAND

BUREAU OF TENNCARE
DEPT 5544 DRUG REBATE
P.O. BOX 11407
BIRMINGHAM, AL 35246

CARDINAL HEALTH 105
P.O. BOX 978709
DALLAS, TX 75397

CHARLES R MULLINS, PC
1146 LYNCREST AVE
JACKSON, MS 39202

CLARUSONE SOURCING SVC
10-12 RUSSEL SQUARE
LONDON WC1B 5HE

CLRX PHARMACY DENTON
2401 W OAK ST
STE 101
DENTON, TX 76201

CO DEPT OF HEALTH CARE
ATTN: DRUG REBATE PROG
P.O. BOX 5897
DENVER, CO 80217

COMMONWEALTH OF MA
MASSHEALTH DRUG REBATE
P.O. BOX 417688
BOSTON, MA 02241

COMMONWEALTH OF PA
DRUG & DEVICE SECTION
P.O. BOX 780634
PHILADELPHIA, PA 19178

COPAY CONSULTANTS, LLC
517 LIBERTY RD
STE D
FLOWOOD, MS 39232

DC TREASURER
ACS STATE HEALTHCARE
P.O. BOX 34722
WASHINGTON, DC 20043

DEPT OF HEALTH & HUMAN
P.O. BOX 935889
ATLANTA, GA 31193

DEPT OF HEALTHCARE SVC
P.O. BOX 997415
SACRAMENTO, CA 95899

DEPT OF MEDICAL ASST
COMMONWEALTH OF VA
P.O. BOX 715991
PHILADELPHIA, PA 19171

DHS DRUG REBATE
ATTN: DRUG REBATE PROG
P.O. BOX 64837
SAINT PAUL, MN 55164

FOOD & DRUG ADMINISTRA
P.O. BOX 979108
SAINT LOUIS, MO 63197

FOOD & DRUG ADMINISTRA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

FOX ROTHSCHILD, LLP
2 S BISCAYNE BLVD
STE 2750
MIAMI, FL 33131

GEORGIA DEPT OF COMMUN
MCO DRUG REBATES
P.O. BOX 734669
DALLAS, TX 75373

HAWAII MEDICAID FISCAL
CONDUENT STATE HEALTHC
P.O. BOX 1480
HONOLULU, HI 96807

HEALTH CARE AUTHORITY
WA STATE HCA
P.O. BOX 45500
OLYMPIA, WA 98504

LA DEPT OF HEALTH
ATTN: DRUG REBATE PROG
P.O. BOX 62951
NEW ORLEANS, LA 70162

NJ DIVISION OF MEDICAL
LOCKBOX 655
200 WOLVERTON AVE
BLDG 20
TRENTON, NJ 08646

HEALTHCARE & FAMILY SE
RECOVERIES UNIT
P.O. BOX 19107
SPRINGFIELD, IL 62794

MARYLAND MEDICAL ASSIS
MEDICAID DRUG REBATE P
P.O. BOX 17185
BALTIMORE, MD 21297

NM HUMAN SVC DEPT
REVENUE & REPORTING
P.O. BOX 2348
SANTA FE, NM 87501

HILL WARD HENDERSON
101 E KENNEDY BLVD
STE 3700
TAMPA, FL 33602

MCCRANEY MONTAGNET QUI
602 STEED RD
STE 200
RIDGELAND, MS 39157

NY STATE DEPT OF HEALT
P.O. BOX 412205
BOSTON, MA 02241

IL DEPT OF HEALTHCARE
RECOVERIES UNIT
P.O. BOX 19107
SPRINGFIELD, IL 62794

MCKESSON***
6555 STATE HWY 161
IRVING, TX 75039

OK HEALTH CARE AUTHORI
FINANCE DIVISION
DRUG REBATE
PO BOX 18968
OKLAHOMA CITY, OK 73154

INDIANA MEDICAID DRUG
26593 NETWOR PL
CHICAGO, IL 60673

MEDIMPACT HEALTHCARE S
P.O. BOX 511551
LOS ANGELES, CA 90051

OR DRUG REBATE PROGRAM
500 SUMMER ST NE E-08
SALEM, OR 97301

JEFFERY THOMPSON
C/O SETH P TRAUB
101 E KENNEDY BLVD
STE 2800
TAMPA, FL 33602

MLV PHARMA, LLC
276 DELORES HOME AVE
VALRICO, FL 33594

PARAGON PHARMACY
7720 S BROADWAY
STE 100
LITTLETON, CO 80122

KANSAS DEPT OF HEALTH
DIVISION OF HEALTHCARE
P.O. BOX 2428
TOPEKA, KS 66601

MS DIVISION OF MEDICAI
ATTN: UHC MCO DRUG REB
PO BOX 6014
RIDGELAND, MS 39158

PROFESSIONAL ARTS PHAR
128 CURRAN LN
LAFAYETTE, LA 70506

KEITH WORONOFF
LSK ASSOCIATES
2822 54TH AVE S
STE 234
SAINT PETERSBURG, FL 33712

NEVADA MEIDCAID REBATE
P.O. BOX 845937
LOS ANGELES, CA 90084

RAINBOE GOLD INC
115 GRIMES DR
GUNTERSVILLE, AL 35976

KEVIN M. EDDY
BLANKROME
501 GRANT ST
STE 850
PITTSBURGH, PA 15219

NEVADA STATE DHHS
400 W KING ST
STE 300
CARSON CITY, NV 89703

REGINALD SAINVIL
MOORE & VANALLEN
100 N TYRON ST
STE 4700
CHARLOTTE, NC 28202-4003

RENASCET GROUP
56 AMBASSADOR DR
RED BANK, NJ 07701

TRACKTRACERX
1601 PAKR CENTER DR
UNIT 10A
ORLANDO, FL 32835

ROBERT W. SIMS***
203 WINTER TRAIL CT
MADISON, MS 39110

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

SALVAT
201 BISCAYNE BLVD
STE 2810
28TH FLOOR
MIAMI, FL 33132

UTAH DEPT OF HEALTH
LB 413133
PO BOX 35146
SEATTLE, WA 98124

SPS COMMERCE***
333 S SEVENTH ST
STE 1000
MINNEAPOLIS, MN 55402

VALUE PLUS
457 W LIBERTY ST
WAUCONDA, IL 60084

STATE OF OH
DEPT OF MEDICAID
P.O. BOX 712110
CINCINNATI, OH 45271

WRASER, LLC
XSPIRE PHARMA, LLC
5550 W EXECUTIVE DRIVE
STE 230
TAMPA, FL 33609

STATE OF RI
GAINWELL TECHNOLOGIES
PO BOX 2006
EAST GREENWICH, RI 02818

STEVEN M. BERMAN
SHUMAKER LOOP & KENDIC
101 E KENNEDY BLVD
STE 2800
TAMPA, FL 33612

STRATEGIES GROUP, SE
3651 PEACHTREE PKWY
STE E-433
SUWANEE, GA 30024

THE CITIZENS BANK
P.O. BOX 209
PHILADELPHIA, MS 39350