# NORTH POINT RX, LLC

*Proof of Claim · In re Key Therapeutics, LLC · Case No. 26-00106-JAW · As of March 9, 2026*

## SECTION 1 — Legal & Professional Fees

| Payee / Vendor | Category | Amount | | |
|---|---|---|---|---|
| Blank Rome LLP | Legal – Arbitration Counsel | $478,155.82 | | |
| Forman Watkins & Krutz LLP | Legal – Local Counsel | $29,319.32 | | |
| Latham, Luna, Eden & Beaudine LLP | Legal – Bankruptcy Counsel | $30,250.76 | | |
| Int'l Court of Arbitration (ICC) | Arbitration Filing Fees | $100,000.00 | | |
| Guidepost Solutions LLC | Expert Witness | $3,570.00 | | |
| Hyman, Phelps & McNamara PC | Expert Witness | $16,790.00 | | |
| Pharmaceutical Project Solutions LLC | Expert Witness | $3,500.00 | | |
| **Gross Legal & Professional Fees** | | **$661,585.90** | | |

## SECTION 2 — Less: Amounts Previously Paid by Key Therapeutics

| Description | Category | Amount | | |
|---|---|---|---|---|
| Arbitration award – attorneys' fees paid by Key | Offset | $17,000.00 | | |
| Arbitration award – ICC fees paid by Key | Offset | $42,950.00 | | |
| **Total Offsets (Paid by Key)** | | **$59,950.00** | | |
| **Net Legal & Professional Fees** | | **$601,635.90** | | |

## SECTION 3 — Inventory Loss

| Description | Detail | Amount | | |
|---|---|---|---|---|
| Inventory Loss (843 units) | Value: $2,059.08 per unit | $1,735,804.44 | † | |
| **Total Inventory Loss** | | **$1,735,804.44** | † | |

## SECTION 4 — Arbitration Award: Sales Proceeds Owed to North Point

| Description | Detail | Amount | | |
|---|---|---|---|---|
| Gross sales proceeds – Key to return | Per arbitration award | $2,339,602.88 | | |
| North Point's contractual share | 80% of gross proceeds | $1,871,682.30 | † | |
| **Net Sales Proceeds Owed** | | **$1,871,682.30** | † | |

## SECTION 5 — Arbitration Award: $500,000 Cash Deposit

| Description | Detail | Amount | | |
|---|---|---|---|---|
| Cash deposit ordered by arbitration award | Per arbitration order | $500,000.00 | | |
| **Total Cash Deposit Owed** | | **$500,000.00** | | |

## SECTION 6 — Contractual Interest on Stolen Proceeds

| Description | Detail | Amount | | |
|---|---|---|---|---|
| Late payment interest – prime + 2% per annum | Jul 2022 – Mar 2026 (45 months) | $967,248.31 | † | |
| **Total Interest Owed** | | **$967,248.31** | † | |

| **NET TOTAL CLAIM** | | **$5,676,370.95** | | |
|---|---|---|---|---|

† North Point's 80% share is derived from the Commercialization Agreement between North Point Rx, LLC and Key Therapeutics, LLC.

† Inventory valuation: Wholesale Acquisition Cost (WAC) of $2,059.08 per unit

† Interest calculated at WSJ Prime Rate + 2% per annum (simple interest) per the Late Payment clause of the Commercialization Agreement (New York governing law). Rate sourced from Federal Reserve / WSJ Prime Rate history



EXHIBIT

1

# BLANKROME

Union Trust Building
501 Grant Street | Suite 850 | Pittsburgh, PA 15219
blankrome.com

| | |
|---|---|
| *Phone:* | *(412) 932-2757* |
| *Fax:* | *(412) 774-2569* |
| *Email:* | *kevin.eddy@blankrome.com* |

November 12, 2025

**VIA FEDEX**

The Citizens Bank of Philadelphia, MS
521 Main St.
Philadelphia, MS 39350

Attn:  Stacy M. Brantley – Chief Exective Officer

- **RE: NOTICE OF ADVERSE CLAIM, LITIGATION HOLD, AND REQUEST FOR PRESERVATION**

  **Customer:** *Key Therapeutics, LLC a/k/a Key Therapeutics, Inc.*
  **Citizens Bank Loan:** No. **33113125** (Line of Credit)
  **Citizens Bank DDA:** No. **2792026**
  **Related Federal Case:** *North Point Rx, LLC v. Key Therapeutics, LLC*, No. 3:25-cv-00020-KHJ-MTP (S.D. Miss.)
  **Related Bankruptcy Case:** *In re Legacy-Xspire Holdings, LLC*, No. 23-04251 (Bankr. M.D. Fla.)

Dear Mr. Brantley:

This office represents North Point RX, LLC ("North Point").  This letter is North Point's notice to The Citizens Bank of Philadelphia ("Citizens") of North Point's claims concerning funds and assets held or controlled by Citizens Bank for **Key Therapeutics, LLC** ("Key").  As a result, along with advising Citizens Bank of North Point's claims to certain Key assets, Citizens Bank is requested to cease any document destruction protocols and preserve any and all communications, documents, or materials in Citizen Bank's possession concerning Key.

Specifically, this notice concerns Key's use of money belonging to North Point and fraudulently obtained by Key and then deposited by Key with Citizens Bank.  On October 2, 2023, North Point obtained an order from an Arbitrator requiring Key to: (a) deposit $500,000 into the contract-designated operating account; (b) deposit $2,339,602.88 in Gross Sales; (c) refrain from encumbering or disbursing those funds except for approved Commercialization Expenses; and



EXHIBIT
2

# BLANKROME

November 12, 2025
Page 2

(d) restore North Point's account visibility. Judge Kristi H. Johnson, United State District Judge for the Southern District of Mississippi confirmed this order. *(Order attached as Exhibit A.)* It has come to North Point's attention that Key has used certain rightfully belonging to North Point as collateral with Citizens Bank for Loan 33113125, DDA 2792026 (approx. $960,929.41 at the time).

Because Key never had clear title to this money, Key could not use that money as collateral.

As part of North Point's on-going litigation against Key, it may become necessary for North Point to make a claim against money in the possession of Citizens Bank or which Citizens Banks claims a right to by virtue of a collateral agreement with Key.  Thus, effective immediately, please preserve and suspend deletion/overwrites for any documents, records, or electronically stored information identified in Appendix A concerning Key Therapeutics (customer relationship, accounts, credit, treasury, collateral, monitoring, and internal communications). This hold applies to Loan 33113125, DDA 2792026, any sub-accounts, collateral control, and any related watch-list or exception workflows.  In addition, Citizens Bank is asked to maintain the status quo (no extraordinary actions absent process). We understand Citizens Bank may require legal process to restrict withdrawals or sweep funds. We ask that Citizens Bank take no extraordinary steps that would enable dissipation beyond ordinary course and preserve all records pending service of Rule 69 post-judgment discovery and/or garnishment/turnover.

Please confirm receipt of this letter and that Citizens Bank will comply with the preservation requirements.

Thank you for your attention to this matter.

Sincerely,

Kevin M. Eddy

# BLANKROME

November 12, 2025
Page 3

---

**Appendix A — Preservation Categories (illustrative, not exhaustive)**

1. **Deposit & Treasury:** Signature cards; authorizations; DDA/sub-account statements & images; check, wire, ACH, RTP, card, and lockbox rails; deposit/hold/freeze notes; overdraft/sweep settings; positive pay; fraud holds; alerts; exception queues.
2. **Credit / Collateral:** Full loan file for **Loan 33113125** (origination, underwriting/renewal packages, borrowing-base certificates, risk ratings, collateral audits, field exams, inventory/AR agings, perfection/UCC filings, cross-collateralization, officer memos, watch-list reviews, remediation plans).
3. **Monitoring & Compliance:** KYC/CIP/EDD; beneficial ownership; adverse media; BSA/AML case files **(excluding SARs themselves)**; OFAC/AML hits and dispositions; CTR-related source records; Model/governance notes relevant to the customer.
4. **Internal Comms & Notes:** Relationship-manager notes; credit admin notes; committee decks; email/IM (including mobile/Teams/Slack) among RM, branch, operations, credit, special assets, and compliance referencing **Key**, **Robert W. Sims**, **Joshua McCrory**, and the **Xspire** purchase; call logs; ticketing systems.
5. **Third-Party & Vendor Data:** Core/servicer logs (Jack Henry/FIS/Fiserv or equivalent); statement-archive vendors; lockbox/treasury vendors; appraisal/collateral vendors.
6. **Backups/Archives:** Email and file-share backups, journaling, disaster-recovery snapshots holding data in 1–5 above.
7. **Video/Branch Logs:** Teller journals, vault/cashier check registers, and CCTV where relevant to cash/check issuance events tied to the above accounts.