## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    CHAPTER 7

KEY THERAPEUTICS, LLC                                     CASE NO. 26-00106-JAW

### TRUSTEE'S LIMITED OBJECTION TO CITIZENS BANK'S
### MOTION FOR RELIEF FROM STAY AND ABANDONMENT
### REGARDING CITIZEN'S ACCOUNT (****2026)

**COMES NOW**, J. Stephen Smith, Trustee of the above named and numbered bankruptcy proceeding, and files this his Limited Objection to *Citizens Bank's Motion for Relief from Stay and Abandonment Regarding Citizens Account (****2026)* ("Motion") [Dkt. #38] filed on behalf of The Citizens Bank of Philadelphia ("Citizens Bank"), and would show unto the Court as follows, to-wit:

1.      The Trustee has no objection to the automatic stay being lifted as to the debtor's bank account located at Citizens Bank and the abandonment of said proceeds.

2.      The Trustee does object to the entry of an Order lifting the stay holding that Citizens Bank has ". . .first-priority liens upon and security interests in all assets and interests of the Debtor including but not limited to all intellectual property, accounts, accounts receivable, inventory, and general intangibles now owned or acquired later and all related proceeds and otherwise as further described in the duly recorded and properly perfected Security Agreements and UCC-1's and continuations as to the same.".

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee respectfully requests that if this Court approves the lifting of the automatic stay that any order approving same not contain language holding that Citizens Bank has first-priority liens upon and security interests in all assets and interests of the Debtor including but not limited to all intellectual

property, accounts, accounts receivable, inventory, and general intangibles now owned or acquired later and all related proceeds and otherwise as further described in the duly recorded and properly perfected Security Agreements and UCC-1's and continuations as to the same, and for such other relief as is deemed just.

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE

By: _____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph:   (601) 969-3006
email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have this date electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing *Trustee's Limited Objection to Citizens Bank's Motion for Relief from Stay and Abandonment Regarding Citizen's Account (****2026)* to the following on the day and year hereinafter set forth:

> Sarah Beth Wilson, Esq.
> Andrew R. Norwood, Esq.
> Attorneys for The Citizens Bank
> of Philadelphia
> sarah.beth.wilson@phelps.com
> drew.norwood@phelps.com
>
> Thomas Carl Rollins, Jr., Esq.
> Attorney for Debtor
> Trollins@therollinsfirm.com
>
> United States Trustee
> USTPREgion05.JA.ECF@usdoj.gov

**SO CERTIFIED,** this the ____ day of _____, 2026.


_____
EILEEN N. SHAFFER