MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:   KEY THERAPEUTICS, LLC                                      Case No.: 26-00106-JAW

_____
*Debtor(s)*                                                        Chapter: 7___

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
The Citizens Bank of Philadelphia _____, a
[Name of Corporate Party]

**[Check One]**

- [✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

- [✔] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 03/20/2026 ____        _Sarah Beth Wilson_ _____
                            Attorney Signature

Sarah Beth Wilson, Phelps Dunbar, LLP        103650 _____
Attorney Name                                State Bar Number

1905 Community Bank Way, Suite 200
Address

Flowood, MS 39232
City, State, and Zip Code

(601) 360-2300 _____        sarah.beth.wilson@phelps.com _____
Telephone Number              Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**