## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

RE:                                                                CHAPTER 7

KEY THERAPEUTICS, LLC                                  CASE NO. 26-0006-JAW

### NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF
### COMPROMISE AND SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Stephen Smith, Trustee, has filed a Motion for Approval of Compromise and Settlement. The Trustee and SBA have reached an agreement regarding the preference payments totaling $153,000.00. The SBA will remit to the Trustee the sum of $145,350.00 and the SBA will retain the remaining amount of $7,650.00.

**NOTICE IS HEREBY FURTHER GIVEN** that **TWENTY-ONE (21) DAYS** from the date of this Notice are granted in which a written objection or other responsive pleading may be filed with the Clerk, United States Bankruptcy Court, Thad Cochran United States Courthouse, 501 E. Court St., Suite 2.300, Jackson, MS 39201; and Eileen N. Shaffer, Attorney for Stephen Smith, Trustee, at the address listed below.  If no objections are filed, the Court may consider this matter *EX PARTE*.

DATED this the _____ day of _____, 2026.


_____
EILEEN N. SHAFFER
Attorney for Stephen Smith, Trustee


EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, electronically transmitted via CM/ECF noticing, or electronically mailed a true and correct copy of the above and foregoing *Notice of Trustee's Motion for Approval of Compromise and Settlement* to all creditors and parties in interest listed on the master address list on file, attached hereto as **Exhibit "A"**, and to the parties listed below on the day and year hereinafter set forth:

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

James E. Graves, III, Esq.
U.S. Attorney's Office
501 E. Court St., Suite 4.430
Jackson, MS 39201
james.graves@usdoj.gov

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the _____ day of _____, 2026.


_____
EILEEN N. SHAFFER

Label Matrix for local noticing
0538-3
Case 26-00106-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Tue Mar 24 15:53:17 CDT 2026

Citizens Bank of Philadelphia
The Citizens Bank
P.O. Box 209
Philadelphia, MS 39350-0209

Harper, Rains, Knight  & Company, P.A.
1052 Highland Colony Parkway, Suite 100
Ridgeland, MS 39157-8764

Jeffrey Thompson, Liquidating Trustee for Le
c/o Kristina M. Johnson, Esq.
Jones Walker LLP
P. O. Box 427
Jackson, MS 39205-0427

Key Therapeutics, LLC
232 Market St, Building K
Flowood, MS 39232-3339

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

ABC Compunding Pharmac
16311 Ventura Blvd
#110
Encino, CA 91436-4307

Alliance Pharmacy Plan
4152 W Spring Creek Pk
Ste 160
Plano, TX 75024-5315

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

AmerisourceBergen
PO Box 247
Thorofare, NJ 08086-0247

Andrew Roberts Norwood
Phelps Dunbar LLP
For Citizens Bank of Philadelphia
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

Anna Claire Henderson
Attorney at Law
For North Point Rx, LLC
1765-A Lelia Drive, Suite 103
Jackson, MS 39216-4820

Arizona AHCCCS
P.O. Box 741573
Atlanta, GA 30374-1573

Ascent Health Services
Muhlentalstrasse 36
8200 Schaffhausen
Switzerland

Bureau of TennCare
Dept 5544 Drug Rebate
P.O. Box 11407
Birmingham, AL 35246-3035

CLRx Pharmacy Denton
2401 W Oak St
Ste 101
Denton, TX 76201-2380

CO Dept of Health Care
Attn: Drug Rebate Prog
P.O. Box 5897
Denver, CO 80217-5897

Cardinal Health 105
P.O. Box 978709
Dallas, TX 75397-8709

Charles R Mullins, PC
1146 Lyncrest Ave
Jackson, MS 39202-2103

Commonwealth of MA
MassHealth Drug Rebate
P.O. Box 417688
Boston, MA 02241-7688

Commonwealth of PA
Drug & Device Section
P.O. Box 780634
Philadelphia, PA 19178-0634

Copay Consultants, LLC
517 Liberty Rd
Ste D
Flowood, MS 39232-8031

DC Treasurer
ACS State Healthcare
P.O. Box 34722
Washington, DC 20043-4722

DHS Drug Rebate
Attn: Drug Rebate Prog
P.O. Box 64837
Saint Paul, MN 55164-0837

Dept of Health & Human
P.O. Box 935889
Atlanta, GA 31193-5889

Dept of Healthcare Svc
P.O. Box 997415
Sacramento, CA 95899-7415

Dept of Medical Asst
Commonwealth of VA
P.O. Box 715991
Philadelphia, PA 19171-5991

Derek A. Henderson
Attorney at Law
For North Point Rx, LLC
1765-A Lelia Drive, Suite 103
Jackson, MS 39216-4820

Food & Drug Administra
P.O. Box 979108
Saint Louis, MO 63197-9001

Food & Drug Administra
c/o US Attorney's Offi
501 E Court St
Ste. 4.430
Jackson, MS 39201-5025

EXHIBIT "A"

Fox Rothschild, LLP
2 S Biscayne Blvd
Ste 2750
Miami, FL 33131-1833

Georgia Dept of Commun
MCO Drug Rebates
P.O. Box 734669
Dallas, TX 75373-4669

Hawaii Medicaid Fiscal
Conduent State Healthc
P.O. Box 1480
Honolulu, HI 96806-1480

Health Care Authority
WA State HCA
P.O. Box 45500
Olympia, WA 98504-5500

Healthcare & Family Se
Recoveries Unit
P.O. Box 19107
Springfield, IL 62794-9107

Hill Ward Henderson
101 E Kennedy Blvd
Ste 3700
Tampa, FL 33602-5195

IL Dept of Healthcare
Recoveries Unit
P.O. Box 19107
Springfield, IL 62794-9107

Indiana Medicaid Drug
26593 Networ Pl
Chicago, IL 60673-1265

Jeffery Thompson
c/o Seth P Traub
101 E Kennedy Blvd
Ste 2800
Tampa, FL 33602-5150

Jeffery Thompson, Liquidation Trustee for Re
Steven M. Berman, Esq.
Shumaker, Loop & Kendrick LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, Fl 33602-5153

Kansas Dept of Health
Division of Healthcare
P.O. Box 2428
Topeka, KS 66601-2428

Keith Woronoff
LSK Associates
2822 54th Ave S
Ste 234
Saint Petersburg, FL 33712-4610

Kevin M. Eddy
BlankRome
501 Grant St
Ste 850
Pittsburgh, PA 15219-4442

Kristina M. Johnson
Jones Walker, LLP
For Jeffrey Thompson, in his capacity as
PO Box 427
Jackson, MS 39205-0427

LA Dept of Health
Attn: Drug Rebate Prog
P.O. Box 62951
New Orleans, LA 70162-2951

MCKESSON
6555 STATE HWY 161
IRVING, TX 75039-2402

MLV Pharma, LLC
276 Delores Home Ave
Valrico, FL 33594

MS Division of Medicai
Attn: UHC MCO Drug Reb
PO Box 6014
Ridgeland, MS 39158-6014

Maryland Medical Assis
Medicaid Drug Rebate P
P.O. Box 17185
Baltimore, MD 21297-1185

McCraney Montagnet Qui
602 Steed Rd
Ste 200
Ridgeland, MS 39157-9428

MedImpact Healthcare S
P.O. Box 511551
Los Angeles, CA 90051-8106

NJ Division of Medical
Lockbox 655
200 Wolverton Ave
Bldg 20
Trenton, NJ 08646-0655

NM Human Svc Dept
Revenue & Reporting
P.O. Box 2348
Santa Fe, NM 87504-2348

NY State Dept of Healt
P.O. Box 412205
Boston, MA 02241-2205

Nevada Meidcaid Rebate
P.O. Box 845937
Los Angeles, CA 90084-5937

Nevada State DHHS
400 W King St
Ste 300
Carson City, NV 89703-4222

North Point Rx, LLC
c/o Tyler Tedrow
200 S. Knowles Ave
Winter Park, FL 32789-4304

OK Health Care Authori
Finance Division
Drug Rebate
PO Box 18968
Oklahoma City, OK 73154-0968

OR Drug Rebate Program
500 Summer St NE E-08
Salem, OR 97301-1064

Paragon Pharmacy
7720 S Broadway
Ste 100
Littleton, CO 80122-2624

Professional Arts Phar
128 Curran Ln
Lafayette, LA 70506-7222

ROBERT W. SIMS
203 WINTER TRAIL CT
MADISON, MS 39110-9652

Rainboe Gold Inc
115 Grimes Dr
Guntersville, AL 35976-9364

Rainbow Gold, Inc.
Joshua B. Sullivan
413 Broad Street
Gadsden AL 35901-3743

Reginald Sainvil
Moore & VanAllen
100 N Tyron St
Ste 4700
Charlotte, NC 28202-4003

Renascet Group
56 Ambassador Dr
Red Bank, NJ 07701-2290

SPS COMMERCE
333 S SEVENTH ST
STE 1000
MINNEAPOLIS, MN 55402-2421

Salvat
201 Biscayne Blvd
Ste 2810
28th Floor
Miami, FL 33131-4309

Sarah Beth Wilson
Phelps Dunbar LLP
For Citizens Bank of Philadelphia
1905 Community Bank Way, Suite 200
Flowood, MS 39232-1249

State of OH
Dept of Medicaid
P.O. Box 712110
Cincinnati, OH 45271-2110

State of RI
Gainwell Technologies
PO Box 2006
East Greenwich, RI 02818

Steven M. Berman
Shumaker Loop & Kendic
101 E Kennedy Blvd
Ste 2800
Tampa, FL 33602-5153

Strategies Group, SE
3651 Peachtree Pkwy
Ste E-433
Suwanee, GA 30024-6034

The Citizens Bank
P.O. Box 209
Philadelphia, MS 39350-0209

The Citizens Bank of Philadelphia
P.O. Box 578
Carthage, MS 39051-0578

TrackTraceRx
1601 Pakr Center Dr
Unit 10A
Orlando, FL 32835-5700

US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Utah Dept of Health
LB 413133
PO Box 35146
Seattle, WA 98124-5146

Value Plus
457 W Liberty St
Wauconda, IL 60084-2452

Wraser, LLC
Xspire Pharma, LLC
5550 W Executive Drive
Ste 230
Tampa, FL 33609-1046

Stephen Smith
1052 Highland Colony Pkwy
Suite 100
Ridgeland, MS 39157-8764

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)North Point Rx, LLC

(u)ClarusOne Sourcing Svc
10-12 Russel Square
London WC1B 5HE

End of Label Matrix
Mailable recipients    82
Bypassed recipients     2
Total                  84