## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    BANKRUPTCY PROCEEDING

KEY THERAPEUTICS, LLC                                     CASE NUMBER: 26-00106 JAW

---

### CERTIFICATE OF SERVICE

---

I, DEREK A. HENDERSON, do hereby certify that I have served, via Tina Nemeth, DL Investigations & Attorney Support, LLC, a true and correct copy of the Subpoena to Produce Documents issued in this proceeding to Pharmaco, LLC by and through its registered agent, Paracorp Incorporated evidenced by the attached Proof of Service.

This the 27th day of March, 2026.

Respectfully submitted,

BY:     s / Derek A. Henderson
        DEREK A. HENDERSON
        Attorney for North Point Rx, LLC

Derek A. Henderson, MSB #2260
Anna Claire Henderson, MSB #106230
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re __Key Therapeutics, LLC__
_____
Debtor

_(Complete if issued in an adversary proceeding)_

Case No. 3:26-bk-00106 JAW

Chapter 7

_____
Plaintiff

v.

Adv. Proc. No. _____

_____
Defendant

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Pharmaco, LLC, c/o Registered Agent, Paracorp Incorporated, 8825 N 23rd Ave, Ste 100, Phoeniz, AZ 85021__
_(Name of person to whom the subpoena is directed)_

[X] _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment.

| PLACE<br>Law Office of Nach, Rodgers, Hilkert & Santilli, 1220 E. Osborn Rd, Ste 101, Phoenix, AZ, 85014 | DATE AND TIME<br>April 10, 2026 at 10:00 am |
|---|---|

[ ] _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/17/26

CLERK OF COURT

OR _[signature]_

_____
_Signature of Clerk or Deputy Clerk_

_____
_Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_ North Point Rx, LLC, who issues or requests this subpoena, are: Derek A. Henderson, 1765-A Lelia Dr, Ste 103, Jackson, MS 39216, (601) 948-3167

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ  85020
(602) 285-9901

Inv. #

**166630**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: KEY THERAPEUTICS, L.L.C.

**Plaintiff / Petitioner,**

vs.

ORIGINAL

NO.   **26-00106 JAW**

**Defendant / Respondent.**

CERTIFICATE OF SERVICE

**Tina Nemeth** , the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**NOTICE OF SUBPOENA, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE )OR ADVERSARY PROCEEDING), ATTACHMENT TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, AND THINGS**

from **Law Office of Derek A. Henderson** on **3/18/26** ; that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**   **PHARMACO, L.L.C., c/o Paracorp Incorporated, Registered Agent**

**DATE & TIME:**   3/20/26 11:10am

**PLACE &**   8825 N. 23RD AVENUE  STE.100  PHOENIX, AZ 85021, which is his/her place of business.
**MANNER:**   By serving Mike Vernon, Service of Process Coordinator, a person authorized to accept such service on their behalf, in person.

Description of the Named: Male, Age: 60's, Ht: 5' 6in., Wt: 200, Eyes: hazel, Hair: grey, Ethnicity: Cauc., Other: glasses

Date of Appearance: April 10, 2026 at 10:00 am

**Statement of Costs**

| | | |
|---|---|---|
| Services | $16.00 | |
| Mileage | $36.00 | |
| Sp. Handl. | | |
| Witness | | |
| Advances | | |
| Cert. Prep | $25.00 | 11 pages |
| Other | $2.75 | |
| **Total** | **$79.75** | |

**Affiant - Registered in**

**Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.