**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                          CHAPTER 7

KEY THERAPEUTICS, LLC                                       CASE NO. 26-00106-JAW

**ORDER APPROVING MOTION FOR APPROVAL**
**OF COMPROMISE AND SETTLEMENT**

**THIS MATTER** came on for the Court's consideration on the *Motion for Approval of Compromise and Settlement* [Dkt. # _____] filed on behalf of Stephen Smith, Trustee. The Court, after notice and no objections having been filed, does hereby find, as follows:

1.      That the Court has jurisdiction over this proceeding and the parties herein.

2.      That the Trustee has reviewed the financial records of Key Therapeutics, LLC and confirmed that American Express received payments totaling $47,348.27.

3.      That the Trustee and American Express have reached an agreement regarding these funds. American Express will turnover to the Trustee $40,000.00 and American Express will retain the remaining $7,348.27.

**IT IS HEREBY ORDERED** that the settlement of the Trustee's preference claim against American Express, is hereby approved.

**IT IS FURTHER ORDERED** that SBA shall remit to the Trustee the sum of $40,000.00 and American Express shall retain the remaining $7,348.27.

**IT IS FURTHER ORDERED** that American Express shall retain its right to file a Proof of Claim pursuant to 11 U.S.C. § 502(h).

**##END OF ORDER##**

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com