

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

**KEY THERAPEUTICS, LLC**               **Case No.:**   **26-00106-JAW**

**DEBTOR.**                             **Chapter:**   **7**

## AGREED ORDER ON CITIZENS BANK'S MOTION
## FOR RELIEF FROM STAY AND ABANDONMENT
## REGARDING CITIZENS ACCOUNT (***2026) (DKT # 38)

Before the Court is the Motion for Relief from Stay and Abandonment Regarding Citizens Account (***2026) (Dkt # 38) (the "Motion") filed herein by The Citizens Bank of Philadelphia, a secured creditor and party-in-interest in the Chapter 7 bankruptcy case of Debtor Key Therapeutics, LLC (the "Debtor"), as well as the responses of the Chapter 7 Trustee (Dkt. # 52) and North Point Rx (Dkt. # 49). The Court, being well-advised in the premises, and being advised that the parties have reached an agreement, hereby finds that the Motion is well-taken and should be granted as set forth herein. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Motion of Citizens Bank

(Dkt. # 38) is GRANTED and**:**

1.  the automatic stay of Section 362 of the Bankruptcy Code shall be and hereby is lifted for all purposes with respect to the account of Debtor Key Therapeutics and all funds on deposit therein at Citizens Bank (Account # ***2026) and concerning Citizens Bank so to allow Citizens Bank to apply all funds in the account to the Indebtedness owed by the Debtor to Citizens under the Loan and terms and conditions of the Loan Documents identified and described in the Motion and in Citizens' duly filed Proof of Claim (Claims Register #2);

2.  the account and funds on deposit therein located at Citizens Bank in the name of the Debtor (including Account #***2026) shall be and hereby are abandoned from the bankruptcy estate of the Debtor for all purposes;

3.  the 14-day stay pursuant to Bankruptcy Rule 6004(h) is hereby waived, and this Order shall be immediately effective and enforceable for all purposes upon entry; and

4.     this order is without prejudice to rights or claims of North Point Rx, if any, all of which are expressly reserved by North Point Rx for all purposes.

## ## END OF ORDER ##

**AGREED TO BY:**

*/s/ Sarah Beth Wilson*
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com
*Attorneys for The Citizens Bank of Philadelphia*

*/s/ Eileen Shaffer*
Eileen Shaffer
*Attorney for Chapter 7 Trustee Stephen Smith*

*/s/ Thomas Rollins*
Thomas Rollins
*Attorney for Debtor Key Therapeutics, LLC*

*/s/Derek Henderson*
Derek Henderson
*Attorney for North Point Rx*