United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 26-00106-JAW

Key Therapeutics, LLC                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                              Page 1 of 2

Date Rcvd: Apr 14, 2026                 Form ID: pdf012                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID              Recipient Name and Address**
db                 +  Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Abigail M. Marbury
                                on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Andrew Roberts Norwood
                                on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com

Anna Claire Henderson
                                on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com

Derek A Henderson
                                on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com

Eileen N. Shaffer
                                on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

Kristina M. Johnson
                                on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: Apr 14, 2026        Form ID: pdf012        Total Noticed: 1

Sarah Beth Wilson

on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com
1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Stephen Smith

trustee@hrkcpa.com MS02@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Debtor Key Therapeutics  LLC trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 10



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| KEY THERAPEUTICS, LLC | Case No.: 26-00106-JAW |
| DEBTOR. | Chapter: 7 |

## AGREED ORDER ON CITIZENS BANK'S MOTION FOR RELIEF FROM STAY AND ABANDONMENT REGARDING ACCOUNTS RECEIVABLE (DKT # 36)

Before the Court is the Motion for Relief from Stay and Abandonment Regarding Accounts Receivable (Dkt. # 36) (the "Motion") filed herein by The Citizens Bank of Philadelphia, a secured creditor and party-in-interest in the Chapter 7 bankruptcy case of Debtor Key Therapeutics, LLC (the "Debtor"), as well as the responses of the Chapter 7 Trustee (Dkt. # 51) and North Point Rx (Dkt. # 47). The Court, being well-advised in the premises, and being advised that the parties have reached an agreement, hereby finds that the Motion is well-taken and should be granted as set forth herein. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Motion of Citizens Bank

(Dkt. # 36) is GRANTED and**:**

1. the automatic stay of Section 362 of the Bankruptcy Code shall be and hereby is lifted for all purposes with respect to the accounts receivable of Debtor Key Therapeutics and all funds received on account thereof and/or proceeds and allowing Citizens Bank to directly obtain, secure, collect and apply for all purposes all accounts receivable and amounts owed or becoming owed to the Debtor as accounts receivable in order to permit Citizens Bank to apply the amounts to the Indebtedness owed by the Debtor to Citizens under the Loan and terms and conditions of the Loan Documents identified and described in the Motion and in Citizens' duly filed Proof of Claim (Claims Register #2);

2. the accounts receivable and amounts owed and becoming owed as accounts receivable and any proceeds therefrom in the name of the Debtor are abandoned from the bankruptcy estate of the Debtor for all purposes;

3. the 14-day stay pursuant to Bankruptcy Rule 6004(h) is hereby waived, and this Order shall be immediately effective and enforceable for all purposes upon entry;

4.      this order is without prejudice to rights or claims of North Point Rx, if any, all of which are expressly reserved by North Point Rx for all purposes.

## END OF ORDER ##

**AGREED TO BY:**

/s/ Sarah Beth Wilson
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com
*Attorneys for The Citizens Bank of Philadelphia*


/s/ Eileen Shaffer
Eileen Shaffer
*Attorney for Chapter 7 Trustee Stephen Smith*

/s/ Thomas Rollins
Thomas Rollins
*Attorney for Debtor Key Therapeutics, LLC*

/s/Derek Henderson
Derek Henderson
*Attorney for North Point Rx*