United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-00106-JAW

Key Therapeutics, LLC                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                     User: mssbad                     Page 1 of 2

Date Rcvd: Apr 14, 2026             Form ID: pdf012                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID**            **Recipient Name and Address**

db                   +   Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026                     Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Kristina M. Johnson | on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |

District/off: 0538-3                          User: mssbad                                    Page 2 of 2
Date Rcvd: Apr 14, 2026                       Form ID: pdf012                                 Total Noticed: 1

Sarah Beth Wilson
                    on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com
                    1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Stephen Smith
                    trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor Key Therapeutics  LLC trollins@therollinsfirm.com,
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 10

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In Re:**

| | |
|---|---|
| KEY THERAPEUTICS, LLC | Case No.:   26-00106-JAW |
| DEBTOR. | Chapter:   7 |

## AGREED ORDER ON CITIZENS BANK'S MOTION
## FOR RELIEF FROM STAY AND ABANDONMENT
## REGARDING CITIZENS ACCOUNT (***2026) (DKT # 38)

Before the Court is the Motion for Relief from Stay and Abandonment Regarding Citizens Account (***2026) (Dkt # 38) (the "Motion") filed herein by The Citizens Bank of Philadelphia, a secured creditor and party-in-interest in the Chapter 7 bankruptcy case of Debtor Key Therapeutics, LLC (the "Debtor"), as well as the responses of the Chapter 7 Trustee (Dkt. # 52) and North Point Rx (Dkt. # 49). The Court, being well-advised in the premises, and being advised that the parties have reached an agreement, hereby finds that the Motion is well-taken and should be granted as set forth herein. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Motion of Citizens Bank

(Dkt. # 38) is GRANTED and**:**

1. the automatic stay of Section 362 of the Bankruptcy Code shall be and hereby is lifted for all purposes with respect to the account of Debtor Key Therapeutics and all funds on deposit therein at Citizens Bank (Account # ***2026) and concerning Citizens Bank so to allow Citizens Bank to apply all funds in the account to the Indebtedness owed by the Debtor to Citizens under the Loan and terms and conditions of the Loan Documents identified and described in the Motion and in Citizens' duly filed Proof of Claim (Claims Register #2);

2. the account and funds on deposit therein located at Citizens Bank in the name of the Debtor (including Account #***2026) shall be and hereby are abandoned from the bankruptcy estate of the Debtor for all purposes;

3. the 14-day stay pursuant to Bankruptcy Rule 6004(h) is hereby waived, and this Order shall be immediately effective and enforceable for all purposes upon entry; and

4.     this order is without prejudice to rights or claims of North Point Rx, if any, all of which are expressly reserved by North Point Rx for all purposes.

## END OF ORDER ##

**AGREED TO BY:**

*/s/ Sarah Beth Wilson*
Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com
*Attorneys for The Citizens Bank of Philadelphia*

*/s/ Eileen Shaffer*
Eileen Shaffer
*Attorney for Chapter 7 Trustee Stephen Smith*

*/s/ Thomas Rollins*
Thomas Rollins
*Attorney for Debtor Key Therapeutics, LLC*

*/s/Derek Henderson*
Derek Henderson
*Attorney for North Point Rx*