

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                      CHAPTER 7

KEY THERAPEUTICS, LLC                                      CASE NO. 26-00106-JAW

### ORDER APPROVING MOTION FOR APPROVAL
### OF COMPROMISE AND SETTLEMENT

**THIS MATTER** came on for the Court's consideration on the *Motion for Approval of Compromise and Settlement* [Dkt. # __57__] filed on behalf of Stephen Smith, Trustee. The Court, after notice and no objections having been filed, does hereby find, as follows:

1.      That the Court has jurisdiction over this proceeding and the parties herein.

2.      That the Trustee has reviewed the financial records of Key Therapeutics, LLC and confirmed that SBA received payments totaling $153,000.00.

3.      That the Trustee and SBA have reached an agreement regarding these funds. SBA will turnover to the Trustee $145,350.00 and SBA will retain the remaining $7,650.00.

**IT IS HEREBY ORDERED** that the settlement of the Trustee's preference claim against SBA, is hereby approved.

**IT IS FURTHER ORDERED** that SBA shall remit to the Trustee the sum of $145,350.00 and SBA shall retain the remaining $7,650.00.

**##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com