## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                          CHAPTER 7

KEY THERAPEUTICS, LLC                                      CASE NO. 26-00106-JAW

### AFFIDAVIT

1.      I am W. Lawrence Deas, Attorney at Law with the law firm of Liston & Deas, PLLC, duly licensed to practice in the State of Mississippi.

2.      I maintain an office located at 605 Crescent Blvd., Suite 200, Ridgeland, MS 39157; phone number of (601) 981-1636; email:    lawrence@listondeas.com

3.      To the best of my knowledge, I do not represent any interest adverse to the debtor or his Estate, except that I may, from time to time, have been engaged with various entities who may be creditors, parties in interest, or their attorneys or accountants, in regard to matters not connected with this case and not involving Applicant or their affairs, except as follows:

- Stephen Smith is the CPA for Liston & Deas, PLLC and is also my personal CPA.

4.      I have no connections with the debtor, creditors, any other party in inter interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

_W. Lawrence Deas_

W. LAWRENCE DEAS

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___20th___ day of

___April___, 2026.

My Commission Expires:

_Amy-Allison Russ_

NOTARY PUBLIC

EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                        CHAPTER 7

KEY THERAPEUTICS, LLC                           CASE NO. 26-00106-JAW

### AFFIDAVIT

1.      I am William Liston, III, Attorney at Law with the law firm of Liston & Deas, PLLC, duly licensed to practice in the State of Mississippi.

2.      I maintain an office located at 605 Crescent Blvd., Suite 200, Ridgeland, MS 39157; phone number of (601) 981-1636; email:    william@listondeas.com

3.      To the best of my knowledge, I do not represent any interest adverse to the debtor or his Estate, except that I may, from time to time, have been engaged with various entities who may be creditors, parties in interest, or their attorneys or accountants, in regard to matters not connected with this case and not involving Applicant or their affairs, except as follows:

- Stephen Smith is the CPA for Liston & Deas, PLLC and is also my personal CPA.

4.      I have no connections with the debtor, creditors, any other party in inter interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

_____
WILLIAM LISTON, III

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of

_____, 2026.

My Commission Expires _____

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 74432
KELLIE CALHOUN
Commission Expires
Aug. 20, 2028
RANKIN COUNTY