**Fill in this information to identify the case:**

Debtor name     **Key Therapeutics, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)     **26-00106**

■ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................................................... $ **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................................................ $ **350,614.60**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*............................................................................................................. $ **350,614.60**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **1,000,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ **2,504,193.49**

4. **Total liabilities** ..................................................................................................................................
Lines 2 + 3a + 3b     $ **3,504,193.49**

**Fill in this information to identify the case:**

Debtor name **Key Therapeutics, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **26-00106**

■ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1. Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number _____ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) ( _____ ) | | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 **Nonpriority creditor's name and mailing address**<br>**ABC Compunding Pharmac**<br>**16311 Ventura Blvd**<br>**#110**<br>**Encino, CA 91436**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$604.43** |
| 3.2 **Nonpriority creditor's name and mailing address**<br>**Alliance Pharmacy Plan**<br>**4152 W Spring Creek Pk**<br>**Ste 160**<br>**Plano, TX 75024**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,574.08** |

43316

Debtor **Key Therapeutics, LLC**
Name

Case number (if known)   **26-00106**

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,123.77** |
|---|---|---|---|
| | **American Express**<br>**P.O. Box 6031**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190,999.97** |
|---|---|---|---|
| | **AmerisourceBergen**<br>**PO Box 247**<br>**Thorofare, NJ 08086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,896.42** |
|---|---|---|---|
| | **Arizona AHCCCS**<br>**P.O. Box 741573**<br>**Atlanta, GA 30374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,568.36** |
|---|---|---|---|
| | **Ascent Health Services**<br>**Muhlentalstrasse 36**<br>**8200 Schaffhausen**<br>**Switzerland** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$477.07** |
|---|---|---|---|
| | **Bureau of TennCare**<br>**Dept 5544 Drug Rebate**<br>**P.O. Box 11407**<br>**Birmingham, AL 35246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,303.47** |
|---|---|---|---|
| | **Cardinal Health 105**<br>**P.O. Box 978709**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$52,303.47** |
|---|---|---|---|
| | **Cardinal Health 105**<br>**P.O. Box 978709**<br>**Dallas, TX 75397** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Key Therapeutics, LLC** | Case number (if known) | **26-00106** |
|---|---|---|---|
| | Name | | |

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Chaffetz Lindsey \*\*\***
**1700 Broadway**
**33rd Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,685.00**

**Charles R Mullins, PC**
**1146 Lyncrest Ave**
**Jackson, MS 39202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,475.00**

**ClarusOne Sourcing Svc**
**10-12 Russel Square**
**London WC1B 5HE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,609.39**

**CLRx Pharmacy Denton**
**2401 W Oak St**
**Ste 101**
**Denton, TX 76201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$407.98**

**CO Dept of Health Care**
**Attn: Drug Rebate Prog**
**P.O. Box 5897**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.87**

**Commonwealth of MA**
**MassHealth Drug Rebate**
**P.O. Box 417688**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.87**

**Commonwealth of PA**
**Drug & Device Section**
**P.O. Box 780634**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

| Debtor | **Key Therapeutics, LLC** | | Case number (if known) | **26-00106** |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,621.32** |
|---|---|---|---|
| | **Copay Consultants, LLC**<br>**517 Liberty Rd**<br>**Ste D**<br>**Flowood, MS 39232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,242.78** |
|---|---|---|---|
| | **DC Treasurer**<br>**ACS State Healthcare**<br>**P.O. Box 34722**<br>**Washington, DC 20043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.38** |
|---|---|---|---|
| | **Dept of Health & Human**<br>**P.O. Box 935889**<br>**Atlanta, GA 31193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,701.14** |
|---|---|---|---|
| | **Dept of Healthcare Svc**<br>**P.O. Box 997415**<br>**Sacramento, CA 95899** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.49** |
|---|---|---|---|
| | **Dept of Medical Asst**<br>**Commonwealth of VA**<br>**P.O. Box 715991**<br>**Philadelphia, PA 19171** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$836.07** |
|---|---|---|---|
| | **DHS Drug Rebate**<br>**Attn: Drug Rebate Prog**<br>**P.O. Box 64837**<br>**Saint Paul, MN 55164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232,282.32** |
|---|---|---|---|
| | **Food & Drug Administra**<br>**P.O. Box 979108**<br>**Saint Louis, MO 63197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Key Therapeutics, LLC**                                    Case number (if known)    **26-00106**
_____
Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$340.86** |
|---|---|---|---|

**Georgia Dept of Commun**
**MCO Drug Rebates**
**P.O. Box 734669**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.66** |
|---|---|---|---|

**Hawaii Medicaid Fiscal**
**Conduent State Healthc**
**P.O. Box 1480**
**Honolulu, HI 96807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.87** |
|---|---|---|---|

**Health Care Authority**
**WA State HCA**
**P.O. Box 45500**
**Olympia, WA 98504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53.13** |
|---|---|---|---|

**Healthcare & Family Se**
**Recoveries Unit**
**P.O. Box 19107**
**Springfield, IL 62794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.87** |
|---|---|---|---|

**IL Dept of Healthcare**
**Recoveries Unit**
**P.O. Box 19107**
**Springfield, IL 62794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.87** |
|---|---|---|---|

**Indiana Medicaid Drug**
**26593 Networ Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113.62** |
|---|---|---|---|

**Kansas Dept of Health**
**Division of Healthcare**
**P.O. Box 2428**
**Topeka, KS 66601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Key Therapeutics, LLC**              Case number (if known)   **26-00106**
_____Name_____

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**Keith Woronoff**
**LSK Associates**
**2822 54th Ave S**
**Ste 234**
**Saint Petersburg, FL 33712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$234.12** |
|---|---|---|---|

**LA Dept of Health**
**Attn: Drug Rebate Prog**
**P.O. Box 62951**
**New Orleans, LA 70162**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$234.12** |
|---|---|---|---|

**Maryland Medical Assis**
**Medicaid Drug Rebate P**
**P.O. Box 17185**
**Baltimore, MD 21297**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**McCraney Montagnet Qui**
**602 Steed Rd**
**Ste 200**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$152.64** |
|---|---|---|---|

**MedImpact Healthcare S**
**P.O. Box 511551**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,650.00** |
|---|---|---|---|

**MLV Pharma, LLC**
**276 Delores Home Ave**
**Valrico, FL 33594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.52** |
|---|---|---|---|

**MS Division of Medicai**
**Attn: UHC MCO Drug Reb**
**PO Box 6014**
**Ridgeland, MS 39158**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Key Therapeutics, LLC**
_____
Name

Case number (if known)   **26-00106**

| | |
|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** |

**Nevada Meidcaid Rebate**
**P.O. Box 845937**
**Los Angeles, CA 90084**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,037.87**

---

| | |
|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** |

**Nevada State DHHS**
**400 W King St**
**Ste 300**
**Carson City, NV 89703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

| | |
|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** |

**NJ Division of Medical**
**Lockbox 655**
**200 Wolverton Ave**
**Bldg 20**
**Trenton, NJ 08646**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$845.82**

---

| | |
|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** |

**NM Human Svc Dept**
**Revenue & Reporting**
**P.O. Box 2348**
**Santa Fe, NM 87501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$37.87**

---

| | |
|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** |

**NY State Dept of Healt**
**P.O. Box 412205**
**Boston, MA 02241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$552.69**

---

| | |
|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** |

**OK Health Care Authori**
**Finance Division**
**Drug Rebate**
**PO Box 18968**
**Oklahoma City, OK 73154**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$37.87**

---

| | |
|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** |

**OR Drug Rebate Program**
**500 Summer St NE E-08**
**Salem, OR 97301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$382.18**

---

Debtor **Key Therapeutics, LLC**                    Case number (if known) **26-00106**
Name

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Paragon Pharmacy**
**7720 S Broadway**
**Ste 100**
**Littleton, CO 80122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$595.68**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Professional Arts Phar**
**128 Curran Ln**
**Lafayette, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,063.28**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Rainboe Gold Inc**
**115 Grimes Dr**
**Guntersville, AL 35976**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,267.34**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Renascet Group**
**56 Ambassador Dr**
**Red Bank, NJ 07701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Salvat**
**201 Biscayne Blvd**
**Ste 2810**
**28th Floor**
**Miami, FL 33132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$605,485.78**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**State of OH**
**Dept of Medicaid**
**P.O. Box 712110**
**Cincinnati, OH 45271**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$33.44**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**State of RI**
**Gainwell Technologies**
**PO Box 2006**
**East Greenwich, RI 02818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$26.58**

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **Key Therapeutics, LLC**                    Case number (if known)   **26-00106**
_____                                               _____
Name

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,306.47** |

**Strategies Group, SE**
**3651 Peachtree Pkwy**
**Ste E-433**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |

**TrackTraceRx**
**1601 Pakr Center Dr**
**Unit 10A**
**Orlando, FL 32835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$113.62** |

**Utah Dept of Health**
**LB 413133**
**PO Box 35146**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$680.00** |

**Value Plus**
**457 W Liberty St**
**Wauconda, IL 60084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,225,327.07** |

**Wraser, LLC**
**Xspire Pharma, LLC**
**5550 W Executive Drive**
**Ste 230**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Food & Drug Administra** <br> **c/o US Attorney's Offi** <br> **501 E Court St** <br> **Ste. 4.430** <br> **Jackson, MS 39201** | Line **3.23** <br><br> ☐  Not listed. Explain ____ | _ |
| 4.2 | **Fox Rothschild, LLP** <br> **2 S Biscayne Blvd** <br> **Ste 2750** <br> **Miami, FL 33131** | Line **3.56** <br><br> ☐  Not listed. Explain ____ | _ |

| Debtor | **Key Therapeutics, LLC** | Case number (if known) | **26-00106** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Hill Ward Henderson**<br>**101 E Kennedy Blvd**<br>**Ste 3700**<br>**Tampa, FL 33602** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jeffery Thompson**<br>**c/o Seth P Traub**<br>**101 E Kennedy Blvd**<br>**Ste 2800**<br>**Tampa, FL 33602** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Kevin M. Eddy**<br>**BlankRome**<br>**501 Grant St**<br>**Ste 850**<br>**Pittsburgh, PA 15219** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Reginald Sainvil**<br>**Moore & VanAllen**<br>**100 N Tyron St**<br>**Ste 4700**<br>**Charlotte, NC 28202-4003** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Steven M. Berman**<br>**Shumaker Loop & Kendic**<br>**101 E Kennedy Blvd**<br>**Ste 2800**<br>**Tampa, FL 33612** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **US Attorney General**<br>**US Dept of Justice**<br>**950 Pennsylvania AveNW**<br>**Washington, DC 20530-0001** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  **+**  $ | 2,504,193.49 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c.  $ | 2,504,193.49 |

**Fill in this information to identify the case:**

Debtor name    **Key Therapeutics, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)    **26-00106**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☑ Amended *Schedule*    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2026**        X **/s/ Robert W. Sims**
                                                        Signature of individual signing on behalf of debtor

                                            **Robert W. Sims**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor