United States Bankruptcy Court
Southern District of Mississippi

In re:

Key Therapeutics, LLC

    Debtor

Case No. 26-00106-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 29, 2026 | Form ID: pdf012 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |
| sp | + | Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | W. Lawrence Deas, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | William Liston, III, Liston/Lancaster, P.O. Box 14127, Jackson, MS 39236-4127 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026         Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |

District/off: 0538-3                          User: mssbad                                    Page 2 of 2
Date Rcvd: Apr 29, 2026                       Form ID: pdf012                                 Total Noticed: 4

Kristina M. Johnson
                    on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma,
                    LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Sarah Beth Wilson
                    on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com
                    1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.d
                    ocketbird.com

Stephen Smith
                    trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr
                    on behalf of Debtor Key Therapeutics  LLC trollins@therollinsfirm.com,
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 10



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                        CHAPTER 7

KEY THERAPEUTICS, LLC                                  CASE NO. 26-00106-JAW

## ORDER APPROVING APPLICATION TO EMPLOY
## ATTORNEYS FOR SPECIAL PURPOSE

**THIS CAUSE** having come on for consideration of the Application to Employ *William Liston, III, W. Lawrence Deas* and the law firm of *Liston & Deas PLLC* as Special Counsel [Dkt. #__71__] for **J. Stephen Smith**, Trustee, for investigation, to make demand, to pursue a claim or recovery, and/or to file a lawsuit or lawsuits for the recovery of money or property in the above named and numbered bankruptcy proceeding. That said attorneys are to receive compensation of an undivided contingent interest in same claim as thirty-three and one-third percent (33⅓%) of the gross amount recovered by any means whatsoever, including without limitation demand, settlement, motion, summary judgment, default judgment, judgment, litigation or otherwise if said recovery is made prior to the filing of any lawsuit and if any such lawsuit is filed then said contingency fee shall be increased to forty percent (40%) of the gross amount recovered, plus any expenses incurred. However, the total sum of attorneys' fees and expenses shall not exceed fifty percent (50%) of the total amount of the settlement and that any recovery, by settlement or judgment, shall be paid directly to the Trustee for future distribution in accordance with Court Orders. The delineation of attorneys'

fees and expenses will be disclosed in the Application for approval of attorneys' fees and expenses.

That *Liston & Deas PLLC* will adhere to the provisions of 11 U.S.C. §504, regarding their compensation.

**IT IS, THEREFORE, ORDERED** that the employment of *William Liston, III, W. Lawrence Deas* and the law firm of *Liston & Deas PLLC* as special counsel for the trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that applicants shall be entitled to receive compensation only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of any previous orders allowing compensation and the amounts so allowed.

**Any objection to this Order must be filed within 21 days from the entry of this Order or it will become final. (JAW)**                    **##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
Ph:   (601) 969-3006
eshaffer@eshafferlaw.com