United States Bankruptcy Court

Southern District of Mississippi

In re:

Key Therapeutics, LLC

 Debtor

Case No. 26-00106-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: May 11, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5612340 | + Email/PDF: bncnotices@becket-lee.com | May 11 2026 19:35:45 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: May 11, 2026        Form ID: pdf012        Total Noticed: 2

Eileen N. Shaffer

on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

Kristina M. Johnson

on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Sarah Beth Wilson

on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Stephen Smith

trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Debtor Key Therapeutics  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 10



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 11, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                    CHAPTER 7

KEY THERAPEUTICS, LLC                                            CASE NO. 26-00106-JAW

### ORDER APPROVING MOTION FOR APPROVAL
### OF COMPROMISE AND SETTLEMENT

**THIS MATTER** came on for the Court's consideration on the *Motion for Approval of Compromise and Settlement* [Dkt. # __63__ ] filed on behalf of Stephen Smith, Trustee. The Court, after notice and no objections having been filed, does hereby find, as follows:

1.     That the Court has jurisdiction over this proceeding and the parties herein.

2.     That the Trustee has reviewed the financial records of Key Therapeutics, LLC and confirmed that American Express received payments totaling $47,348.27.

3.     That the Trustee and American Express have reached an agreement regarding these funds. American Express will turnover to the Trustee $40,000.00 and American Express will retain the remaining $7,348.27.

**IT IS HEREBY ORDERED** that the settlement of the Trustee's preference claim against American Express, is hereby approved.

**IT IS FURTHER ORDERED** that SBA shall remit to the Trustee the sum of $40,000.00 and American Express shall retain the remaining $7,348.27.

**IT IS FURTHER ORDERED** that American Express shall retain its right to file a Proof of Claim pursuant to 11 U.S.C. § 502(h).

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com