## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                 CHAPTER 7

KEY THERAPEUTICS, LLC                                   CASE NO. 26-00106-JAW

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 5 FILED
### ON BEHALF OF AMERICAN EXPRESS NATIONAL BANK

**COMES NOW**, **Stephen Smith**, in his capacity as Trustee, (hereinafter referred to as "Trustee"), by and through his attorney, and files this his Objection to Proof of Claim No. 5 in this bankruptcy proceeding, and would show unto the Court the following, to-wit:

1.      That the Trustee objects to Proof of Claim No. 5 filed on behalf of American Express National Bank ("American Express") in the unsecured amount of $40,000.00.

2.      That the bar date established by the Court was set for March 26, 2026 and this claim was filed on May 15, 2026 and should be **allowed as a tardily filed general unsecured claim.**

**WHEREFORE, PREMISES CONSIDERED**, Stephen Smith, Trustee respectfully requests that this Court enter an order **allowing** Proof of Claim No. 5 filed on behalf of American Express National Bank as a **tardily filed general unsecured claim** in the amount of $40,000.00, and for such other relief as is deemed just.

Respectfully submitted,

STEPHEN SMITH,
Chapter 7 Trustee

BY:  _____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER MSB #1687
Post Office Box 1177
Jackson, Mississippi  39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have mailed by United States Mail, postage prepaid, or electronically transmitted by CM/ECF Noticing, a true and correct copy of the above and foregoing *Trustee's Objection to Proof of Claim No. 5* to the following, on the day and year hereinafter set forth:

Gregory P. Deegan
Claims Administrator
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the _____ day of _____, 2026.

_____
EILEEN N. SHAFFER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                             CHAPTER 7

KEY THERAPEUTICS, LLC                                  CASE NO. 26-00106-JAW

### NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an Objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached Objection to claim must be filed with:

Danny L. Miller
Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
501 E. Court St., Suite 2.300
Jackson, MS 39201

and a copy served on the undersigned attorney for trustee and Debtor's attorney on or before thirty (30) days from the date of this Notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

Dated: _____

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have delivered via United States Mail, postage prepaid, or electronically transmitted by CM/ECF Noticing, a true and correct copy of the above and foregoing *Notice of Objection to Claim* to the following, on the day and year hereinafter set forth:

Gregory P. Deegan
Claims Administrator
Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Thomas Carl Rollins, Jr., Esq.
Attorney for Debtor
trollins@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the _____ day of _____, 2026.

_____
EILEEN N. SHAFFER