MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:  Key Therapeutics, LLC _____     Case No.: 26-00106-JAW_____

_____
*Debtor(s)*

Chapter: 7___

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Cencora Global Procurement, Ltd. _____, a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔]  The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Cencora Global Procurement Ltd. is indirectly 100% owned by Cencora, Inc., a publicly held corporation.  There are no publicly held corporations owning 10% or more of Cencora, Inc.'s stock.

**OR**

[ ]  There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 07/15/2026 _____

*James P. Wilson, Jr. (signature)*
Attorney Signature

James P. Wilson, Jr. _____     MSB 10783
Attorney Name                        State Bar Number

P.O. Box 1366 _____
Address

Columbus, MS _____
City, State, and Zip Code

662.328.2316 _____     jwilson@mitchellmcnutt.com _____
Telephone Number            Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**