**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

      **KEY THERAPEUTICS, LLC**             **CASE NO. 26-00106-JAW**


      **DEBTOR.**                    **CHAPTER 7**

**To:**    **James P. Wilson, Jr., Esq.**


### Notice of Deficiency

The Motion for an Extension of Time to File Proof of Claim Beyond the Bar Date ("Motion") (Dkt. #81) filed on behalf of Cencora Global Procurement, Ltd. (the "Movant") on July 16, 2026 is defective for the following reason:

- The Motion  does not include a notice informing the affected parties that they have 30 days to file an objection with the court.

**Notice is hereby given** that the Movant must give proper notice to the affected parties and file the Notice with a certificate of service with the court **on or before August 3, 2026**.  Failure to comply with this notice may result in a Show Cause Hearing or an order **dismissing** the Motion without further notice.

Date:  July 20, 2026

                                     Danny L. Miller
                                     *Clerk of Court*

                                     By:  /s/Alexis Bradley
                                         Thad Cochran U. S. Courthouse
                                         501 E. Court St., Ste. 2.300
                                         Jackson, MS 39201
                                         601-608-4600