

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 28, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                          CHAPTER 7

KEY THERAPEUTICS, LLC                                      CASE NO. 26-00106-JAW

## ORDER REGARDING TRUSTEE'S OBJECTION TO PROOF OF CLAIM
## NO. 5 FILED ON BEHALF OF AMERICAN EXPRESS NATIONAL BANK

**THIS MATTER** came on for the Court's consideration on the Trustee's Objection to Proof of Claim No. 5 [Dkt. # **79**] filed on behalf of Stephen Smith, Trustee. The Court, after no responses having been filed, and being fully advised in the premises, does hereby find as follows:

1.      That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that Proof of Claim No. 5, filed on behalf of American Express National Bank, is hereby **allowed as a tardily filed general unsecured claim in the amount of $40,000.00.**

**##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com