United States Bankruptcy Court

Southern District of Mississippi

In re:
Case No. 26-00106-JAW

Key Therapeutics, LLC
Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3
User: mssbad
Page 1 of 2

Date Rcvd: Jul 28, 2026
Form ID: pdf012
Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5671944 | Email/PDF: bncnotices@becket-lee.com | Jul 28 2026 19:44:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American Express National Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026
Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com  shannon.king@phelps.com |
| Anna Claire Henderson | |

District/off: 0538-3 | User: mssbad | Page 2 of 2
Date Rcvd: Jul 28, 2026 | Form ID: pdf012 | Total Noticed: 2

on behalf of Creditor North Point Rx  LLC annaclaire@derekhendersonlaw.com

Derek A Henderson

on behalf of Creditor North Point Rx  LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com

Eileen N. Shaffer

on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

James P Wilson, Jr.

on behalf of Creditor Cencora Global Procurement  Ltd. jwilson@mitchellmcnutt.com, katelyn.gilliam@mitchellmcnutt.com

Kristina M. Johnson

on behalf of Creditor Jeffrey Thompson  Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com

Sarah Beth Wilson

on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com

Stephen Smith

trustee@hrkcpa.com  MS02@ecfcbis.com

Thomas Carl Rollins, Jr

on behalf of Debtor Key Therapeutics  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 11



SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 28, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                  CHAPTER 7

KEY THERAPEUTICS, LLC                                                    CASE NO. 26-00106-JAW

## ORDER REGARDING TRUSTEE'S OBJECTION TO PROOF OF CLAIM
## NO. 5 FILED ON BEHALF OF AMERICAN EXPRESS NATIONAL BANK

**THIS MATTER** came on for the Court's consideration on the Trustee's Objection to Proof of Claim No. 5 [Dkt. # 79] filed on behalf of Stephen Smith, Trustee. The Court, after no responses having been filed, and being fully advised in the premises, does hereby find as follows:

1.      That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that Proof of Claim No. 5, filed on behalf of American Express National Bank, is hereby **allowed as a tardily filed general unsecured claim in the amount of $40,000.00.**

### ##END OF ORDER##

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com