**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

KEY THERAPEUTICS, LLC CASE NO. 26-00106-JAW

**AMENDED**
**ORDER REGARDING TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 5 FILED ON BEHALF OF AMERICAN EXPRESS NATIONAL BANK**

**THIS MATTER** came on for the Court's consideration on the Trustee's Objection to Proof of Claim No. 5 [Dkt. #79] filed on behalf of Stephen Smith, Trustee. The Court, after no responses having been filed, and being fully advised in the premises, does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that Proof of Claim No. 5, filed on behalf of American Express National Bank, is hereby **allowed as a general unsecured claim in the amount of $40,000.00.**

**##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com