United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-00106-JAW
Key Therapeutics, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Aug 18, 2026 Form ID: pdf012 Total Noticed: 85

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |
| aty | + | Steven Mark Berman, Shumaker Loop & Kendrick, LLP, 101 E Kennedy Blvd Ste 2800, Tampa, FL 33602-5153 |
| cr | + | Cencora Global Procurement, Ltd., 1 West First Avenue, Conshohocken, PA 19428-1800 |
| cr | + | Citizens Bank of Philadelphia, The Citizens Bank, P.O. Box 209, Philadelphia, MS 39350-0209 |
| acc | + | Harper, Rains, Knight & Company, P.A., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764 |
| cr | | Jeffrey Thompson, Liquidating Trustee for Legacy-X, c/o Kristina M. Johnson, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |
| sp | + | Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | W. Lawrence Deas, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | William Liston, III, Liston/Lancaster, P.O. Box 14127, Jackson, MS 39236-4127 |
| 5612338 | + | ABC Compunding Pharmac, 16311 Ventura Blvd, #110, Encino, CA 91436-4307 |
| 5612339 | + | Alliance Pharmacy Plan, 4152 W Spring Creek Pk, Ste 160, Plano, TX 75024-5315 |
| 5612341 | + | AmerisourceBergen, PO Box 247, Thorofare, NJ 08086-0247 |
| 5617835 | + | Andrew Roberts Norwood, Phelps Dunbar LLP, For Citizens Bank of Philadelphia, 1905 Community Bank Way, Suite 200, Flowood, MS 39232-1249 |
| 5616897 | + | Anna Claire Henderson, Attorney at Law, For North Point Rx, LLC, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5612342 | + | Arizona AHCCCS, P.O. Box 741573, Atlanta, GA 30374-1573 |
| 5612343 | | Ascent Health Services, Muhlentalstrasse 36, 8200 Schaffhausen, Switzerland |
| 5612344 | + | Bureau of TennCare, Dept 5544 Drug Rebate, P.O. Box 11407, Birmingham, AL 35246-3035 |
| 5664664 | + | CHAFFETZ LINDSEY, 1700 BROADWAY, 33RD FLOOR, NEW YORK, NY 10019-5975 |
| 5612348 | + | CLRx Pharmacy Denton, 2401 W Oak St, Ste 101, Denton, TX 76201-2380 |
| 5612349 | + | CO Dept of Health Care, Attn: Drug Rebate Prog, P.O. Box 5897, Denver, CO 80217-5897 |
| 5612345 | + | Cardinal Health 105, P.O. Box 978709, Dallas, TX 75397-8709 |
| 5612346 | + | Charles R Mullins, PC, 1146 Lyncrest Ave, Jackson, MS 39202-2103 |
| 5612350 | + | Commonwealth of MA, MassHealth Drug Rebate, P.O. Box 417688, Boston, MA 02241-7688 |
| 5612351 | + | Commonwealth of PA, Drug & Device Section, P.O. Box 780634, Philadelphia, PA 19178-0634 |
| 5612352 | + | Copay Consultants, LLC, 517 Liberty Rd, Ste D, Flowood, MS 39232-8031 |
| 5612353 | + | DC Treasurer, ACS State Healthcare, P.O. Box 34722, Washington, DC 20043-4722 |
| 5612357 | + | DHS Drug Rebate, Attn: Drug Rebate Prog, P.O. Box 64837, Saint Paul, MN 55164-0837 |
| 5612354 | + | Dept of Health & Human, P.O. Box 935889, Atlanta, GA 31193-5889 |
| 5612355 | + | Dept of Healthcare Svc, P.O. Box 997415, Sacramento, CA 95899-7415 |
| 5612356 | + | Dept of Medical Asst, Commonwealth of VA, P.O. Box 715991, Philadelphia, PA 19171-5991 |
| 5616898 | + | Derek A. Henderson, Attorney at Law, For North Point Rx, LLC, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5612358 | + | Food & Drug Administra, P.O. Box 979108, Saint Louis, MO 63197-9001 |
| 5612360 | + | Fox Rothschild, LLP, 2 S Biscayne Blvd, Ste 2750, Miami, FL 33131-1833 |
| 5612361 | + | Georgia Dept of Commun, MCO Drug Rebates, P.O. Box 734669, Dallas, TX 75373-4669 |
| 5612362 | + | Hawaii Medicaid Fiscal, Conduent State Healthc, P.O. Box 1480, Honolulu, HI 96806-1480 |
| 5612363 | + | Health Care Authority, WA State HCA, P.O. Box 45500, Olympia, WA 98504-5500 |
| 5612364 | + | Healthcare & Family Se, Recoveries Unit, P.O. Box 19107, Springfield, IL 62794-9107 |
| 5612365 | + | Hill Ward Henderson, 101 E Kennedy Blvd, Ste 3700, Tampa, FL 33602-5195 |
| 5612366 | + | IL Dept of Healthcare, Recoveries Unit, P.O. Box 19107, Springfield, IL 62794-9107 |
| 5612367 | + | Indiana Medicaid Drug, 26593 Networ Pl, Chicago, IL 60673-1265 |
| 5612368 | + | Jeffery Thompson, c/o Seth P Traub, 101 E Kennedy Blvd, Ste 2800, Tampa, FL 33602-5150 |
| 5642089 | + | Jeffery Thompson, Liquidation Trustee for Reorgani, Steven M. Berman, Esq., Shumaker, Loop & Kendrick LLP, 101 E. Kennedy Blvd., Suite 2800, Tampa, Fl 33602-5153 |
| 5612369 | + | Kansas Dept of Health, Division of Healthcare, P.O. Box 2428, Topeka, KS 66601-2428 |
| 5612370 | + | Keith Woronoff, LSK Associates, 2822 54th Ave S, Ste 234, Saint Petersburg, FL 33712-4610 |

| | | |
|---|---|---|
| 5612371 | + | Kevin M. Eddy, BlankRome, 501 Grant St, Ste 850, Pittsburgh, PA 15219-4442 |
| 5620428 | | Kristina M. Johnson, Jones Walker, LLP, For Jeffrey Thompson, in his capacity as, PO Box 427, Jackson, MS 39205-0427 |
| 5612372 | + | LA Dept of Health, Attn: Drug Rebate Prog, P.O. Box 62951, New Orleans, LA 70162-2951 |
| 5615565 | + | MCKESSON, 6555 STATE HWY 161, IRVING, TX 75039-2402 |
| 5612376 | | MLV Pharma, LLC, 276 Delores Home Ave, Valrico, FL 33594 |
| 5612377 | + | MS Division of Medicai, Attn: UHC MCO Drug Reb, PO Box 6014, Ridgeland, MS 39158-6014 |
| 5612373 | + | Maryland Medical Assis, Medicaid Drug Rebate P, P.O. Box 17185, Baltimore, MD 21297-1185 |
| 5612374 | + | McCraney Montagnet Qui, 602 Steed Rd, Ste 200, Ridgeland, MS 39157-9428 |
| 5612375 | + | MedImpact Healthcare S, P.O. Box 511551, Los Angeles, CA 90051-8106 |
| 5612380 | + | NJ Division of Medical, Lockbox 655, 200 Wolverton Ave, Bldg 20, Trenton, NJ 08646-0655 |
| 5612381 | + | NM Human Svc Dept, Revenue & Reporting, P.O. Box 2348, Santa Fe, NM 87504-2348 |
| 5612382 | + | NY State Dept of Healt, P.O. Box 412205, Boston, MA 02241-2205 |
| 5612378 | + | Nevada Meidcaid Rebate, P.O. Box 845937, Los Angeles, CA 90084-5937 |
| 5612379 | + | Nevada State DHHS, 400 W King St, Ste 300, Carson City, NV 89703-4222 |
| 5631901 | + | North Point Rx, LLC, c/o Tyler Tedrow, 200 S. Knowles Ave, Winter Park, FL 32789-4304 |
| 5612383 | + | OK Health Care Authori, Finance Division, Drug Rebate, PO Box 18968, Oklahoma City, OK 73154-0968 |
| 5612384 | + | OR Drug Rebate Program, 500 Summer St NE E-08, Salem, OR 97301-1064 |
| 5612385 | + | Paragon Pharmacy, 7720 S Broadway, Ste 100, Littleton, CO 80122-2624 |
| 5612386 | + | Professional Arts Phar, 128 Curran Ln, Lafayette, LA 70506-7222 |
| 5615566 | + | ROBERT W. SIMS, 203 WINTER TRAIL CT, MADISON, MS 39110-9652 |
| 5612387 | + | Rainboe Gold Inc, 115 Grimes Dr, Guntersville, AL 35976-9364 |
| 5623972 | + | Rainbow Gold, Inc., Joshua B. Sullivan, 413 Broad Street, Gadsden AL 35901-3743 |
| 5612388 | | Reginald Sainvil, Moore & VanAllen, 100 N Tyron St, Ste 4700, Charlotte, NC 28202-4003 |
| 5612389 | + | Renascet Group, 56 Ambassador Dr, Red Bank, NJ 07701-2290 |
| 5615567 | + | SPS COMMERCE, 333 S SEVENTH ST, STE 1000, MINNEAPOLIS, MN 55402-2421 |
| 5612390 | + | Salvat, 201 Biscayne Blvd, Ste 2810, 28th Floor, Miami, FL 33131-4309 |
| 5612391 | + | State of OH, Dept of Medicaid, P.O. Box 712110, Cincinnati, OH 45271-2110 |
| 5612392 | | State of RI, Gainwell Technologies, PO Box 2006, East Greenwich, RI 02818 |
| 5612393 | + | Steven M. Berman, Shumaker Loop & Kendic, 101 E Kennedy Blvd, Ste 2800, Tampa, FL 33602-5153 |
| 5612394 | + | Strategies Group, SE, 3651 Peachtree Pkwy, Ste E-433, Suwanee, GA 30024-6034 |
| 5625915 | + | The Citizens Bank of Philadelphia, P.O. Box 578, Carthage, MS 39051-0578 |
| 5612396 | + | TrackTraceRx, 1601 Pakr Center Dr, Unit 10A, Orlando, FL 32835-5700 |
| 5612398 | + | Utah Dept of Health, LB 413133, PO Box 35146, Seattle, WA 98124-5146 |
| 5612399 | + | Value Plus, 457 W Liberty St, Wauconda, IL 60084-2452 |
| 5612400 | + | Wraser, LLC, Xspire Pharma, LLC, 5550 W Executive Drive, Ste 230, Tampa, FL 33609-1046 |

TOTAL: 79

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5612340 | + | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 19:51:28 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 5671944 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 19:51:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5612359 | + | Email/Text: ebone.woods@usdoj.gov | Aug 18 2026 19:46:00 | Food & Drug Administra, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5617836 | + | Email/Text: sarah.beth.wilson@phelps.com | Aug 18 2026 19:46:00 | Sarah Beth Wilson, Phelps Dunbar LLP, For Citizens Bank of Philadelphia, 1905 Community Bank Way, Suite 200, Flowood, MS 39232-1249 |
| 5612395 | + | Email/Text: pam.lewis@thecitizensbank.bank | Aug 18 2026 19:46:00 | The Citizens Bank, P.O. Box 209, Philadelphia, MS 39350-0209 |
| 5612397 | ^ | MEBN | Aug 18 2026 19:43:05 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American Express National Bank |
| cr | | North Point Rx, LLC |
| 5612347 | | ClarusOne Sourcing Svc, 10-12 Russel Square, London WC1B 5HE |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| James P Wilson, Jr. | on behalf of Creditor Cencora Global Procurement Ltd. jwilson@mitchellmcnutt.com, katelyn.gilliam@mitchellmcnutt.com |
| Kristina M. Johnson | on behalf of Creditor Jeffrey Thompson Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |
| Sarah Beth Wilson | on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Key Therapeutics LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 11

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **S-7 PROPERTIES, LLC,** | **CASE NO. 26-01029-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

---

**IN RE:**

| | |
|---|---|
| **ROBERT WAYNE SIMS,** | **CASE NO. 26-00138-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

---

**IN RE:**

| | |
|---|---|
| **KEY THERAPEUTICS, LLC,** | **CASE NO. 26-00106-JAW** |
| **DEBTOR.** | **CHAPTER 7** |

**ORDER GRANTING: (I) MOTION FOR CONTINUANCE AND (II) *ORE TENUS* MOTION TO BIFURCATE HEARING ON (A) MOTION TO SUBSTANTIVELY CONSOLIDATE AFFILIATE CHAPTER 7 BANKRUPTCY CASES AND (B) REQUEST FOR DISMISSAL OF S-7 PROPERTIES, LLC'S CASE**

This matter came before the Court for hearing on August 17, 2026 (the "Hearing") on the Motion for Continuance (S-7 Dkt. #129)[1] filed by Stephen Smith in his capacity as the chapter 7

---

[1] Citations to the record are as follows: (1) citations to the docket in the above referenced bankruptcy case are cited as "(S-7 Dkt. #)"; (2) citations to docket entries in the bankruptcy case of *In re Robert Wayne Sims*, No. 26-00138-JAW,

trustee (the "Trustee") of the estate of the debtor, S-7 Properties, LLC ("S-7 Properties") and Citizens Bank of Philadelphia's Response in Opposition to Trustee Stephen Smith's Motion for Continuance (S-7 Dkt. #135) filed by Citizens Bank of Philadelphia ("Citizens") in the bankruptcy case of S-7 Properties.

At the Hearing, Sarah Beth Wilson represented Citizens. Craig M. Geno represented the Trustee, Stephen Smith, who was present in the courtroom. Eileen N. Shaffer, counsel for the chapter 7 trustee in the bankruptcy cases of Robert Wayne Sims (Case No. 26-00138-JAW) and Key Therapeutics, LLC (Case No. 26-00106-JAW), also appeared.[2]

On July 15, 2026, Citizens filed its Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC, and Robert W. Sims, or, Alternatively, to Dismiss S-7 Properties, LLC Bankruptcy Petition (the "SubCon Motion/Request for Dismissal") (S-7 Dkt. #74), asking the Court to substantively consolidate the bankruptcy cases of S-7 Properties (Case No. 26-01029-JAW), Robert Wayne Sims (Case No. 26-00138-JAW), and Key Therapeutics, LLC (Case No. 26-00106-JAW) or, alternatively, to dismiss the bankruptcy case of S-7 Properties. Citizens filed the SubCon Motion/Request for Dismissal in the S-7 Case and a Notice of Filing in both the Robert Wayne Sims and Key Therapeutics bankruptcy cases. (Sims Dkt. #102; Key Dkt. #80). The Trustee filed the Answer and Response to Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC, and Robert W. Sims, or, Alternatively, to Dismiss S-7 Properties, LLC Bankruptcy Petition Motion (the "Response") (S-7 Dkt. #128) in S-7 Properties' case.

are cited as "(Sims Dkt. #)"; and (3) citations to docket entries in the bankruptcy case of *In re Key Therapeutics LLC*, No. 26-00106-JAW, are cited as "(Key Dkt. #)".

[2] Stephen Smith is the chapter 7 trustee in all three bankruptcy cases.

The Court originally set the SubCon Motion/Request for Dismissal and the Response for a combined evidentiary hearing on September 21, 2026 at 1:30 p.m. (S-7 Dkt. #75). At the Hearing, the Trustee asked the Court to bifurcate the evidentiary hearing on the SubCon Motion/Request for Dismissal, set the Request for Dismissal for hearing on the date originally scheduled, September 21, 2026, and continue the SubCon Motion to a later date so that discovery could be completed. Based on the agreement of the parties and for all the reasons set forth in the record at the Hearing, the Trustee's *ore tenus* motion to bifurcate the hearing and the Motion for Continuance are due to be granted.

IT IS, THEREFORE, ORDERED that the Trustee's *ore tenus* motion to bifurcate the hearing on the SubCon Motion/Request for Dismissal is granted. *See* FED. R. BANKR. P. 7042, 9014(c).

IT IS FURTHER ORDERED that the evidentiary hearing on the Request for Dismissal will be held on **Monday September 21, 2026 at 11:00 a.m.** in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that the Motion for Continuance is granted and the evidentiary hearing on the SubCon Motion will be held separately on **Tuesday, October 27, 2026 at 9:30 a.m.** in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that the Bankruptcy Clerk shall cause this Order to be filed and served in all three of the above-captioned chapter 7 cases.

##END OF ORDER##