**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

KEY THERAPEUTICS, LLC CASE NO. 26-00106-JAW
Debtor

J. STEPHEN SMITH, TRUSTEE PLAINTIFF

vs. ADVERSARY PROCEEDING NO. _______________

FIRST HORIZON BANK DEFENDANT

**COMPLAINT TO SET ASIDE A PREFERENCE**

**COMES NOW**, **J. Stephen Smith**, in his capacity as Trustee, and files this his Complaint to Compel Turnover of Property, and would show unto the Court the following, to-wit:

Jurisdiction

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(E) and (F). This action is being filed pursuant to 11 U.S.C. § 547(b).

Parties

2. The plaintiff herein is J. Stephen Smith, Trustee in this bankruptcy proceeding.

3. Defendant herein, First Horizon Bank, is a business entity which may be served with process through its registered agent, Shannon M. Hernandez, at its business address of 165 Madison Avenue, Memphis, Tennessee 38103.

Facts

4. That Key Therapeutics, LLC (hereinafter referred to as "Debtor") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on January 15, 2026, being Case No. *26-00106-JAW*, in the Southern District of Mississippi.

5. That on December 12, 2025, the Debtor issued a payment from its Citizens Bank's account ***2026 to First Horizon Bank in the amount of $16,424.38 on what is believed to be an unsecured debt.

6. That the Trustee sent notice to First Horizon Bank on April 7, 2026, requesting that these funds be turned over. First Horizon has not responded to the Trustee's request, nor provided an explanation as to why the funds do not constitute a preference action.

**COUNT I.**

**That said transaction constitutes a preference pursuant to 11 U.S.C. § 547(b)**

7. The Trustee is unaware of any contemporaneous consideration being paid for said payment.

8. The payment was made for the benefit of a creditor.

9. The payment was made for an antecedent debt.

10. The Debtor was insolvent at the time the payment was made. Based on its schedules filed with the court, the Debtor owed $3,504,193.49 to creditors with only $350,614.60[1] in assets.

11. The payment was made thirty-four (34) days before the bankruptcy was filed.

12. First Horizon Bank received more from the payment than it would have through this proceeding than if the payment had not been made.

**WHEREFORE, PREMISES CONSIDERED**, J. Stephen Smith, Trustee, respectfully requests that this Court enter an order compelling First Horizon Bank to turn over $16,424.87, and for such other relief as is deemed just.

**THIS** the 8th day of September, 2026.

Respectfully submitted,

J. STEPHEN SMITH
CHAPTER 7 TRUSTEE

BY: ______________________
EILEEN N. SHAFFER
Attorney for the Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com

---

[1] Dkt. #11, Page 2.