**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In re: | : | Case No. 26-00106 |
| **Key Therapeutics, LLC,** | : | Chapter 7 |
| Debtor. | : | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND NOTICE OF ALL PROCEEDINGS**

Please take notice that James A. McCullough, II of Brunini, Grantham, Grower & Hewes, PLLC, P.O. Drawer 119, Jackson, Mississippi 39205-0119, this date hereby enters his appearance as counsel for Creditor Cardinal Health.

The undersigned requests that his name be placed on the service matrix, and that all motions, notices, and pleadings in this matter be served upon him as counsel for Cardinal Health.

Dated: September 18, 2026.

Respectfully submitted,

**CARDINAL HEALTH**

By: *s/ James A. McCullough, II*
One of Their Attorneys

OF COUNSEL:

James A. McCullough, II, (MSB # 10175)
jmccullough@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

#4272712v1

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date caused to be filed a true and correct copy of the foregoing with the Clerk of the Court using the Court's electronic filing system, which caused notice of such filing to be delivered electronically to all counsel of record.

Dated: September 18, 2026.

*s/ James A. McCullough, II*
James A. McCullough, II