| Vendor Name | Due Date | Amount | Invoice Type |
|---|---|---|---|
| KEY THERAPEUTICS LLC | 3/21/2024 | 163.46 | CVS Returns |
| KEY THERAPEUTICS LLC | 3/21/2024 | 3,534.80 | CVS Returns |
| KEY THERAPEUTICS LLC | 3/27/2024 | 1,225.94 | CVS Returns |
| KEY THERAPEUTICS LLC | 4/3/2024 | 3,923.01 | CVS Returns |
| KEY THERAPEUTICS LLC | 4/10/2024 | 220,338.36 | Cardinal Returns |
| KEY THERAPEUTICS LLC | 4/11/2024 | 3,412.20 | CVS Returns |
| KEY THERAPEUTICS LLC | 4/15/2024 | 5,212.85 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 4/17/2024 | 817.29 | CVS Returns |
| KEY THERAPEUTICS LLC | 4/25/2024 | 2,043.23 | CVS Returns |
| KEY THERAPEUTICS LLC | 5/15/2024 | 1,736.75 | CVS Returns |
| KEY THERAPEUTICS LLC | 5/17/2024 | 6,201.00 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 6/5/2024 | 326.92 | CVS Returns |
| KEY THERAPEUTICS LLC | 6/17/2024 | 5,701.00 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 6/26/2024 | 9,010.64 | CVS Returns |
| KEY THERAPEUTICS LLC | 7/10/2024 | 6,129.69 | CVS Returns |
| KEY THERAPEUTICS LLC | 7/12/2024 | 2,059.83 | 3rd Party Returns |
| KEY THERAPEUTICS LLC | 7/22/2024 | 5,734.00 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 8/9/2024 | 148,253.76 | Cardinal Returns |
| KEY THERAPEUTICS LLC | 8/13/2024 | 5,567.00 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 9/12/2024 | 5,689.75 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 9/21/2024 | 2,137.65 | Distribution Fees |
| KEY THERAPEUTICS LLC | 9/24/2024 | 14,250.00 | Purchase Price Variance Deduction |
| KEY THERAPEUTICS LLC | 9/24/2024 | (142,510.00) | Invoice |
| KEY THERAPEUTICS LLC | 10/9/2024 | 5,511.25 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 10/21/2024 | 4,928.00 | Distribution Fees |
| KEY THERAPEUTICS LLC | 11/8/2024 | 7,161.25 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 11/13/2024 | 2,043.23 | CVS Returns |
| KEY THERAPEUTICS LLC | 11/18/2024 | 1,926.74 | Distribution Fees |
| KEY THERAPEUTICS LLC | 12/6/2024 | 1,583.51 | 3rd Party Returns |
| KEY THERAPEUTICS LLC | 12/17/2024 | 5,488.75 | 3PL Service Fees |
| KEY THERAPEUTICS LLC | 12/21/2024 | 2,297.26 | Distribution Fees |
| KEY THERAPEUTICS LLC | 1/23/2025 | 1,889.68 | Distribution Fees |
| KEY THERAPEUTICS LLC | 2/22/2025 | 2,074.95 | Distribution Fees |
| KEY THERAPEUTICS LLC | 3/19/2025 | 1,021.62 | CVS Returns |
| KEY THERAPEUTICS LLC | 3/23/2025 | 1,852.63 | Distribution Fees |
| KEY THERAPEUTICS LLC | 4/20/2025 | 1,778.52 | Distribution Fees |
| KEY THERAPEUTICS LLC | 5/19/2025 | 2,445.47 | Distribution Fees |
| KEY THERAPEUTICS LLC | 6/7/2025 | (3,420.24) | Invoice |
| KEY THERAPEUTICS LLC | 6/7/2025 | (6,840.48) | Invoice |
| KEY THERAPEUTICS LLC | 6/7/2025 | (6,840.48) | Invoice |
| KEY THERAPEUTICS LLC | 6/10/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 6/10/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 6/10/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 6/10/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 6/10/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 6/10/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 6/20/2025 | 2,223.16 | Distribution Fees |
| KEY THERAPEUTICS LLC | 6/20/2025 | 256.52 | Distribution Fees |
| KEY THERAPEUTICS LLC | 7/20/2025 | 370.53 | Distribution Fees |
| KEY THERAPEUTICS LLC | 8/1/2025 | 408.65 | CVS Returns |
| KEY THERAPEUTICS LLC | 10/4/2025 | (1,425.10) | Invoice |
| KEY THERAPEUTICS LLC | 10/16/2025 | (570.04) | Invoice |
| KEY THERAPEUTICS LLC | 10/17/2025 | (855.06) | Invoice |
| KEY THERAPEUTICS LLC | 10/27/2025 | 88.89 | Key Credit Memo 3rd Party Returns |

EXHIBIT
A

| | | | |
|---|---|---|---|
| KEY THERAPEUTICS LLC | 10/27/2025 | 88.70 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 10/27/2025 | 88.70 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 10/27/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 10/27/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 10/27/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 10/27/2025 | 88.89 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 10/27/2025 | 88.75 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 11/14/2025 | 86.97 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 1/26/2026 | 193.57 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 2/15/2026 | 88.75 | Key Credit Memo 3rd Party Returns |
| KEY THERAPEUTICS LLC | 4/16/2026 | 197.52 | 3rd Party Returns |
| KEY THERAPEUTICS LLC | 8/21/2026 | 370.53 | Distribution Fees |