United States Bankruptcy Court
Southern District of Mississippi

In re: Key Therapeutics, LLC
Debtor

Case No. 26-00106-JAW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: hn002jaw Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Plaintiff J Stephen Smith eshaffer@eshaffer-law.com |

| | |
|---|---|
| James A. McCullough, II | on behalf of Creditor Cardinal Health jmccullough@brunini.com jfarmer@brunini.com |
| James P Wilson, Jr. | on behalf of Creditor Cencora Global Procurement Ltd. jwilson@mitchellmcnutt.com, katelyn.gilliam@mitchellmcnutt.com |
| Kristina M. Johnson | on behalf of Creditor Jeffrey Thompson Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |
| Sarah Beth Wilson | on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Key Therapeutics LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 13

Form hn002jaw (Rev. 07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**Key Therapeutics, LLC**

**CASE NO. 26–00106–JAW**

**DEBTOR.**

**CHAPTER 7**

# NOTICE OF HEARING AND DEADLINES

Cardinal Health has filed a Motion for the Entry of an Order Granting Relief from the Automatic Stay, for Cause, to Set Off Mutual Prepetition Obligations, or, in the Alternative, for Recoupment of Prepetition Credits (the "Motion") (Dkt. #95) with the Court in the above–styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on October 19, 2026, at 01:30 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before October 13, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

Dated: 9/22/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

Key Therapeutics, LLC, Debtor

Thomas C. Rollins, Jr., Esq., Counsel for the Debtor

Stephen Smith, Trustee

Eileen N. Shaffer, Esq., Counsel for the Trustee

United States Trustee

James A. McCullough, II, Esq., Counsel for the Movant