MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Key Therapeutics, LLC

Debtor(s)

Case No.: 26-00106

Chapter: 7

# Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Cardinal Health Inc., a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [x] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Cardinal Health Inc., a publicly traded company, is the sole member of both Cardinal Health 105, LLC and Cardinal Health 110, LLC

**OR**

- [ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/29/2026

Attorney Signature

James A. McCullough, II
Attorney Name

10175
State Bar Number

Post Office Drawer 119
Address

Jackson, Mississippi 39205
City, State, and Zip Code

(601) 948-3101
Telephone Number

jmccullough@brunini.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**