**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 30, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**KEY THERAPEUTICS, LLC,** **CASE NO. 26-00106-JAW**

**CHAPTER 7**

**DEBTOR.**

## <u>ORDER DISMISSING ORDER TO SHOW CAUSE</u>

There came on for consideration the Order to Show Cause (Dkt. #102) (“Order”) entered on September 29, 2026, for failure to comply with the Notice to File Corporate Ownership Statement (Dkt. #99) entered on September 22, 2026. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##