**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**KEY THERAPEUTICS, LLC,** **CASE NO. 26-00106-JAW**

**DEBTOR.** **CHAPTER 7**

**<u>ORDER RESETTING HEARING</u>**

This matter came on this date on the Motion for the Entry of an Order Granting Relief from the Automatic Stay, for Cause, to Set Off Mutual Prepetition Obligations, or, in the Alternative, for Recoupment of Prepetition Credits filed by Cardinal Health (the "Motion") (Dkt. #95). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on October 19, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion hereby is continued and reset for November 17, 2026, at 1:00 PM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

IT IS FURTHER ORDERED that any written response to the Motion shall be filed by November 9, 2026.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693