**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In re: | : | Case No. 26-00106-JAW |
| **Key Therapeutics, LLC,** | : | Chapter 7 |
| Debtor. | : | |

**AGREED ORDER GRANTING CARDINAL HEALTH RELIEF FROM THE AUTOMATIC STAY, FOR CAUSE, TO SET OFF MUTUAL PREPETITION OBLIGATIONS, OR, IN THE ALTERNATIVE, FOR RECOUPMENT OF PREPETITION CREDITS [DKT. 95]**

This Cause is before the Court on the motion (the "Motion")[1] of Cardinal Health for the entry of an order granting it relief from the automatic stay, for cause, to setoff mutual prepetition obligations; or, in the alternative, for recoupment of prepetition credits [Dkt. No. 95]. The Court having considered the Motion and the parties' agreement to the relief sought, finds that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

[1] Unless otherwise defined, capitalized terms herein shall have the meanings ascribed to them in the Motion.

2. The automatic stay imposed by Section 362(a) of the Bankruptcy Code is modified for the express and limited purpose of allowing, as described in the Motion, Cardinal Health to set off the Credit Balance against the Prepetition Balance. In the alternative, Cardinal Health is hereby permitted to recoup the Credit Balance against the Prepetition Balance.

3. Cardinal Health is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. The 14-day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

5. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

### END OF ORDER ###

Order Prepared and Submitted By:

*/s/ James A. McCullough, II*
James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Agreed:

*/s/ Eileen N. Shaffer*
Eileen N. Shaffer
P.O. Box 1177
Jackson, MS 39215-1177
601-969-3006
Email: eshaffer@eshaffer-law.com

Attorney for the Chapter 7 Trustee

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

Attorney for the Debtor