**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**KEY THERAPEUTICS, LLC** **CASE NO. 26-00106-JAW**

**DEBTOR.** **CHAPTER 7**

## ORDER SETTING ASIDE ORDER

This day, this cause came on to be heard on the Court's own motion to set aside the Agreed Order Granting Cardinal Health Relief from the Automatic Stay, For Cause, To Set Off Mutual Prepetition Obligations, Or, In the Alternative, For Recoupment of Prepetition Credits (the "Order") (Dkt. #106), entered on October 15, 2026, due to the order being submitted in error, and the Court, having considered the same, finds that the Order should be set aside.

**IT IS THEREFORE ORDERED** that the Agreed Order Granting Cardinal Health Relief from The Automatic Stay, For Cause, To Set Off Mutual Prepetition Obligations, Or, In the Alternative, For Recoupment of Prepetition Credits (Dkt. #106) entered on October 15, 2026 is hereby set aside.

##END OF ORDER##