United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-00106-JAW
Key Therapeutics, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Plaintiff J Stephen Smith eshaffer@eshaffer-law.com |

| | |
|---|---|
| James A. McCullough, II | on behalf of Creditor Cardinal Health jmccullough@brunini.com jfarmer@brunini.com |
| James P Wilson, Jr. | on behalf of Creditor Cencora Global Procurement Ltd. jwilson@mitchellmcnutt.com, katelyn.gilliam@mitchellmcnutt.com |
| Kristina M. Johnson | on behalf of Creditor Jeffrey Thompson Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |
| Sarah Beth Wilson | on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Key Therapeutics LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 13

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 15, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In re: | : | Case No. 26-00106-JAW |
| **Key Therapeutics, LLC,** | : | Chapter 7 |
| Debtor. | : | |

**AGREED ORDER GRANTING CARDINAL HEALTH RELIEF FROM THE AUTOMATIC STAY, FOR CAUSE, TO SET OFF MUTUAL PREPETITION OBLIGATIONS, OR, IN THE ALTERNATIVE, FOR RECOUPMENT OF PREPETITION CREDITS [DKT. 95]**

This Cause is before the Court on the motion (the "Motion")[1] of Cardinal Health for the entry of an order granting it relief from the automatic stay, for cause, to setoff mutual prepetition obligations; or, in the alternative, for recoupment of prepetition credits [Dkt. No. 95]. The Court having considered the Motion and the parties' agreement to the relief sought, finds that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted.

[1] Unless otherwise defined, capitalized terms herein shall have the meanings ascribed to them in the Motion.

2. The automatic stay imposed by Section 362(a) of the Bankruptcy Code is modified for the express and limited purpose of allowing, as described in the Motion, Cardinal Health to set off the Credit Balance against the Prepetition Balance. In the alternative, Cardinal Health is hereby permitted to recoup the Credit Balance against the Prepetition Balance.

3. Cardinal Health is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. The 14-day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

5. The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

### END OF ORDER ###

Order Prepared and Submitted By:

*/s/ James A. McCullough, II*
James A. McCullough, II (MSB # 10175)
jmccullough@brunini.com
**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

Agreed:

*/s/ Eileen N. Shaffer*
Eileen N. Shaffer
P.O. Box 1177
Jackson, MS 39215-1177
601-969-3006
Email: eshaffer@eshaffer-law.com

Attorney for the Chapter 7 Trustee

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

Attorney for the Debtor