United States Bankruptcy Court
Southern District of Mississippi

In re: Key Therapeutics, LLC
Debtor

Case No. 26-00106-JAW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 4
Date Rcvd: Oct 30, 2026 Form ID: pdf012 Total Noticed: 87

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Key Therapeutics, LLC, 232 Market St, Building K, Flowood, MS 39232-3339 |
| aty | + | Steven Mark Berman, Shumaker Loop & Kendrick, LLP, 101 E Kennedy Blvd Ste 2800, Tampa, FL 33602-5153 |
| cr | + | Cencora Global Procurement, Ltd., 1 West First Avenue, Conshohocken, PA 19428-1800 |
| cr | + | Citizens Bank of Philadelphia, The Citizens Bank, P.O. Box 209, Philadelphia, MS 39350-0209 |
| acc | + | Harper, Rains, Knight & Company, P.A., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764 |
| cr | | Jeffrey Thompson, Liquidating Trustee for Legacy-X, c/o Kristina M. Johnson, Esq., Jones Walker LLP, P. O. Box 427, Jackson, MS 39205-0427 |
| sp | + | Liston & Deas PLLC, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | W. Lawrence Deas, P.O. Box 14127, Jackson, MS 39236-4127 |
| sp | + | William Liston, III, Liston/Lancaster, P.O. Box 14127, Jackson, MS 39236-4127 |
| 5612338 | + | ABC Compunding Pharmac, 16311 Ventura Blvd, #110, Encino, CA 91436-4307 |
| 5612339 | + | Alliance Pharmacy Plan, 4152 W Spring Creek Pk, Ste 160, Plano, TX 75024-5315 |
| 5612341 | + | AmerisourceBergen, PO Box 247, Thorofare, NJ 08086-0247 |
| 5617835 | + | Andrew Roberts Norwood, Phelps Dunbar LLP, For Citizens Bank of Philadelphia, 1905 Community Bank Way, Suite 200, Flowood, MS 39232-1249 |
| 5616897 | + | Anna Claire Henderson, Attorney at Law, For North Point Rx, LLC, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5612342 | + | Arizona AHCCCS, P.O. Box 741573, Atlanta, GA 30374-1573 |
| 5612343 | | Ascent Health Services, Muhlentalstrasse 36, 8200 Schaffhausen, Switzerland |
| 5612344 | + | Bureau of TennCare, Dept 5544 Drug Rebate, P.O. Box 11407, Birmingham, AL 35246-3035 |
| 5664664 | + | CHAFFETZ LINDSEY, 1700 BROADWAY, 33RD FLOOR, NEW YORK, NY 10019-5975 |
| 5612348 | + | CLRx Pharmacy Denton, 2401 W Oak St, Ste 101, Denton, TX 76201-2380 |
| 5612349 | + | CO Dept of Health Care, Attn: Drug Rebate Prog, P.O. Box 5897, Denver, CO 80217-5897 |
| 5612345 | + | Cardinal Health 105, P.O. Box 978709, Dallas, TX 75397-8709 |
| 5716448 | + | Cencora Global Procurement, Ltd., Attn: Michael Ottomanelli, 1 West First Avenue, Conshohocken, PA 19428-1800 |
| 5612346 | + | Charles R Mullins, PC, 1146 Lyncrest Ave, Jackson, MS 39202-2103 |
| 5612350 | + | Commonwealth of MA, MassHealth Drug Rebate, P.O. Box 417688, Boston, MA 02241-7688 |
| 5612351 | + | Commonwealth of PA, Drug & Device Section, P.O. Box 780634, Philadelphia, PA 19178-0634 |
| 5612352 | + | Copay Consultants, LLC, 517 Liberty Rd, Ste D, Flowood, MS 39232-8031 |
| 5612353 | + | DC Treasurer, ACS State Healthcare, P.O. Box 34722, Washington, DC 20043-4722 |
| 5612357 | + | DHS Drug Rebate, Attn: Drug Rebate Prog, P.O. Box 64837, Saint Paul, MN 55164-0837 |
| 5612354 | + | Dept of Health & Human, P.O. Box 935889, Atlanta, GA 31193-5889 |
| 5612355 | + | Dept of Healthcare Svc, P.O. Box 997415, Sacramento, CA 95899-7415 |
| 5612356 | + | Dept of Medical Asst, Commonwealth of VA, P.O. Box 715991, Philadelphia, PA 19171-5991 |
| 5616898 | + | Derek A. Henderson, Attorney at Law, For North Point Rx, LLC, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5612358 | + | Food & Drug Administra, P.O. Box 979108, Saint Louis, MO 63197-9001 |
| 5612360 | + | Fox Rothschild, LLP, 2 S Biscayne Blvd, Ste 2750, Miami, FL 33131-1833 |
| 5612361 | + | Georgia Dept of Commun, MCO Drug Rebates, P.O. Box 734669, Dallas, TX 75373-4669 |
| 5612362 | + | Hawaii Medicaid Fiscal, Conduent State Healthc, P.O. Box 1480, Honolulu, HI 96806-1480 |
| 5612363 | + | Health Care Authority, WA State HCA, P.O. Box 45500, Olympia, WA 98504-5500 |
| 5612364 | + | Healthcare & Family Se, Recoveries Unit, P.O. Box 19107, Springfield, IL 62794-9107 |
| 5612365 | + | Hill Ward Henderson, 101 E Kennedy Blvd, Ste 3700, Tampa, FL 33602-5195 |
| 5612366 | + | IL Dept of Healthcare, Recoveries Unit, P.O. Box 19107, Springfield, IL 62794-9107 |
| 5612367 | + | Indiana Medicaid Drug, 26593 Networ Pl, Chicago, IL 60673-1265 |
| 5725298 | + | James A. McCullough, II, Brunini, Grantham, Grower & Hewes, PLLC, For Cardinal Health, P. O. Drawer 119, Jackson, MS 39205-0119 |
| 5612368 | + | Jeffery Thompson, c/o Seth P Traub, 101 E Kennedy Blvd, Ste 2800, Tampa, FL 33602-5150 |
| 5642089 | + | Jeffery Thompson, Liquidation Trustee for Reorgani, Steven M. Berman, Esq., Shumaker, Loop & Kendrick LLP, 101 E. Kennedy Blvd., Suite 2800, Tampa, Fl 33602-5153 |

| | | |
|---|---|---|
| 5612369 | + | Kansas Dept of Health, Division of Healthcare, P.O. Box 2428, Topeka, KS 66601-2428 |
| 5612370 | + | Keith Woronoff, LSK Associates, 2822 54th Ave S, Ste 234, Saint Petersburg, FL 33712-4610 |
| 5612371 | + | Kevin M. Eddy, BlankRome, 501 Grant St, Ste 850, Pittsburgh, PA 15219-4442 |
| 5620428 | | Kristina M. Johnson, Jones Walker, LLP, For Jeffrey Thompson, in his capacity as, PO Box 427, Jackson, MS 39205-0427 |
| 5612372 | + | LA Dept of Health, Attn: Drug Rebate Prog, P.O. Box 62951, New Orleans, LA 70162-2951 |
| 5615565 | + | MCKESSON, 6555 STATE HWY 161, IRVING, TX 75039-2402 |
| 5612376 | | MLV Pharma, LLC, 276 Delores Home Ave, Valrico, FL 33594 |
| 5612377 | + | MS Division of Medicai, Attn: UHC MCO Drug Reb, PO Box 6014, Ridgeland, MS 39158-6014 |
| 5612373 | + | Maryland Medical Assis, Medicaid Drug Rebate P, P.O. Box 17185, Baltimore, MD 21297-1185 |
| 5612374 | + | McCraney Montagnet Qui, 602 Steed Rd, Ste 200, Ridgeland, MS 39157-9428 |
| 5612375 | + | MedImpact Healthcare S, P.O. Box 511551, Los Angeles, CA 90051-8106 |
| 5612380 | + | NJ Division of Medical, Lockbox 655, 200 Wolverton Ave, Bldg 20, Trenton, NJ 08646-0655 |
| 5612381 | + | NM Human Svc Dept, Revenue & Reporting, P.O. Box 2348, Santa Fe, NM 87504-2348 |
| 5612382 | + | NY State Dept of Healt, P.O. Box 412205, Boston, MA 02241-2205 |
| 5612378 | + | Nevada Meidcaid Rebate, P.O. Box 845937, Los Angeles, CA 90084-5937 |
| 5612379 | + | Nevada State DHHS, 400 W King St, Ste 300, Carson City, NV 89703-4222 |
| 5631901 | + | North Point Rx, LLC, c/o Tyler Tedrow, 200 S. Knowles Ave, Winter Park, FL 32789-4304 |
| 5612383 | + | OK Health Care Authori, Finance Division, Drug Rebate, PO Box 18968, Oklahoma City, OK 73154-0968 |
| 5612384 | + | OR Drug Rebate Program, 500 Summer St NE E-08, Salem, OR 97301-1064 |
| 5612385 | + | Paragon Pharmacy, 7720 S Broadway, Ste 100, Littleton, CO 80122-2624 |
| 5612386 | + | Professional Arts Phar, 128 Curran Ln, Lafayette, LA 70506-7222 |
| 5615566 | + | ROBERT W. SIMS, 203 WINTER TRAIL CT, MADISON, MS 39110-9652 |
| 5612387 | + | Rainboe Gold Inc, 115 Grimes Dr, Guntersville, AL 35976-9364 |
| 5623972 | + | Rainbow Gold, Inc., Joshua B. Sullivan, 413 Broad Street, Gadsden AL 35901-3743 |
| 5612388 | | Reginald Sainvil, Moore & VanAllen, 100 N Tyron St, Ste 4700, Charlotte, NC 28202-4003 |
| 5612389 | + | Renascet Group, 56 Ambassador Dr, Red Bank, NJ 07701-2290 |
| 5615567 | + | SPS COMMERCE, 333 S SEVENTH ST, STE 1000, MINNEAPOLIS, MN 55402-2421 |
| 5612390 | + | Salvat, 201 Biscayne Blvd, Ste 2810, 28th Floor, Miami, FL 33131-4309 |
| 5612391 | + | State of OH, Dept of Medicaid, P.O. Box 712110, Cincinnati, OH 45271-2110 |
| 5612392 | | State of RI, Gainwell Technologies, PO Box 2006, East Greenwich, RI 02818 |
| 5612393 | + | Steven M. Berman, Shumaker Loop & Kendic, 101 E Kennedy Blvd, Ste 2800, Tampa, FL 33602-5153 |
| 5612394 | + | Strategies Group, SE, 3651 Peachtree Pkwy, Ste E-433, Suwanee, GA 30024-6034 |
| 5625915 | + | The Citizens Bank of Philadelphia, P.O. Box 578, Carthage, MS 39051-0578 |
| 5612396 | + | TrackTraceRx, 1601 Pakr Center Dr, Unit 10A, Orlando, FL 32835-5700 |
| 5612398 | + | Utah Dept of Health, LB 413133, PO Box 35146, Seattle, WA 98124-5146 |
| 5612399 | + | Value Plus, 457 W Liberty St, Wauconda, IL 60084-2452 |
| 5612400 | + | Wraser, LLC, Xspire Pharma, LLC, 5550 W Executive Drive, Ste 230, Tampa, FL 33609-1046 |

TOTAL: 81

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5612340 | + | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 19:09:15 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 5671944 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 19:07:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5612359 | + | Email/Text: ebone.woods@usdoj.gov | Oct 30 2026 17:13:00 | Food & Drug Administra, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5617836 | + | Email/Text: sarah.beth.wilson@phelps.com | Oct 30 2026 17:13:00 | Sarah Beth Wilson, Phelps Dunbar LLP, For Citizens Bank of Philadelphia, 1905 Community Bank Way, Suite 200, Flowood, MS 39232-1249 |
| 5612395 | + | Email/Text: pam.lewis@thecitizensbank.bank | Oct 30 2026 17:13:00 | The Citizens Bank, P.O. Box 209, Philadelphia, MS 39350-0209 |
| 5612397 | ^ | MEBN | Oct 30 2026 16:57:53 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | American Express National Bank |
| cr | | Cardinal Health |
| cr | | North Point Rx, LLC |
| 5612347 | | ClarusOne Sourcing Svc, 10-12 Russel Square, London WC1B 5HE |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Andrew Roberts Norwood | on behalf of Creditor Citizens Bank of Philadelphia drew.norwood@phelps.com shannon.king@phelps.com |
| Anna Claire Henderson | on behalf of Creditor North Point Rx LLC annaclaire@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor North Point Rx LLC derek@derekhendersonlaw.com, melissa@derekhendersonlaw.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Plaintiff J Stephen Smith eshaffer@eshaffer-law.com |
| James A. McCullough, II | on behalf of Creditor Cardinal Health jmccullough@brunini.com jfarmer@brunini.com |
| James P Wilson, Jr. | on behalf of Creditor Cencora Global Procurement Ltd. jwilson@mitchellmcnutt.com, katelyn.gilliam@mitchellmcnutt.com |
| Kristina M. Johnson | on behalf of Creditor Jeffrey Thompson Liquidating Trustee for Legacy-Xspire Holdings, LLC, Wraser, LLC and Xspire Pharma, LLC kjohnson@joneswalker.com, kbrabston@joneswalker.com;kristi-johnson-0038@ecf.pacerpro.com |
| Sarah Beth Wilson | on behalf of Creditor Citizens Bank of Philadelphia sarah.beth.wilson@phelps.com 1069885420@filings.docketbird.com;page.bridges@phelps.com;Danielle.Mashburn-Myrick@phelps.com,1069885420@filings.docketbird.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Key Therapeutics LLC trollins@therollinsfirm.com, |

| | |
|---|---|
| | jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 13

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN RE:**

**S-7 PROPERTIES, LLC,** **CASE NO. 26-01029-JAW**

**DEBTOR.** **CHAPTER 7**

---

**IN RE:**

**ROBERT WAYNE SIMS,** **CASE NO. 26-00138-JAW**

**DEBTOR.** **CHAPTER 7**

---

**IN RE:**

**KEY THERAPEUTICS, LLC,** **CASE NO. 26-00106-JAW**

**DEBTOR.** **CHAPTER 7**

## ORDER RESETTING HEARING ON MOTION TO SUBSTANTIVELY CONSOLIDATE CHAPTER 7 BANKRUPTCY CASES

This matter came before the Court on this date on the Motion to Substantively Consolidate Affiliate Chapter 7 Bankruptcy Cases of S-7 Properties, LLC, Key Therapeutics, LLC and Robert W. Sims (the "Motion") (S-7 Dkt. #74) filed by Citizens Bank of Philadelphia and the Trustee's Answer and Response (the "Answer") (S-7 Dkt. #128). The Court, having considered the matter, finds that the hearing on October 27, 2026 (the "Hearing") should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Answer is hereby continued and reset for November 12, 2026, at 9:30 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693