**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**KEY THERAPEUTICS, LLC,** **CASE NO. 26-00106-JAW**

**DEBTOR.** **CHAPTER 7**

# ORDER RESETTING HEARING

This matter came on this date on the Motion for the Entry of an Order Granting Relief from the Automatic Stay, for Cause, to Set Off Mutual Prepetition Obligations, or, In the Alternative, for Recoupment of Prepetition Credits filed by Cardinal Health (the "Motion") (Dkt. #95) and the Response filed by Citizens Bank of Philadelphia (the "Response") (Dkt. #113). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on November 17, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for December 7, 2026, at 1:30 PM in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693