**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**KEY THERAPEUTICS, LLC** **CAUSE NO. 26-00106-JAW**

**DEBTOR.** **CHAPTER 7**

**NOTICE OF ENTRY OF APPEARANCE**

COMES NOW the undersigned attorney, W. Lawrence Deas, and hereby gives Notice of his Entry of Appearance as special counsel for J. Stephen Smith, Trustee.

Counsel hereby requests that he be electronically copied on all filings in this cause.

Dated: November 17, 2026.

BY: /s/ *W. Lawrence Deas*
W. Lawrence Deas

W. Lawrence Deas (MSB #100227)
Liston & Deas, PLLC
605 Crescent Blvd., Suite 200
Ridgeland, Mississippi 39157
Tel. (601) 981-1636
Fax. (601) 982-0371
lawrence@listondeas.com

# CERTIFICATE OF SERVICE

I, W. Lawrence Deas, counsel for J. Stephen Smith, Trustee, do hereby certify that on November 17, 2026, I have filed the foregoing document on the Electronic Filing System established by the Court, which has sent notice of such filing to all counsel of record.

/s/ *W. Lawrence Deas*

W. Lawrence Deas
Special Counsel for Trustee